UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Kuha,

Plaintiff,

v.

City of Minnetonka, et al.,

Defendants.

Civil No. 00-1683 JMR/FLN

**ORDER**

---

Markus Yira, Esq., for Plaintiff.
Paul Reuvers, Esq., for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on June 4, 2001, on Defendant City of Minnetonka's Motion to Extend Expert Witness Disclosure [#17].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendant's new expert report shall be provided to Plaintiff on or before June 4, 2001;

2. Plaintiff shall provide a rebuttal expert report to Defendant on or before June 18, 2001;

3. Defendant shall pay the incremental costs incurred by Plaintiff in connection with the new expert report;

FILED JUN 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiff shall submit an Affidavit to the Court on or before June 22, 2001, setting forth those costs.

DATED: June 4, 2001

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge