# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Jeffrey M. Kuha, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: 00-1683 JMR/FLN |
| v. | ) | Date: June 15, 2004 |
| | ) | Court Reporter: |
| City of Minnetonka, et al., | ) | Time Commenced: 2:00 p.m. |
| | ) | Time Concluded: 4:00 p.m. |
| Defendants. | ) | Time in Court: 2 hours |
| | ) | |

Hearing on: **SETTLEMENT CONFERENCE & FINAL PRETRIAL**

APPEARANCES:

Plaintiff: Phillip Cole
Defendant: Jon Iverson

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☒ Final pretrial conference held
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☒ No settlement reached.
- ☐ Status conference.
- ☒ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ____________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☒ Written order forthcoming.

s/Cathy Orlando
Judicial Assistant