2000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

(612) 339-8131
National Toll-Free (800) 752-4297
FAX (612) 339-8064

Phillip A. Cole
Certified Civil Trial Specialist

Minneapolis Office
Web Site: www.lommen.com
E-mail Address: PHIL@LOMMEN.COM
(612) 336-9340

Grandview Professional Building, Suite 210
400 South Second Street
Hudson, Wisconsin 54016

(715) 386-8217
Twin City Line (651) 436-8085
FAX (715) 386-8219

June 17, 2004

Clerk of Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Jeffrey M. Kuha v. City of Minnetonka
Court File No. 00-1683

Dear Sir or Madam:

Enclosed herein for filing please find the following:

1. Plaintiff's Requested Jury Instructions.
2. Special Verdict.
3. Voir Dire Requests of Plaintiff.
4. Plaintiff's Memorandum on Defendants' Motion for a Jury View.
5. Notice of Motions and Motions in Limine.
6. Plaintiff's Motions in Limine Combined Memorandum in Support.
7. Plaintiff's Witness List.
8. Notice of Objections to Admissibility of Exhibits.
9. Plaintiff's Designation of Deposition Testimony for use at Trial.
10. Plaintiff's Exhibit List.
11. Plaintiff's Statement of the Case.
12. Curriculum Vitae of each Expert Witness.
13. Certificate of Service.

Very truly yours,
s/ Phillip A. Cole
Phillip A. Cole

PAC:bc
Enclosures
cc: Paul Reuvers, Esq.

Doc. #: 228508