**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**Civil Case No. 00-1683 JMR/FLN**

**SPECIAL VERDICT**

---

1. Did the arresting police officers in control of ARCO use excessive force in the arrest of the Plaintiff Jeffrey Kuha on September 23, 1999 by deploying ARCO to bite and hold him without prior verbal warning or an opportunity to surrender?

   Answer: Yes_____ No________

2. If your answer was yes, was such excessive force the direct cause of injury to the Plaintiff Jeffrey Kuha?

   Answer: Yes _______ No________

3. If you answered "Yes" to No. 1, please answer this question: Was the deployment of ARCO to bite and hold Plaintiff without a prior verbal warning or an opportunity to surrender the implementation of the official policy of the City of Minnetonka?

   Answer: Yes_________ No ____________

4. If you answered "yes" to questions 2 and 3, please answer the following questions:

   a. What sum of money will fairly and reasonably compensate Jeffrey Kuha for his damages to the date of trial?

| | | |
|---|---|---|
| Answer: | Pain and suffering: | $__________________ |
| | Disability | $__________________ |
| | Disfigurement | $__________________ |
| | Loss of Enjoyment of Life | $__________________ |
| | Medical Expenses | $__________________ |
| | Wage Loss | $__________________ |

b. What sum of money will fairly and reasonably compensate Jeffrey Kuha for his damages in future?

| | | |
|---|---|---|
| Answer: | Pain and suffering: | $__________________ |
| | Disability | $__________________ |
| | Disfigurement | $__________________ |
| | Loss of Enjoyment of Life | $__________________ |
| | Diminished Earning Capacity | $__________________ |
| | Medical Expenses | $__________________ |

Dated:________________

___________________________________
Foreperson

Doc. #: 109839