**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**Civil Case No. 00-1683 JMR/FLN**

**VOIR DIRE REQUESTS OF PLAINTIFF**

---

In addition to the usual inquiries about name, present occupation, spouse's occupation, prior jury experience, acquaintance with parties, witnesses or counsel, the following particularized inquiries are requested:

1. Has any member of the panel served as police officer, security officer, public safety official for local, state or federal government? Any member of the juror's close family -spouse, child, parent, sibling? Plaintiff requests appropriate follow up on affirmative responses.

2. Does any member of the panel have medical training? Any member of the juror's close family?

3. Does any member participate in the training of dogs for sport, police, tracking or security work? Member of the close family? Did any member do so in the past?

4. Has any member of the jury pursued a claim in court as a plaintiff seeking damages for injuries claimed to be the fault of another? Close family member? If yes, what nature of accident or claim, what injuries? Been a defendant in a case where the plaintiff sought damages for injury?

5. Has any member of panel or close family of member ever been the victim of an attack by a dog? When, where, circumstances, injuries?

6. Has any member of the panel or close family member been the victim of excessive force in the course of an arrest or other police activity? What circumstances?

7. The United States civil rights laws afford citizens a remedy where police inflict injuries while using excessive force to make an arrest. Does any member of the

panel find themselves unable for any reason to give effect to such laws in accordance with the instructions of the court?

8. Did any member of the jury panel witness the televised account of the beating of Rodney King by the Los Angeles police several years ago? Based on what was depicted on television, do any members of the panel believe the police actions were proper?

9. Has any member of the jury ever been the victim of a assault upon their person by another? Has any member of the jury ever been charged with assaulting another?

10. Has any member of the jury ever sustained disabling or disfiguring injuries as a result of trauma? What injuries etc?

11. Does any member or their family have any association with the League of Minnesota Cities or its underwriter?

12. Is any member of the jury unwilling for any reason to render a verdict against the City of Minnetonka if the evidence warrants it?

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: June 17, 2004

BY s/ Phillip A. Cole

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Doc. #: 109836