**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**Civil Case No. 00-1683 JMR/FLN**

**PLAINTIFF'S MEMORANDUM ON**
***DEFENDANTS' MOTION FOR A JURY VIEW***

---

Plaintiff does not object to a jury view at defendants' expense. The court, however, should be aware of the logistical difficulties a view will present in this case.

First and foremost, the scene is not a static one. From the point of Kuha's flight to the point of apprehension is a distance of perhaps a quarter mile through swamp and woods. It will probably be necessary to designate several points along the course for the view rather than to have the jury traverse the entire area. There are probably three points where the jury should stop and view. These are the area of Mr. Kuha's stop and subsequent flight on Smetana Road, the point where the dog Arco began tracking and the point of apprehension. The latter spot which is arguably the most important, will require the jury to make its way through woods and uneven terrain for a short distance and to descend and climb a steep outdoor stairway. The other two spots can be reached by vehicle. The physical exertion required at the one spot may be a subject on voir dire to assure that jurors with limiting health problems can excuse themselves.

Second a view will probably take half of the trial day and extend the trial by that much. If a view is to take place, a conference with the court will be necessary to set the ground rules.

Plaintiff agrees that a view might be useful to the jury and poses no objection to the procedure.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: June 17, 2004

BY s/ Phillip A. Cole

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064