**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**Civil Case No. 00-1683 JMR/FLN**

**NOTICE OF MOTIONS AND MOTIONS *IN LIMINE***

---

TO: Defendant above-named and their attorneys, Paul Reuvers, Iverson Reuvers, LLC, 230 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438:

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that the undersigned will bring the following motions on for hearing before Chief Judge James M. Rosenbaum of the above-named Court at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, as soon as Counsel can be heard.

**MOTION FOR ORDERS *IN LIMINE***

Pursuant to Rules 401-403 of the Federal Rules of Evidence, Plaintiff moves the Court to exclude the reference in the Methodist Hospital record lab report showing a blood alcohol level of .15% at or near Plaintiff's admission on September 23, 1999.and to exclude a videotape allegedly of the scene of the incident. This blood alcohol is irrelevant and inadmissible. If relevant, the probative value of such evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and is likely to mislead the jury. The videotape has never been disclosed as an exhibit in this case until listed on defendants'

August 27th list.

A combined memorandum in support of these motions is attached.

Dated: June 17, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY s/ Phillip A. Cole

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064