IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 00-1683 JMR/FLN

Jeffrey M. Kuha,

Plaintiff,

**PLAINTIFF'S WITNESS LIST**

v.

City of Minnetonka,

Defendant.

Plaintiff Jeffrey M. Kuha anticipates calling the following witnesses at the time of trial of the above-entitled matter:

1. Jeffrey M. Kuha
   1222 Timbershore Lane
   Eagan, MN 55123

   Mr. Kuha will testify about the incident at issue, his injuries, and damages sustained, and other facts outlined in his deposition taken in this action.

2. Gaylen Kuha
   7207 Erickson Road
   Side Lake, MN 55781

   Mr. Kuha will testify about Jeffrey Kuha, the injuries he sustained, the care and treatment rendered to him, and damages he suffered.

3. Susan Kuha
   7207 Erickson Road
   Side Lake, MN 55781

   Mrs. Kuha will testify about Jeffrey Kuha, the injuries he sustained, the care and treatment rendered to him, and damages he suffered.

4. Scott Perpich
   5707 Highway 7, Apt. 226
   St. Louis Park, MN 55416

Mr. Perpich will testify about Plaintiff's actions and activities immediately prior to the incident at issue.

5. Professor James Fyfe
25 Parkside Drive
Princeton, NJ 08540

Professor Fyfe will offer expert testimony pertaining to issues of liability, excessive force, and police standards, policy, and procedure. Plaintiff reserves the right to call Professor Fyfe in rebuttal if necessary.

6. Deirdre Anglin, MD
Dept. of Emergency Medicine, Los Angeles County,
University of Southern California Medical Center, Los Angeles, CA

Dr. Anglin will offer expert testimony. Dr. Anglin will testify in accordance with her research concerning major complications of K-9 dog bites as applied to the incident at issue.

7. M. Mark Melin, MD
Park Nicollet Health Services
6500 Excelsior Blvd.
St. Louis Park, MN 55426

Dr. Melin, Jeffrey Kuha's treating vascular surgeon, will offer expert testimony regarding thecare and treatment of Jeffrey Kuha, operative procedures performed and follow-up care, the reasonableness and necessity of care, and cause of injury, and other facts as outlined in his deposition.

8. Sandra K. Hanson, MD
Park Nicollet Clinic
3800 Park Nicollet Blvd.
Minneapolis, MN 55416

Dr. Hanson, Jeffrey Kuha's treating neurologist, will offer expert testimony regarding her evaluations of Jeffrey Kuha and care and treatment, the permanency of Jeffrey Kuha's injuries, cause of injury, the reasonableness and necessity of care, and other facts as outlined in her deposition

9. Stephen M. Marchuk, MD
Duluth Clinic-Hibbing
730 East 34th Street
Hibbing, MN 55746

Dr. Marchuk, Jeffrey Kuha's treating vascular surgeon, will offer expert testimony regarding his care and treatment of Jeffrey Kuha, the permanency of Jeffrey Kuha's injuries, cause of injury, the reasonableness and necessity of care, and other facts as outlined in his deposition.

10. Officer William Roth
Minnetonka Police Department
14600 Minnetonka Blvd.
Minnetonka, MN

Defendant Officer Roth will testify concerning his knowledge of policy and the force employed to effectuate Plaintiff's arrest, his knowledge of the events surrounding the incident at issue, Plaintiff's actions and injuries, and other facts as outlined in his deposition.

11. Officer Kevin Anderson
Minnetonka Police Department
14600 Minnetonka Blvd.
Minnetonka, MN

Defendant Officer Anderson will testify concerning his knowledge policy and the force employed to effectuate Plaintiff's arrest, his knowledge of events surrounding the incident at issue, Plaintiff's actions and injuries, and other facts as outlined in his deposition.

12. Officer Dennis Warosh
Minnetonka Police Department
14600 Minnetonka Blvd.
Minnetonka, MN

Defendant Officer Warosh will testify concerning his knowledge of policy and the force employed to effectuate Plaintiff's arrest, his knowledge of events surrounding the incident at issue, Plaintiff's actions and injuries, and other facts as outlined in his deposition.

13. Lieutenant Terry Belfanz
Minnetonka Police Department
14600 Minnetonka Blvd.
Minnetonka, MN

Lt. Belfanz will testify concerning his knowledge of policy and the force employed to effectuate Plaintiff's arrest, his knowledge of events surrounding the incident at issue, Plaintiff's actions and injuries, and other facts as outlined in his deposition.

14. Chief of Police Joy Rikala
Minnetonka Police Department
14600 Minnetonka Blvd.
Minnetonka, MN

Chief Rikala will testify concerning Minnetonka Police Dept. policy and procedure, the force used to effectuate Plaintiff's arrest, and other facts as outlined in her deposition.

15. Janet Ballard
3300 Hopkins Crossroad
Minnetonka, MN 55305

Janet Ballard will testify concerning Minnetonka Police Dept. policy and procedure, the training of K-9s, the force used to effectuate Plaintiff's arrest, and other facts as outlined in her deposition.

Plaintiff Jeffrey M. Kuha reserves the right to call any witnesses necessary for rebuttal and all witnesses identified by Defendant.

Dated: June 17, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY__s/ Phillip A. Cole______________________

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Doc. #: 103623