**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**Civil Case No. 00-1683 JMR/FLN**

**NOTICE OF OBJECTIONS TO ADMISSIBILITY OF EXHIBITS**

---

TO: Defendant above-named and their attorneys, Paul Reuvers, Iverson Reuvers, LLC, 230 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438:

## OBJECTIONS

Pursuant to Rules 401-403 of the Federal Rules of Evidence, Plaintiff objects to the admissibility of a videotape allegedly of the scene of the incident.

The videotape has never been disclosed as an exhibit in this case until listed on defendants' August 27th list. The videotape is listed as exhibit number 42.

Dated: June 17, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY___s/ Phillip A. Cole______________________

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064