# VITA

January 2001

## JAMES J. FYFE

Residence: Available on Request

Phone and FAX: (609) 497-1061

E-Mail *jamesjfyfe@aol.com*

Present Position: Professor of Criminal Justice
Senior Public Policy Research Fellow
Temple University
Department of Criminal Justice
512 Gladfelter Hall
Philadelphia PA 19122
(215) 204-1670
FAX (215) 204-3872

Born: February 16, 1942
Brooklyn, New York

Education:

B.S., Criminal Justice, John Jay College of Criminal Justice, City University of New York, 1971.
M.A., Criminal Justice, State University of New York at Albany, 1972 (essay: "New York City Police Attitudes Toward Promotional Criteria," 148 pages, with Carl E. Pope).
Ph.D., Criminal Justice, State University of New York at Albany, 1978 (dissertation: "Shots Fired: An Examination of New York City Police Firearms Discharges," 717 pages).
LL.D., John Jay College of Criminal Justice, City University of New York, 1999 (honorary).

Honors and Awards:

New York City Police Department Scholarship to S.U.N.Y., Albany, School of Criminal Justice, 1971-1972.
Ford Foundation Criminal Justice Practitioner's Fellowship, 1972-1973.
New York City Police Foundation Grant for Graduate Study at S.U.N.Y., Albany, School of Criminal Justice, 1972-1973.
Distinction, Criminal Justice Administration Doctoral Comprehensive Examination, S.U.N.Y., Albany, 1972.

Interagency Fellow, U.S. Civil Service Commission, Executive Seminar Center, Kings Point, N.Y., 1976.
American Society for Public Administration Annual Award for Outstanding National Contribution to Criminal Justice Administration, 1979.
The American University School of Justice Annual Award for Outstanding Research and Scholarly Contributions, 1981.
The American University School of Justice Annual Award for Service to the University Community, 1983.
The American University School of Justice Annual Award for Outstanding Teaching, 1985.
State University of New York, School of Criminal Justice, Annual Award to Outstanding Alumnus, 1985.
The American University School of Justice Student Council Award for Professor of the Year, 1987.
University of Louisville, School of Justice, Alumni Association Annual Award for Professional Service, 1989.
John Jay College of Criminal Justice, Annual Award to Outstanding Alumnus, 1990.
Sam Houston State College, Center for Criminal Justice, Beto Distinguished Lecture, 1991.
New York City Police Department, Commendation, 1993.
American Academy for Professional Law Enforcement, Person of the Year, 1993.
Concerned Alliance for Professional Policing, Annual Police Management Award, 1995.

Employment History

New York City Police Department:

June - October 1963: Police Academy Recruit

October 1963 - January 1971:
Patrolman in the 84th Precinct, Brooklyn Heights/Borough Hall area. Earned seven departmental citations.

January 1971:
Promoted to sergeant with the second highest written examination grade among 18,067 candidates.

February - July 1971:
Patrol sergeant in the 18th Precinct, Times Square.

July -August 1971:
Patrol sergeant in the 114th Precinct, Queens.

August 1971 - August 1972:
Paid leave of absence to pursue graduate studies at S.U.N.Y., Albany.

August 1972 - June 1973:
Unpaid leave of absence to continue graduate studies.

June - October 1973:
Patrol sergeant in the 114th Precinct, Queens.

October 1973 - January 1976:

Chairman, Police Science Department, Police Academy; researched and developed a new entry training curriculum, subsequently evaluated by the New York State Board of Regents as the equivalent of 35 undergraduate semester hours; editor and principal writer of two editions of an original 750 page recruit guide; supervised and coordinated 22 instructors teaching a student body of 2,200; developed examinations and standards of performance; classroom teaching of recruits, in-service personnel and civilian attorneys; curriculum evaluation.

January 1975 - April 1978:

Director, Police Academy Firearms Discharge/Assault Research Project; converted to computer mode all reported New York City police firearms discharges and assaults on officers, 1971-1975; data analysis, policy research and reports.

January 1976 - November 1977:

Executive Officer, Police Academy Management Training Unit; identified training needs of civilians and sworn supervisors at all department levels; curriculum development, liaison with public and private resource organizations; classroom teaching; developed and coordinated new pre-promotion to captain training program.

November 1977:

Promoted to lieutenant with the third highest examination grade among 2,651 candidates.

November 1977 - February 1978:

Commanding Officer, Police Academy Management Training Unit; supervised and coordinated a staff of six instructors responsible for all training of supervisors and managers.

February 1978 - August 1979:

Coordinator, Police Academy Executive Development Program; developed and delivered funded seminar program for all captains and above; liaison with funders, organizations, institutions, and individuals participating in program.

American University:

Associate Professor, School of Justice, 1979-1986 (tenured 1982).
Professor, School of Justice, 1986-1988.
Professor, Department of Justice, Law and Society, 1988-1992 (department chair, 1988-1990).

Temple University:

Professor of Criminal Justice and Senior Public Policy Research Fellow, 1992-present.
Graduate Chair, 1995-1998.

Visiting Professor, Charles Sturt University School of Police Studies and New South Wales, Police Academy, Goulborn, NSW, Australia, February-May 2000.

Police Foundation:

Senior Fellow, 1979-1988: program research and grants development.

Contracts and Grantsmanship

1979: Police Foundation: $12,000 for study of police deadly force.

1979: Ford Foundation; wrote successful proposal for $250,000 for study of police beat organization and management. Project directed by a fulltime Police Foundation staff member.

1980: United States Department of Justice, Law Enforcement Assistance Administration: Primary consultant on development and implementation of LEAA funded grant ($382,000) to NAACP and Police Foundation to review statutes and policies on police use of deadly force, and to seek reform where appropriate; Director of $165,000 NAACP subcontract to Police Foundation.

1981: Ford Foundation: $80,000 for study of police use of deadly force. Drafted amici curiae brief in Tennessee v Garner and directed campaign to draw joiners.

1984: United States Department of Justice, National Institute of Justice: wrote successful proposal on behalf of Police Management Association for $70,000 police training program.

1985: United States Department of Justice, National Institute of Justice: primary author of successful proposal for $398,000 study of inner-city crime and crime prevention programs. Project directed by a fulltime Foundation staff member.

1985: Dade County, Florida, and Ford Foundation; $250,000 for Police-Citizen Violence Reduction Experiment.

1993: Philadelphia Police Advisory Commission: $7,500 for training course.

1996: (With Jack R. Greene) United States Department of Justice, National Institute of Justice, and Philadelphia Housing Authority: $351,491 for implementation and evaluation of community policing program in Philadelphia public housing.

1996: (With Jack R. Greene) United States Department of Justice, National Institute of Justice: $413,000 for Study of Correlates of Police Deviance, an empirical study of police officers involuntarily separated from the New York City Police Department for brutality or corruption, 1975-1996.

1996: (With John Goldkamp) United States Department of Justice, Bureau of Justice Assistance: $50,000 for technical assistance, planning, and preliminary evaluation of police strategic homicide initiatives.

1997: United States Department of Justice, Civil Rights Division: $11,000 for evaluation of police customs, policies, and practices in Steubenville, Ohio.

1997: (with John Goldkamp) United States Department of Justice, Bureau of Justice Assistance: $300,000 for evaluation of police strategic homicide initiatives.

1997: United States Department of Justice, National Institute of Justice: $298,619 for expansion of Correlates of Police Deviance study.

1999: United States Department of Justice, Civil Rights Division: $30,000 for evaluation of police customs, policies, and practices in Washington DC.

1999: United States Department of Justice, Civil Rights Division: $11,000 for evaluation of police customs, policies, and practices in Montgomery County, Maryland.

Other Professional Experience:

Research Assistant, S.U.N.Y., Albany, 1972.
Teaching Assistant, S.U.N.Y., Albany, 1973.
Adjunct Assistant Professor of Police Science, John Jay College of Criminal Justice, 1974-1979.
Expert witness and consultant in more than 300 police related civil rights court actions.
Editorial Consultant, Brooks-Cole Publishing Company, 1981-1994.
Deputy Editor, Justice Quarterly, 1983-1985.
Contributing Editor, Criminal Law Bulletin 1982-1988.
Member, International Association of Chiefs of Police Deadly Force Advisory Committee, 1988-1990.
Member, National Institute of Justice Toy Gun Marking Task Force, 1989-1990.
Commissioner, Commission on Accreditation for Law Enforcement Agencies, Inc., 1989-present.
Editor, Justice Quarterly, 1989-1992.
Member, District of Columbia Select Committee on Fiscal and Budget Priorities, 1989-1991; 1994-present.
Member, Selection Committee, Council for International Exchange of Scholars, 1990 United Kingdom Police Professional Fulbright Scholarships; Chair, 1991-1995. Grant Reviewer, National Institute of Justice, 1990-present.
Member, National Committee for a Police Cadet Corps.
Member, United Nations Association of the United States, Advisory Committee on Drug Policy.
Vice Chair, Police Section, Academy of Criminal Justice Sciences, 1992-1994.
Associate Editor, Journal of Criminal Justice Education, 1996-1999.
Associate Editor, Justice Quarterly, 1996-1999.
Associate Editor, Criminal Law Bulletin, 1997-present.
Editorial Board, Criminal Justice, 2000-present.
New York City Police Department:
    Hostage Situation Review Committee, 1993.
    Resistant Subjects Task Force, 1994.

Officer-Officer Confrontation Committee, 1994.
Disciplinary Review Task Force, 1997-98.

Occasional Reviewer:

Journal of Criminal Justice
Criminal Justice and Behavior
Justice Quarterly
Justice Professional
Criminology
Journal of Quantitative Criminology
Law and Society Review
American Journal of Police
American Journal of Criminal Justice
Violence and Victims
Police Quarterly
Police Studies
Policing
Public Administration Review
Journal of Research in Crime and Delinquency
Social Problems
Sociological Spectrum
Social Science Quarterly
Studies in Law, Politics and Society: An Annual Review
Justice System Journal
Psychology, Public Policy, and Law
Human Rights Watch
National Science Foundation
Bureau of Justice Assistance
Harcourt-Brace Jovanovich
McGraw-Hill
Sage Publications
Northeastern University Press

Representative Consultations:

Schenectady, New York, Police Department, 1973.
Chicago Law Enforcement Study Group, 1978-1982.
U.S. Civil Rights Commission, 1978.
Center for Community Change, 1979-1980.
U.S. Department of Justice, Community Relations Service, 1979-1985.
U.S. Department of Justice, Civil Rights Division, 1979-1980.
American Congress of Educators, 1980.
National Institute of Mental Health, 1980-1983.
NAACP Legal Defense Fund, 1980 - 1985; 1991-1997.
U.S. Department of Justice, National Institute of Justice, 1982-1985.

U.S. Department of Justice, Bureau of Justice Statistics, 1983.
Advanced Research Resources Organization, 1981-1987.
Arizona Attorney General, 1984-1986; 1990-1993.
New Mexico Attorney General, 1984-1986; 1992-present.
City of Miami, 1984-1990.
City of Oakland CA, 1985-1990.
City of Milwaukee, 1985.
Delaware Attorney General, 1985.
New York State Governor's Commission on Police Use of Deadly Force, 1985.
U.S. Department of Justice, Federal Bureau of Investigation, 1986.
City University of New York, Graduate Center, 1986.
Dallas Police Department, 1987.
City of Houston, 1987-1990.
City of Alameda CA, 1988-1990.
Pennsylvania State University, 1988.
City of Bloomington IN, 1988.
University of Wisconsin - Milwaukee, Office of Juvenile Justice and Delinquency.
Prevention Grant on Minorities in the Juvenile Justice System, 1988-1989.
City of Albuquerque, 1989-present.
City of San Jose, 1989-1994.
City of San Francisco, 1989-1994.
City of Hayward CA, 1990-1992.
Chatham County GA, 1990-1991.
City of Los Gatos CA, 1992.
City of Boston, 1992-1994.
Nashville-Davidson County, 1992-1996.
City of New York, 1993-present.
American Civil Liberties Union, Illinois, 1994-present.
American Civil Liberties Union, Pittsburgh,1994-present.
KPMG Peat, Marwick, Mitchell, 1994-95.
City of Yonkers NY, 1996.
City of Alexandria VA, 1996.
Atlantic City NJ, 1996.
U.S. Department of Justice, Civil Rights Division, 1996-present.
Crime and Justice Research Institute, 1996-present.
Nassau County NY, 1998.
Springfield MO, 1999.
Fairfield CA 1999.
American Statistical Association, 1999.

Testified as expert on police policies and practices in federal and state courts in Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, New Hampshire, New Jersey, New York, North Carolina, Ohio,

Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Virginia, Wisconsin, Wyoming, and Canada.

Invited Guest Speaker:

The American University, School of Justice Seminar for Police Executives, Washington DC, April 1975.
Pennsylvania House of Representatives Hearings on Police Violence, Harrisburg PA, July 1978; Hearings on Philadelphia Police Advisory Commission, July 1995.
National Conference of Human Rights Workers, Nashville TN, October 1978.
Police Foundation, Police Executive Institute Seminars on Police Misconduct, February 1979, Chicago; April 1980, Dallas; May 1980, Los Angeles.
Northwestern University Traffic Institute Seminars on Police Deadly Force, Evanston IL, May 1979; May 1980; April 1980; New Orleans, January 1980; Orlando FL, December 1980.
Interfaith Council National Conference on Criminal Justice, New York, October 1979.
U.S. Department of Justice/Urban League National Conference on Police Deadly Force, Silver Spring MD, December 1979.
Police Executive Research Forum, Annual Meeting, Denver, February 1980.
Long Island University, C.W. Post Center, Twenty-fifth Anniversary, "Law Enforcement Day," Brookville NY, March 1980.
University of Cincinnati Symposium on Litigation against the Police, Cincinnati, April 1980.
Center for Community Change, National Seminar on Community Leadership, Berkeley Springs WV, May 1980.
National Criminal Justice Forum, Columbus OH, June 1980.
National Association for the Advancement of Colored People, Annual Convention, Miami Beach, June 1980.
United States House of Representatives Committee on the District of Columbia, Hearings on Urban Violence, June 1980.
Philadelphia City Council, Hearings on the Administration of the Philadelphia Police Department, October 1980; January 1993.
University of Nebraska - Omaha, National Symposium on Police Use of Force, Omaha NE, November 1980.
Delaware Police Chiefs' Council, Seminar on Police Use of Deadly Force, Dover DE, November 1980.
National Conference of Christians and Jews, Symposium on Police Use of Deadly Force, San Jose CA, December 1980.
American Academy for Professional Law Enforcement, Symposium on Police Use of Deadly Force, Philadelphia, November 1980.
National College of District Attorneys, Experienced Prosecutors Course, Hilton Head SC, January 1981.
Valencia Community College, Seminar on Police Use of Deadly Force, Orlando FL, January 1981.
National Bar Association, Half Year Legislative Conference, Washington DC, April 1981.
U.S. Department of Justice, Community Relations Service, Conference on Police and the

Community, Washington DC, April 1981.
NAACP Legal Defense Fund, Inc., Lawyers' Training Institute, Warrenton VA, May 1981.
Colorado District Attorneys' Council, Annual Conference, Aspen CO, June 1981.
Massachusetts Criminal Justice Training Council, Seminar on Police Deadly Force, Boston MA, June 1981.
FBI National Academy, National Executive Institute, Quantico VA, June 1981.
FBI National Academy Associates, Annual Regional Meeting, Nashville TN, July 1981.
FBI National Academy, Law Enforcement Executive Development Seminar, Quantico VA, August 1981; February 1982; January 1983; July 1983; April 1989.
NAACP Southeast Region Leadership Meeting, Atlanta GA, August 1981.
Harvard University Law School Civil Rights-Civil Liberties Law Review Symposium on Criminal Justice Administration, Cambridge MA, October 1981.
Michigan Civil Rights Department Hearings on Police Brutality, Detroit MI, October 1981.
Washington Center for Learning Alternatives, Washington DC, October 1981.
NAACP Los Angeles Branch Annual Meeting, Long Beach CA, December 1981.
Broward Community College, Ft. Lauderdale FL, Seminar on Police Deadly Force, January 1982.
Old Dominion University, Symposium on Ethics in Criminal Justice, Norfolk VA, April 1982.
Rutgers University School of Law, Symposium on Racial Violence in America, Newark NJ, April 1982.
Chicago Police Department, Command Staff Lecture Series, October 1982.
University of California-Berkeley, School of Law, Center for Study of Law and Society, October 1982.
District of Columbia League of Republican Women, November 1982.
FBI National Academy, Distinguished Lecturer Series, Quantico VA, January 1983.
Roosevelt Center for American Policy Studies, Washington DC, April 1983.
United States House of Representatives, Subcommittee on Criminal Justice, Hearings on the Exclusionary Rule and Fourth Amendment Legislation, April 1983.
U.S. Conference of Mayors, Annual Meeting, Denver CO, June 1983.
United States House of Representatives, Committee on the Judiciary, Subcommittee on Criminal Justice, Hearings on Alleged Brutality in the New York City Police Department, Brooklyn NY, November 1983.
University of Virginia, School of Law, Seminar on Criminal Law, Charlottesville VA, January 1984.
Clergy and Citizens against Police Abuse, Hearings on Police Accountability, Boston MA, June 1984.
Roosevelt Center for American Policy Studies, "The American Debate," (syndicated radio and Television show, debated US Attorney for District of Columbia on the exclusionary rule, Washington DC, July 1984).
National Black Police Association, Annual Meeting, Oakland CA, August 1984.
United States Conference of Mayors, Mayors Leadership Institute, Tampa FL, December 1984; Tucson AZ, April 1986.
University of Wisconsin - Milwaukee, Symposium on Guns and Violence, April 1985.
National Institute of Municipal Law Officers, Seminar on Section 1983 Litigation, Washington DC, April 1985.

United States Conference of Mayors, Annual Meeting, Anchorage AK, June 1985.
Police Misconduct Lawyers' Referral Service, Los Angeles CA, and June 1985.
Niagara University, Seminar of Police Use of Deadly Force, Buffalo NY, November 1985.
Command Staff, Orlando (FL) Police Department, March 1986.
Indiana University, Bloomington IN, April 1986.
Central Florida Crime Commission, Orlando, April 1986.
University of Louisville, Southern Police Institute, March 1987; November 1987; April 1988; October 1988; April 1989; October 1989; April 1990.
National Lawyers' Guild, Annual Meeting, Washington DC, May 1987.
Southern Florida Community Council, Annual Meeting, Miami, June 1987.
Florida Institute of Law Enforcement, Seminar on Police Deadly Force, St. Petersburg FL, February 1988.
United States House of Representatives, Subcommittee on Civil and Constitutional Rights, Hearings on Affirmative Action and Equal Employment Opportunity in the Federal
Bureau of Investigation, March 1988; Hearings on Police Brutality, March 1991.
Drug Policy Foundation, Annual Conference, Bethesda MD, October 1988.
University of Alabama, Department of Criminal Justice, Annual Visiting Scholar Lecture, Tuscaloosa, March 1989.
University of Louisville, School of Justice Administration Alumni Association Banquet, April 1989.
Washington Journalism Center, May 1989.
Jersey City State College, Symposium on Firearms and Violence, Keynote Speaker, October 1989.
United States House of Representatives, Committee on the Judiciary, Subcommittee on Crime, Hearings on Proposed Police Corps, November 1989.
Eastern Kentucky University, School of Police Studies, April 1990.
Indiana University of Pennsylvania, Seminar on AIDS, April 1990.
Florida Department of Law Enforcement, Executive Development Program, Tallahassee, June 1990; Fort Lauderdale, September 1990.
District of Columbia, City Council, November 1990.
United States House of Representatives, Committee on the Judiciary, Subcommittee on Civil Rights, Hearings on Police Brutality, March 1991.
U.S. Conference of Mayors, Police Violence, April 1991.
Penn State University, Student Association, Police Violence, April 1991.
National Association of Transit Police Chiefs, Police Violence, April 1991.
Americans for Effective Law Enforcement, Police Accountability, May 1991.
Reston Youth Summit, Keynote Speaker, June 1991.
University of Louisville, Southern Police Institute, Alumni Association, Annual Meeting, Greensboro NC, June 1991; Miami FL, July 1992.
Reston Philosophers' Club, Reston VA, August 1991.
Montgomery County (MD) Grand Jury, August 1991, testimony re: police deadly force.
Sam Houston State University, Criminal Justice Center, Huntsville TX, Beto Distinguished Visiting Lecture, November 1991.
United States House of Representatives, General Accounting Office, January 1992.
Sam Houston State University, Law Enforcement Management Institute, February 1992.

Phi Beta Kappa of Washington DC, February 1992.
University of Texas - Dallas, Southwestern Law Enforcement Institute, March 1992.

University of Maryland, School of Public Affairs, Crime and Justice in Washington, March 1992.
Association of Trial Lawyers of America, Washington DC, July 1992.
C.W. Post College of Long Island University, December 1992.
State University of New York at Stony Brook, January 1993.
Investigative Reporters' Association, Los Angeles, February 1993.
Northeast Association of Criminal Justice Sciences, Newport RI, June 1993.
Montgomery County, MD, State's Attorney, July 1993.
Pennsylvania State University, September 1993.
Indiana University of Pennsylvania, October 1993.
American Bar Association, National Summit on Crime and Violence, Keynote Speaker, Washington DC, January 1994.
New Jersey Criminal Justice Educators' Association, May 1994.
FBI Academy, International Programs, Lectures to Foreign Police Officials, October 1994 (Hungary); January 1995 (Argentina); May 1995 (Jordan).
Practising Law Institute, Program on Police Civil Liability, New York, October 1994; October 1995.
Committee for an Effective Crime Policy, Washington DC, December 1994.
Virginia Commonwealth Attorneys' Association, Richmond, April 1995.
United States Civil Rights Commission, Hearings on Racism in Policing, Washington DC, October 1995.
United States Senate, Committee on the Judiciary, Hearings on the Conduct of the FBI and the ATF at Waco, Washington DC, October 1995.
Mercer County College, West Windsor NJ, November 1995.
Harvard University Law School, Symposium on "Police, Lawyers, and the Truth," Cambridge MA, November 1995.
American Society of Criminology, Plenary Session on Effects of O.J. Simpson Case, Boston, November 1995.
Pennsylvania State University, Police Executive Development Program, Horsham PA, December 1995; December 1996.
Philadelphia Bar Association, Moderator of Panel "Police Misconduct and the Role of Special Commissions," Philadelphia, March 1996.
Rutgers University, School of Criminal Justice, "Race and the Police," Newark NJ, April 1996.
Temple University Downtown Club, "Who Polices the Police?" Philadelphia, April 1996.
New South Wales Police Association, Bi-Ennial Meeting, Wollongong, NSW, Australia, May 1996.
Royal Commission to Investigate Police Corruption in the New South Wales Police Service, Sydney, Australia, May 1996.

Rutgers University, School of Law, Camden NJ, September 1996.
American Society for Public Administration, Northeastern Regional Meeting, Princeton NJ, October 1996.
New Hampshire Police Accreditation Coalition, Lebanon NH, February 1997.
National Association of Travel Executives, New York, April 1997.
United States Senate Committee on the Judiciary, Hearings on Drug Related Corruption of Law Enforcement at the United States Borders, May 1997.
Old Dominion University, Norfolk VA, May 1997.
John Jay College of Criminal Justice, NYC, Keynote Speaker, International Conference on Community Policing, June 1997.
National Coalition on Police Accountability, Annual Meeting, Philadelphia, August 1997.
Pennsylvania House of Representatives, Philadelphia Delegation, Hearing on Public Safety in Philadelphia, September 1997.
Northeastern University, New England Criminal Justice Expo, Boston September 1997.
Philadelphia City Council, Hearing on Crime and Drugs, October 1997.
Eastern Philadelphia Organizing Project, October 1997.
United States Department of Justice, Office of Justice Programs, Symposium on Community Justice, Washington DC, March 1988.
St. John's University School of Law, Symposium on Thirtieth Anniversary of Terry v. Ohio, New York, April 1998.
New York City Police Department, Annual Compstat Conference, New York, May 1998.
Philadelphia Independent Panel on Police Corruption, July 1998.
National Institute of Justice, Annual Conference on Evaluation, "Studying Sensitive Police Issues," Washington DC, July 1998.
University of Pennsylvania, Annenberg Public Policy Center, Philadelphia Compact Symposium "Spotlight on Crime," March 1999.
United States Department of Justice, Conference on Strengthening Police-Community Relations, Washington DC, June 1999.
National Institute of Justice, Annual Conference on Evaluation, "Police Integrity" and "Police Use of Force," Washington DC, July 1999.
Amnesty International, Conference on Police Abuses, Los Angeles CA, September 1999.
Fordham University School of Law and Center for Constitutional Rights, Seminar on Police Practices and Accountability, New York NY, September 1999.
LaSalle University, Seminar on Race and Criminal Justice, Philadelphia, October 1999.
Massachusetts Police Leadership Institute, "Structuring Police Discretion," University of Massachusetts - Lowell, October 1999.
Philadelphia Police Advisory Commission, June 2000.
United States Commission on Civil Rights, "Race and the Police," Washington DC, June 2000.
Toronto Urban Race Relations Coalition, "Alternatives to Police Lethal Force," and "The Diallo Case," Toronto, Ontario, June 2000.
New York City Police Department Retired Superior Officers' Association, Floral Park NY, "The Diallo Case," September 2000.
Columbia University/New York City Police Department Police Management Institute Alumni Association, "Policing in the New Millennium," Harriman NY, September 2000.

New Jersey Statewide Insurance Fund, "Police Accountability and Liability," Warren NJ, September 2000.
New York University Law School, Faculty Luncheon, "The Diallo Case and Police Accountability," New York, October 2000.
Florida Southern University, "Police, Race, and Accountability," Lakeland FL, October 2000.
University of Georgia, Department of Political Science, "Police Accountablity and Aithority," Athens GA, October 2000.
Nassau Club, "The State of the Police and the Police of this State," Princeton NJ, November 2000.
United States Department of Justice, Conference on Police and the Community, "Use of Force and Dealing with Citizens' Complaints," Washington DC, November 2000.
Harvard University Law School, Criminal Justice Institute, Symposium on Police-Minority Relations, "Police Presence in the Community, Cambridge MA, December 2000.
Many national and local radio and television appearances and interviews (eg., CBS "Evening News," "Sunday Morning," "Up to the Minute," "Nightwatch," "48 Hours," "Face the Nation; "ABC "World News Tonight," "Nightline," "Good Morning, America," "This Week with David Brinkley," NBC "Dateline," "National News," "First Camera;" NPR "All Things Considered," "Morning Edition," "Talk of the Nation," "Radio Times;" PBS "McNeil-Lehrer News Hour;" CNN "Headline News," "Larry King Live," "Both Sides with Jesse Jackson," "Late Edition;" A&E "Twentieth Century," "American Justice;" Voice of America; BIZNET "Ask Washington."

Articles in Professional Journals and Periodicals:

1. "There Are Students and There Are Students," Spring 3100 Magazine, March-April 1978.
2. "The Big Picture," Spring 3100 Magazine, May- June 1978.
3. "Deadly Force," FBI Law Enforcement Bulletin, December 1979.
   Reprinted in:
   Los Angeles Times, Sunday, January 13, 1980.
   John Kaplan and Jerome Skolnick, Criminal Justice: Cases and Materials, second, third, fourth editions, Mineola NY: Foundation Press, 1982, 1986, 1990.
   Leonard Territo, ed., Police Civil Liability, Columbia MD: Hanrow Press, 1984.
4. "Administrative Interventions upon Police Shooting Discretion: An Empirical Examination," Journal of Criminal Justice, Winter 1979.
   Reprinted in:
   Fyfe, ed., Readings on Police Use of Deadly Force.
   Steven G. Brandl and David E. Barlow, eds., Classics in Policing Cincinnati: Anderson Publishing, 1996.
5. "Geographic Correlates of Police Shooting A Microanalysis," Journal of Research in Crime and Delinquency, January 1980.
6. "Always Prepared: Police Off-Duty Guns," The Annals of the American Academy of Political and Social Science, November 1980.
   Reprinted in:

Fyfe, ed., Readings on Police Use of Deadly Force. Daniel B. Kennedy and Robert J. Homant. eds., Police and Law Enforcement, volume 3, New York: AMS Press, 1984.

Abraham S. Blumberg, ed., The Ambivalent Force, New York: Holt, Rinehart and Winston, 1985.

7. "The Cops and the Courts," American Bar Association Update, Winter 1981.

8. "Observations on Police Deadly Force, Crime and Delinquency, July 1981.

Reprinted in:

Fyfe, ed., Readings on Police Use of Deadly Force.

Robert G. Culbertson, ed., Order Under Law, second edition, Prospect Heights IL: Waveland Press, 1984; third edition, 1988; fourth edition, 1992.

9. "Who Shoots? A Look at Officer Race and Police Use of Deadly Force," Journal of Police Science and Administration, December 1981.

10. "Blind Justice: Police Shootings in Memphis," Journal of Criminal Law and Criminology, Summer 1982.

Reprinted in:

Neil Alan Weiner, Margaret A. Zahn, and Rita J. Sagi, eds., Violence: Patterns, Causes, Public Policy New York: Harcourt Brace Jovanich, 1990.

11. "The New Quandary over Searches and Anonymous Tips," Law Enforcement News, July 11, 1983.

12. "When Police Seek to Reduce Their Authority," Law Enforcement News, January 21, 1985.

13. (With Steven L. Winter) "Tennessee v Garner: The Fleeing Felon Rule and the Fourth Amendment," Search and Seizure Law Reporter, September 1985.

14. (With Mark Blumberg) "A More Valid Test of the Justifiability of Police Actions," American Journal of Police, Fall 1985.

15. "Garner: The Issue Not Addressed," XIV:3 New York University Review of Law and Social Change, 1986.

16. "Police Use of Deadly Force: Research and Reform," Justice Quarterly (5:2, June 1988).

Reprinted in:

Chris Eskridge, ed., Criminal Justice: Issues and Problems, Prospect Heights IL: Waveland Press, 1988.

George Cole, ed., Criminal Justice: Law and Politics, 6th edition, Monterey CA: Brooks-Cole, 1992).

Robert D. Crutchfield, George S. Bridges, and Joseph G. Weis, eds., Crime - Volume III -- Criminal Justice, Newbury Park CA: Pineforge Press, 1995.

Gary Cordner and Larry Gaines, eds., Critical Issues in Policing, Prospect Heights IL: Waveland Press, 1998.

17. "The Police-Citizen Violence Reduction Project," FBI Law Enforcement Bulletin 5:18, May 1989.

18. "We Need More Educated Police Officers," Law Enforcement News, December 15, 1989.

19. (with Jeffery T. Walker) "Garner Plus Five Years: An Examination of Supreme Court Intervention into Police Discretion and Legislative Prerogatives, American Journal of Criminal Justice, Spring 1990.
20. "Gains on the Problem of Police Brutality," The Public Perspective, July/August 1991.
21. "Let's Send Cops to College," Focus, (Monthly Magazine of Joint Center for Political and Economic Studies), August 1992.
22. "Response to Mastrofski and Uchida," Journal of Research in Crime and Delinquency, August 1993.
23. "Put Police Back on the Street," American Bar Association Journal, May 1994.
24. "Police Observational Research: Demeanor and Substance," Journal of Research in Crime and Delinquency, August 1996.
26. (With Jeanne M. Flavin and David I. Klinger), "Differential Police Response to Male on Female Spousal Violence," Criminology, August 1997.
27. "Police Liability: What Leading Law Enforcement Executives Need to Know," Commission on Accreditation for Law Enforcement Agencies Update, September 1997.
28. "In Defense of Law Enforcement Accreditation," Policing:An International Journal of Police Strategies and Management, January 1998.
29. "Good Judgment? A Police Department as Defendant," Police Quarterly, January 1998.
30. "De 'Split Second' Beslissing is Een Mythe," 9 (Netherlands) Algemeen Politieblad 14-16, April 1998.
31. (With Richard Berk and Alec Campbell), "Deployment of Violence: Los Angeles Police Canine Units," Evaluation Review, August 1998.
32. "Taping the Police," Criminal Justice Ethics, Winter/Spring 1998.
33. "Terry: A[n Ex-]Cop's View," St. John's Law Review, Summer-Fall 1998.
34. (With Edem F. Avakame and Candace McCoy) "'Did You Call the Police? What Did They Do?' An Empirical Assessment of Black's Thesis on Mobilization of Law," Justice Quarterly, December 1999.
35. "Reflections on the Diallo Case," Subject to Debate (Police Executive Research Forum newsletter), April 2000.
    Reprinted in Law Enforcement News, April 30, 2000.
36. "Policing the Emotionally Disturbed," Journal of the American Academy of Psychiatry and the Law, 3:2000.
37. "Urban Policing in Australia and the United States," Policing Issues, September 2000.
37. (With Edem F. Avakame), "Differential Police Treatment of Male-on-Female Spousal Violence: Some More Evidence on the Leniency/ Thesis," Violence Against Women, January 2001.
38. (With Monica McFadden and Sharon Ward) "ER to Lockup: The Standard of Care for Discharge of an Arrestee with Medical Needs," in press for January 2001, Trial Magazine.
40. (With John Goldkamp, Michael White, and Suzanne Campbell), "Redefining the Homicide Squad: The Richmond, California, Comprehensive Homicide Initiative," under review by Police Studies.
41. (With John Goldkamp, Michael White, and Suzanne Campbell), "Effects of the Richmond Comprehensive Homicide Initiative," under review by Journal of Research in Crime and Delinquency.

Articles in Criminal Law Bulletin Enforcement Workshop Series:

1. "In Search of the Bad Faith Search," Criminal Law Bulletin, May/June 1982.
2. "Roadblocks and Roving Stops," Criminal Law Bulletin, July/August 1982.
3. "Ross: Making the Policeman's Lot a Happier One," Criminal Law Bulletin, September/October 1982.
4. "Controlling Police Deadly Force Through Local Law," Criminal Law Bulletin, November/December 1982.
5. "The Los Angeles Chokehold Controversy," Criminal Law Bulletin, January/February 1983.
6. "Detective McFadden Goes Electronic," Criminal Law Bulletin, March/April 1983.
7. "The NIJ Study of the Exclusionary Rule, Criminal Law Bulletin, May/June 1983.
   Reprinted in:
   Exclusionary Rules in Criminal Trials, Oversight Hearings before the Subcommittee on Criminal Justice, United States House of Representatives, Ninety-Eighth Congress, March 10 and April 20, 1983, Serial No. 157.
8. "What is 'Representation'? When Does It Matter?", Criminal Law Bulletin, July/August 1983.
9. "Arrests on Reasonable Suspicion," Criminal Law Bulletin, September/October 1983.
10. "Fleeing Felons and the Fourth Amendment, "Criminal Law Bulletin, November/December 1983.
11. "Oregon v Bradshaw: What's Happening Here?", Criminal Law Bulletin; March/April 1984.
12. "Oliver v United States: Legitimate Police Illegality," Criminal Law Bulletin, September/October 1984.
13. "The Expert Witness in Suits Against Police (Part I)," Criminal Law Bulletin, May/June 1985.
   Reprinted in:
   Patrick Anderson and L. Thomas Winfree, eds., Expert Witnesses, Albany NY: State University of New York Press, 1987.
   Practising Law Institute, Section 1983 Civil Rights Litigation and Attorneys' Fees, 1994, Litigation Course Handbook H-511 (New York: Practising Law Institute, 1994).
14. "The Expert Witness in Suits Against Police (Part II)," Criminal Law Bulletin, November/December 1985.
   Reprinted in:
   Patrick Anderson and L. Thomas Winfree, eds., Expert Witnesses, Albany NY: State University of New York Press, 1987.
   Practising Law Institute, Section 1983 Civil Rights Litigation and Attorneys' Fees, 1994, Litigation Course Handbook H-511 (New York: Practising Law Institute, 1994).
15. "The Supreme Court's New Rules for Police Deadly Force," Criminal Law Bulletin, January/February 1986.

Book Chapters:

1. "Reducing the Use of Deadly Force: The New York City Experience," in United States Department of Justice, Community Relations Service, Police Use of Deadly Force: What Police and Communities Can Do About It, Washington, DC: USGPO, 1979.
2. "Regulating Police Practices," in United States Civil Rights Commission, Police Practices and the Preservation of Civil Rights, Washington, DC: USGPO, 1979.
3. "Race and Extreme Police-Citizen Violence," in R. L. McNeely and Carl E. Pope, eds., Race, Crime, and Criminal Justice: An Anthology, Beverly Hills, CA: Sage Publications, 1981.
   Reprinted in Fyfe, ed., Readings on Police Use of Deadly Force.
4. "Foundations of American Police Authority," in Joseph Grau, ed., Criminal and Civil Investigation Handbook, New York, McGraw-Hill, 1981.
   Reprinted in second edition, 1993.
5. "Toward a Typology of Police Shootings," in James J. Fyfe, ed., Contemporary Issues in Law Enforcement, Beverly Hills, CA: Sage Publications, 1981.
6. "A Model State Law on Police Use of Deadly Force, With Commentary", in National Association for the Advancement of Colored People, Police Citizen Violence: An Organizing Guide for Community Leaders, New York: NAACP, 1983.
7. "A Model Local Ordinance on Police Use of Deadly Force, With Commentary," in National Association for the Advancement of Colored People, Police Citizen Violence: An Organizing Guide for Community Leaders, New York: NAACP, 1983.
8. "A Model Police Department Policy on Police Use of Deadly Force, With Commentary," in National Association for the Advancement of Colored People, Police Citizen Violence: An Organizing Guide for Community Leaders, New York: NAACP, 1983.
9. "Police Dilemmas in Processing Elderly Offenders," in Evelyn S. Newman, Donald J. Newman, and Mindy Gewirtz, eds., Elderly Criminals, New York: Oelgeschlager, Gunn & Hain, 1984.
10. "Reviewing Citizens' Complaints Against Police," in James J. Fyfe, ed., Police Management Today: Issues and Cases, Washington DC: International City Management Association, 1985.
11. "Integrity in Justice Institutions," in Robert Cleary, ed., The Role of Government in the United States, Lanham MD: University Press, 1985.
12. "The Split-Second Syndrome and Other Determinants of Police Violence," in Anne T. Campbell and John J.Gibbs, Violent Transactions, Oxford: Basil Blackwell, 1986.
    Reprinted in:
    Geoffrey Alpert and Roger Dunham, eds., Policing Urban America, Prospect Height IL: Waveland Press, first edition, 1989; second edition, 1993; third edition, 1997.
    James Inciardi, Introduction to Criminal Justice, third edition (New York: Harcourt, Brace, Jovanovich, 1993).
13. "Police Shooting Environment and License," in Travis Hirschi and Joseph Scott, eds., Controversial Issues in Criminal Justice, Beverly Hills, CA: Sage Publications, 1988.

14. "Deadly Force," in William C. Bailey, ed., Encyclopedia of Police Science, Houston TX: Garland Publishing Co., 1989.
15. "Controlling Police Vehicle Pursuits," in James J. Fyfe, ed., Police Practices in the 90s: Key Management Issues, Washington DC: International City Management Association, 1989.
16. "Good Policing," in Brian Forst, ed., The Socioeconomics of Crime and Justice (Armonk, New York: M.E. Sharpe, 1993).
    Reprinted in:
    Stan Stojkovic, John Klofas, and David Kalinich, eds., The Administration and Management of Criminal Justice Organizations (Prospect Heights IL: Waveland Press) second edition, 1994; third edition 1998.
    Geoffrey Alpert and Roger Dunham, eds., Policing Urban America (prospect Height IL: Waveland Press), first edition, 1989; second edition, 1993; third edition, 1997.
17. "Cops and Robbers in Academe: Editing Justice Quarterly," in James J. Fyfe and Rita J. Simon, eds., Editors as Gatekeepers: Getting Published in the Social Sciences (Boston: Rowman and Littlefield, 1994).
18. "Training Police to Minimize Excessive Use of Force,"in Hans Toch and William Geller eds., And Justice for All (Washington DC: Police Executive Research Forum, 1995).
    Reprinted in Geller and Toch, Police Violence (New Haven: Yale University Press, 1996).
19. "Did the Police Do the Right Thing? Where to Find Out," in Practising Law Institute, Section 1983 Civil Rights Litigation and Attorneys' Fees, 1995, Litigation Course Handbook (New York: Practising Law Institute, 1995).
20. "Structuring Police Discretion," in John Kleinig, ed., Handled with Discretion: Ethical Issues in Police Decision Making (Boston: Rowman and Littlefield, 1996).
21. (with Alex Piquero, Jack R. Greene, Robert Kane, and Patricia Collins, "Implementing Community Policing in Public Housing Developments in Philadelphia: Some Early Results," in Geoffrey Alpert and Alex Piquero, eds, Community Policing: Contemporary Readings (Prospect Heights IL: Waveland Press, 1997; second edition, 2000).
22. (With Robert Kane), "Police Brutality," in Ronald Gottesman and Mauricio Mazon, eds., Encyclopedia of Violence in the United States (New York: Scribner and Sons, 2000).
23. (With Robert Kane), "Police Use of Force," in Ronald Gottesman and Richard Maxwell Brown, eds., Encyclopedia of Violence in the United States (New York: Scribner and Sons, 2000).

Books:

1. Editor, Contemporary Issues in Law Enforcement, Beverly Hills, CA: Sage Publications, 1981.
2. Editor, Readings on Police Use of Deadly Force, Washington, DC: Police Foundation, 1982.
3. Editor, Police Management Today: Issues and Case Studies, International City Management Association, 1985.
4. Editor, Police Practices in the 90s: Key Management Issues, Washington DC: International City Management Association, 1989.

5. (With Jerome H. Skolnick), Above the Law: Police and the Excessive Use of Force, New York: Free Press, 1993; paperback edition, 1994.
   Sections reprinted in:
   Los Angeles Times, April 1, 1993.
   Yale Kamisar, Wayne R. LaFave, and Jerold H. Israel, Modern Criminal Procedure, eighth edition, St. Paul MN: West Publishing, 1994.
   Paul A. Winters, ed., Policing the Police, San Diego: Greenhaven Press, 1995.
   Margaret Paris and Andrew Taslitz, Constitutional Criminal Procedure, Mineola NY: Foundation Press, 1997).
6. Editor, (with Rita J. Simon) Editors as Gatekeepers: Getting Published in the Social Sciences, Boston: Rowman and Littlefield, 1994.
7. (With Jack R. Greene, William F. Walsh, O.W. Wilson, and Roy McLaren) Police Administration, fifth edition, New York: McGraw-Hill, 1997.
8. On the Beat: Policing America, Monterey CA: Wadsworth, in progress.

Monographs:

1. (With Craig D. Uchida and Lawrence W. Sherman), Police Shootings and the Prosecutor in Los Angeles County: An Evaluation of Operation Rollout, Washington, DC: Police Foundation, 1981.
2. Police Personnel Practices - 1982, Baseline Data Reports, Vol. 15 No. 1, Washington, and DC: International City Management Association, January 1983.
3. Police Personnel Practices - 1986, Baseline Data Reports, Vol. 18, No. 6, Washington DC: International City Management Association, November/December 1986.
   Reprinted in:
   Municipal Yearbook - 1986, Washington DC: International City Management Association, 1987.
4. (with John Goldkamp and Michael White), The Richmond, California, Police Strategic Homicide Initiative, Washington DC: U.S. Department of Justice, Bureau of Justice Assistance, 1998.
5. (with Michael White, John Goldkamp, and Suzanne Campbell), Reinventing the Homicide Squad: The Richmond, California, Police Strategic Homicide Initiative, Washington DC: U.S. Department of Justice, Bureau of Justice Assistance, forthcoming.

Book Reviews:

1. (with Patrick V. Murphy) Yale Kamisar, Police Interrogations and Confessions, Journal of Criminal Law and Criminology, Summer 1983.
2. "Testing the Limits of Law Enforcement", an essay review of Hans Zeisel, The Limits of Law Enforcement, University of Michigan Law Review, February 1984.
3. Michael T. Charles, Policing the Streets, Contemporary Psychology, July 1988.
4. William Walsh and Edwin Donovan, The Supervision of Police Personnel: A Performance Based Approach, FBI Law Enforcement Bulletin, September 1991.

5. Eve S. Buzawa and Carl G. Buzawa, eds., Domestic Violence: The Changing Criminal Justice Response, and Lawrence W. Sherman, Policing Domestic Violence, Contemporary Sociology, March 1994.
6. Willie L. Williams, with Bruce B. Henderson, Taking Back Our Streets: Fighting Crime in America (New York: A Lisa Drew Book/Scribner, 1996), Philadelphia Inquirer, June 9, 1996.

Professional Presentations and Papers Read:

1. "Pretrial Publicity: A Consideration of the Issues," National Symposium on Crime and the Media, John Jay College of Criminal Justice, New York, NY, May 1973.
2. "The Impact of Direct Organizational Interventions Upon Police Shooting Discretion," Annual Meeting of the American Society of Criminology, Atlanta, GA, November 1977.
3. "Police Deadly Force in New York City: Some Implications for Police and Community Action," National Conference of Human Rights Workers, Nashville, TN, October 1978.
4. "Race and Extreme Police-Citizen Violence," Annual Meeting of the Academy of Criminal Justice Sciences, Cincinnati, OH, March 1979.
5. "Officer Race and Police Shooting," Annual Meeting of the American Society of Criminology, Philadelphia, PA, November 1979.
6. "Toward a Typology of Police Shootings," Annual Meeting of the Academy of Criminal Justice Sciences, Oklahoma City, OK, March 1980.
7. "Race and the Police: An Early Report on a Change Effort," Annual Meeting of the American Society of Criminology, San Francisco, CA, November 1980.
8. "Blind Justice: Police Shootings in Memphis," Annual Meeting of the Academy of Criminal Justice Sciences, Philadelphia, PA, March 1981.
9. "Police Homicides," Annual Meeting of the Western Society of Criminology, Newport Beach, CA, February 1982.
10. "Choosing to Kill: Ethics in Police Deadly Force," Old Dominion University Symposium on Ethics in Criminal Justice, Norfolk, VA, April 1982.
11. "Statement on the Exclusionary Rule," U.S. House of Representatives, Subcommittee on Criminal Justice, April 1983.
12. "Mayors and the State of American Policing," Annual Meeting of the U.S. Conference of Mayors, Denver, CO, June 1983.
13. "Police Shootings and Organizational License," Annual Meeting of the American Society of Criminology, Denver, CO, November 1983.
14. "Section 1983 Civil Rights Cases: What Has to be Demonstrated by the Expert for the Plaintiff to Recover Damages?," Annual Meeting of the American Society of Criminology, Denver, CO, November 1983.
15. "Police Educators as Police Trainers," Annual Meeting of the Academy of Criminal Justice Sciences, Chicago, IL, March 1984.
16. "Garner v Memphis: Police Shootings as Seizures," Annual Meeting of the American Society of Criminology, Cincinnati, OH, November 1984.
17. "Social Scientists as Expert Witnesses in Police Brutality Cases," Annual Meeting of the American Society of Criminology, Cincinnati, OH, November 1984.

18. (With Geoffrey Alpert) "Police Deadly Force: The Miami Experience," Annual Meeting of the Academy of Criminal Justice Science, Las Vegas NV, April 1985.
19. "Two Decades of Research on Police Deadly Force," Annual Meeting of the Academy of Criminal Justice Sciences, Orlando FL, March 1986.
20. "Reducing Police-Citizen Violence: The Metro-Dade Project," Annual Meeting of the American Society of Criminology, Atlanta GA, October 1986.
21. "The Metro-Dade Police/Citizen Violence Reduction Project: Summary and Recommendations," Annual Meeting of the American Society of Criminology, Montreal, November 1987.
22. "Statement on Affirmative Action and Equal Employment Opportunity in Law Enforcement," U.S. House of Representatives, Subcommittee on Civil and Constitutional Rights, Hearings on Affirmative Action and Equal Employment Opportunity in the Federal Bureau of Investigation, March 1988.
23. "Who Gets Tickets? Police Discretion in Routine Traffic Stops," Annual Meeting of the American Society of Criminology, Chicago, November 1988.
24. "Statement on Police Education and Proposed Police Corps," U.S. House of Representatives, Committee on the Judiciary, Subcommittee on Crime, Hearings on Proposed Police Corps, November 2, 1989.
25. "Statement on Police Wiretapping," U.S. House of Representatives, Committee on the Judiciary, Subcommittee on Courts, Hearings on Police Wiretapping, December 18, 1989.
26. (With Candace McCoy) "Who Sues the Sheriff?" Annual Meeting of the Academy of Criminal Justice Sciences, Denver, March 1990.
27. "AIDS and the Police," Annual Meeting of the American Society of Criminology, Baltimore, November 1990.
28. (With Jeanne M. Flavin) "Differential Police Processing of Assault Complaints," Annual Meeting of the Academy of Criminal Justice Sciences, Nashville, March 1991.
29. (with Jeanne M. Flavin) "Police Arrest Decisions and Domestic Violence," Law and Society Association, Amsterdam, June 1991.
30. "Police-Citizen Interaction at Routine Traffic Stops," Annual Meeting of the Law and Society Association, June 1991.
31. "Unnecessary Force and Outright Violence," Annual Meeting of the Law and Society Association, Philadelphia, June 1992.
32. "Good Policing," Annual Meeting of the Academy of Criminal Justice Sciences, Kansas City, March 1993.
33. "Training to Reduce Police-Citizen Violence," Annual Meeting of the Academy of Criminal Justice Sciences, Kansas City, March 1995.
34. "Structuring Police Discretion," John Jay College of Criminal Justice, National Symposium on Criminal Justice Ethics, May 1995.
35. "Statement on the Philadelphia Police Advisory Commission," Pennsylvania House of Representatives, Philadelphia, July 1995.
36. "Statement on the Waco Incident," U.S. Senate Judiciary Committee, October 1995.
37. "Maryanski v. Philadelphia: A Report on Police Custom, Practice, and Policy," Annual Meeting of the Academy of Criminal Justice Sciences, Las Vegas, March 1996.

38. "Lawsuits against Police: Some Effects," Annual Meeting of the American Society of Criminology, Chicago, November 1996.
39. "When Cops are on Trial: Police Expert Consultants and Witnesses," Advanced Criminal Law seminar, National Association of Criminal Defense Lawyers, Aspen CO, February 1997.
40. "Statement on Narcotics Corruption on the Mexican Border," U.S. Senate Caucus on International Narcotics Control, May 1997.
41. "Reducing Police Weapons Use," Presented at the Police Institute for Public Order and Safety, Hoogerheide, The Netherlands, March 1998.
42. "Statement on Intro. No. 160-A, Waiver of Maximum Entry Level Age Requirement for New York City Police Officers," Hearing before Mayor Rudolph W. Giuliani, New York, May 1998.
43. (with Robert Kane, George Grasso, and Michael Ansbro) "Race, Gender and Discipline in the New York City Police Department," Annual Meeting of the American Society of Criminology, Washington DC, November 1998.
44. "Statement on Racial Profiling by the New Jersey State Police," New Jersey Black and Latino Legislative Caucus, Camden NJ, April 27, 1999.
45. "Redefining Homicide Investigation in a Community Policing Context," Australian Institute of Criminology, Canberra, Australia, March 2000.
46. "Police Authority and Accountability: The U.S. Experience," Charles Sturt University, Goulburn, Australia, April 2000.
47. "Urban Policing in Australia and the U.S.," New South Wales Police Association, Sydney, Australia, April 2000.
48. "Statement on Race and the Police," United States Commission on Civil Rights, Washington DC, June 2000.
49. (with Michael White, John Goldkamp, and Suzanne Campbell),"School-Police Partnership: Identifying At-Risk Youth Through a Truant Recovery Program," Annual Meeting of the American Society of Criminology, San Francisco, November 2000.
50. "Good News, Bad News: Trends in Police Deadly Force and Police Accountability," Annual Meeting of the American Society of Criminology, San Francisco, November 2000.

Consultant Papers and Research Reports:

1. "Dispatching One Man Radio Patrol Units to 'Family Dispute Calls' Without Assistance," New York City Police Department, November 1976.
2. "Race and Armed Confrontation Between Police Officers," New York City Police Department, March 1977.
3. (With Robert Houlihan and Ralph Bledsoe) "A Proposal for a New York City Police Department Executive Development Program," New York City Police Department, February 1978.
4. "Police Patrol Research: State of the Art," Police Foundation, August 1979.
5. "Philadelphia Police Shootings 1975-1979: A System Model Analysis," presented to U.S. Department of Justice, Civil Rights Division, March 1980.

6. "Police Killings in Memphis," presented to the NAACP Legal Defense Fund, June, 1980.
7. "The Metro-Dade Police/Citizen Violence Reduction Project," presented to the Metro-Dade Police Department, March 1988.
8. (With others) "Financing the Nation's Capital: Report of the District of Columbia Commission on Budget and Financial Priorities," November 1990.
9. (With Frank A. Bolz and Mario Selvaggi) "Report of the Hostage Situation Review Committee," New York City Police Department, May 1993.
10. (With others) "The State of the Police," Report of the American Society of Criminology Task Force on the Police, March 1995.
    Reprinted in The Criminologist, November 1995.
11. (With others), "Report of the New York City Police Disciplinary Review Task Force," March 1998.

Articles in Newspapers and Popular Periodicals:

1. "Don't Loosen Curbs on Cop Searches," Washington Post, Sunday, February 27, 1983. Reprinted in: Atlanta Journal-Constitution, Sunday, March 6, 1983. Deseret News, (Salt Lake City, UT), Saturday, March 5, 1983.
2. "For Police, Ignorance of the Law Is No Excuse," Washington Post, Saturday, April 30, 1983.
3. "Vigilante, Holster Your Gun," Washington Post, Sunday, January 6, 1985.
4. "Lesson of Philly: Plan, Don't Bomb," Miami Herald, Sunday, May 19, 1985.
5. "Should the Miranda Decision Be Overruled?," The American Forum, Gannett Syndicate, February 1986 (Pro-Con debate versus United States Attorney General Edwin Meese).
6. "Police! Don't Move!," Washington Post, Sunday, December 20, 1987.
7. "Police-citizen violence is not Metro's fault," Miami Herald, Friday, August 4, 1988.
8. "Lack of Skills Leads to Violence," Los Angeles Times, Tuesday, January 30, 1990.
9. (With Patrick V. Murphy), "D.C. Police: Trim the Fat," Washington Post, Tuesday, November 27, 1990.
10. (With Patrick V. Murphy), "D.C. Police: Trim the Fat (Cont'd.)," Washington Post, Monday, December 24, 1990.
11. "Use a Gun, Do Federal Time," New York Times, Friday, January 4, 1991.
12. "Why Crime Won't Stop," Washington Post (Outlook), March 14, 1991. Reprinted in Atlanta Constitution, Atlantic City Press, Dallas Times- Herald, Honolulu Star-Bulletin Houston Post, Miami Herald, Milwaukee Tribune, Montgomery Advertiser, San Antonio Star, Sacramento Bee, San Jose Mercury, Washington Post National Weekly, Wilmington Sunday News-Journal; Newsweek School Resources Unit, Winter 1992.
13. "LAPD: Confident in Brutality," Los Angeles Times, March 21, 1991. Reprinted in Houston Chronicle, Milwaukee Journal.
14. "Two and Five Don't Add Up," Washington Post (Close to Home), May 26, 1991.
15. "Punishing Cops for Misconduct," Atlanta Journal and Constitution, Sunday, May 3, 1992.
16. (With Jerome H. Skolnick) "Will They Do the Right Thing?" Los Angeles Times, March 3, 1993.

17. (With Jerome H. Skolnick) "A Case for Federal Prosecution," Los Angeles Times, April 18, 1993.
18. (With Jerome H. Skolnick) "Chokehold Defenders Crying Wolf," Los Angeles Times, May 6, 1993.
19. "Why Police Need Civilian Review Boards,"Philadelphia Inquirer, May 10, 1993.
20. "A Police Test the Department Failed," Philadelphia Inquirer, September 7, 1995.
21. "When the Chief is a Chief in Name Only," Los Angeles Times, February 4, 1997.
22. "Perspective on Police Shootings: Mitchell, Miller Killings Appall Us but Can't Be Prosecuted," Los Angeles Times, May 28, 1999.
23. "Advice to the New Jersey State Police Superintendent," Newark Star-Ledger, October 3, 1999.
24. "The Right Verdict," Wall Street Journal, February 28, 2000.
25. "The Diallo Shooting as Seen from Defense Table," Newark Star-Ledger, March 4, 2000.
26. "Police and Mentally Ill: A Question of Skills," Philadelphia Inquirer, July 20, 2000.

Letters to the Editor:

1. "Not-So-Trigger-Happy New York City Police Officers," New York Times, December 26, 1979.
2. "Reaction to Jordan and Dominelli," Nation's Cities Weekly, January 26, 1981.
3. "Fyfe's 'Hunch' on Off-Duty Guns," New York Times, April 11, 1981.
4. "Correcting the Record," America, March 13, 1982.
5. "Response to 'The Politics of Crime'", Atlantic Monthly, November 1982.
6. "Fleeing Felon Law Challenged," Clay Today (Orange Park, FL), September 13, 1983.
7. "Police Have Cut Back on Use of Guns," Newsday, August 11, 1985.

Training Programs:

1. (With others) "Police Students' Police Science Guide," New York City Police Department, 1973 (second edition, 1974).
2. "Avoiding Reflexive Response," Three hour multi-media training program presented to 22,000 New York City police officers, 1975.
3. "Supervision and Management," three-day program for Pennsylvania Chief Deputy Sheriffs, Allentown, March 1994.
4. "Reviewing Citizens' Complaints," three-day program for Philadelphia Police Advisory Commission, 1994.
5. "Reducing Police-Citizen Violence," two-day program for St. Petersburg Police Department, 1994.
6. Reducing Police Liability, one-day program for New Jersey Statewide Insurance Fund, 2000.

Professional Memberships:

Academy of Criminal Justice Sciences (member, Organizational Priorities Committee, 1982; Awards Committee, Program Committee, 1985; Executive Counsellor, Police Section, 1990-1992; Vice-Chair,Police Section, 1992-1994.

American Academy of Professional Law Enforcement.
American Society of Criminology (member, Student Awards Committee, 1983-1984; Program Committee, 1987, 1990; Public Policy Committee, 1994-1996; chair, August Vollmer Award Committee, 1999-2000).
International Association of Chiefs of Police
John Jay College Alumni Association
Police Executive Research Forum
S.U.N.Y. at Albany Alumni Association

Courses Taught:

Undergraduate:

Introduction to Criminal Justice
Introduction to Systems of Justice
Introduction to Problems of Justice
Policing in America
Police Administration I
Police Administration II
Police Patrol Function
Police Personnel Administration
Contemporary Issues in Law Enforcement
Police and the Community
Civil Disorder
Organized Crime
History and Philosophy of Criminology
Issues in Criminal Procedure

Graduate:

Graduate Survey: Processes of Justice
Graduate Survey: Theories of Justice
Criminal Justice in America
The Police and the Community
Seminar: Management and Policy Issues in Law Enforcement
Seminar: Contemporary Literature in Law Enforcement
Theoretical Bases of Law Enforcement
The Police and the Political System
Police Authority and Accountability
Theories of Crime and Deviance

University Service:

American University

Chair, School of Justice Personnel Committee, 1979-80.
School of Justice Curriculum Committee, member 1979-80, Chair, 1980-81, 1986-87
School of Justice Representative to College of Public and International Affairs Management Task Force, 1980-81.

School of Justice Applications and Awards Committee, 1980-81, 1982-83, 1984-85.
School of Justice Rank and Tenure Committee, 1981-82.
Chair, School of Justice Dean Search Committee, 1981-82.
Chair, School of Justice Applications and Awards Committee, 1981-82, 1986-87.
University Conduct Council Review Board, 1981-82.
Chair, School of Justice Rank and Tenure Committee, 1982-83, 1987-88.
Chair, School of Justice Teaching Council, 1983-84.
Chair, Subcommittee on the Future of the College of Public and International Affairs, 1987.
College of Public and International Affairs, Committee on Detail, 1987.
Chair, Department of Justice, Law and Society, 1987-89.
University Senate Graduate Studies Committee, 1989-90.
School of Public Affairs, Rank and Tenure Committee, 1990-92.
Departmental Curriculum Committee, 1990-92.
Departmental Program Review Committee, 1991-92.

Temple University

Department Graduate Studies Committee (member 1992-1995, 1998-present; chair,1995-1998).
Department Personnel Committee (member, 1992-2000; chair 2000-2001).
College of Arts and Sciences Tenure Committee (member 1993-1994; chair 1995).
Department Search Committee (member, 1995-1997; chair 1988-1999).
College of Arts and Sciences, *Ad Hoc* Committee to Evaluate the Administration of the Dean of Arts and Sciences, 1998.
College of Arts and Sciences, Awards Committee, 1999.

References: Available on Request