# CURRICULUM VITAE

## DEIRDRE ANGLIN, MD, MPH

### A. PERSONAL INFORMATION:

| | |
|---|---|
| Name | Deirdre Ruth Anglin |
| Business Address | Department of Emergency Medicine<br>Room 1011<br>Los Angeles County/University of Southern California Medical Center<br>1200 North State Street<br>Los Angeles, CA 90033 |
| Business Phone | (323) 226-6675 |
| Fax Number | (323) 226-6454 |
| E-mail | anglin@hsc.usc.edu |
| Home Address | 936 Centinela Avenue<br>Santa Monica, CA 90403 |
| Date of Birth | January 30, 1956 |
| Place of Birth | Oxford, England |
| Citizenship | Canadian citizen by birth |
| Marital Status | Married |
| Husband's Name | Thomas O G Kovacs M.D. |
| Social Security No. | 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 |

## B. EDUCATION:

| | |
|---|---|
| High School | Brookfield High School,<br>Ottawa, Canada, 1974 |
| University | Carleton University<br>Ottawa, Canada<br>2 years Honours Chemistry, 1974-76 |
| Medical School | Ottawa University, Ottawa, Canada<br>M.D., 1980 |
| Internship | Memorial University of Newfoundland<br>St. John's, Newfoundland, Canada.<br>Rotating Internship, June 1980- June 1981 |
| Residency | McGill University, Montreal Canada.<br>Emergency Medicine,<br>July 1981- June 1983 |
| Other degrees | Master of Pubic Health,<br>University of California - Los Angeles CA, 1997 |
| Licensure | California, 1985 (A 041739) |
| Certification | Licentiate of the Medical College of Canada, 1980.<br>F.L.E.X., 1983.<br>American Board of Emergency Medicine, 1985;<br>(recertification 1995)<br>Royal College of Physicians and Surgeons of Canada, in Emergency Medicine, 1985.<br>Radiography and Fluoroscopy Operator, California |

## C. PROFESSIONAL BACKGROUND:

### Academic Appointments

Emergency Physician, University of Alberta Hospitals, Honorary Clinical Instructor, Dept. of Family Medicine, Faculty of Medicine, University of Alberta, Edmonton, Alberta, Canada. 1983-1984

Emergency Physician, Royal Victoria Hospital, Montreal, Canada. 1984-1988.
Lecturer, Dept. of Surgery, Faculty of Medicine, McGill University, Montreal, Canada. 1984-1986.

Assistant Professor, Dept of Surgery, Faculty of Medicine, McGill University, Montreal, Canada 1986-1988

Assistant Professor of Emergency Medicine, University of Southern California, Los Angeles County/University of Southern California Medical Center, Los Angeles, California 1988 - 1996

Associate Professor of Emergency Medicine, University of Southern California, Los Angeles County/University of Southern California Medical Center, Los Angeles, California 1996 - present.

**Specific Teaching Responsibilities**

Clinical Instruction to Medical Students and Nurse Practitioner Students, 1983-1984.

Introduction to Clinical Medicine Mentor for 2nd year medical student, 1992-1993

Family Violence Workshop, Year 1 medical students, University of Southern California 1995- present.

Lecture to Baccalaureate/MD students on Emergency Medicine, University of Southern California - 1996

Clinical and Didactic Instruction to Emergency Medicine Residents, Interns and Medical Students, 1984-present

Lectures:

Domestic Violence: Emergency Department Recognition and Management
Violence - The Prevention of Firearm Injuries and Gang Violence
- Preventing Gang Violence in the Emergency Department
- Violence in the Emergency Department
- The Cost of Firearm Injuries
- The ED Management of Victims of Hate Crime Violence
Elder Abuse. Recognition and Management
Universal Precautions in the Emergency Department
GI Bleeds - Emergency Department Diagnosis and Management
The Incidentally Pregnant Patient
Bleeding in Pregnancy
Accidental Hypothermia
Hyperthermia
The Approach to the Patient with Multiple Trauma
Advanced Cardiac Life Support
Automobile Safety Devices. Child Car Seats, Seat Belts and Air Bags
Tangential Gunshot Wounds to the Head
Blast Injuries and Landmines

Suicide by Cop
Sexual Assault and "Date Rape Drugs"

Courses: ACLS, ACLS Instructor, Trauma

**Specific Administrative Responsibilities**

Director of the Department of Emergency Medicine Medical Student/Intern Electives and Clerkships, 1988 - present.

Member of the Department of Emergency Medicine Curriculum, Resident Selection, Faculty, Appointment and Promotion, and Education Committees, 1988 - present.

Emergency Medicine Resident Mentor, 1988 - present

Medical student advisor, 1988 - present.

University of Southern California Faculty of Medicine Admissions Interviews 1988 – present

Education Policy Committee member, Faculty of Medicine, University of Southern California, 1995 - 1998

Medical Director, Domestic Violence Program, Violence Intervention Program, LAC/USC Medical Center, 1996 – present

Co-chair of "Abuse" Process Improvement Team, LAC/USC Medical Center, 1995 - 1996.

Year IV Curriculum Committee member, Faculty of Medicine, University of Southern California, 1996 – 1998

Institutional Review Board member, University of Southern California Health Sciences Campus, LAC + USC Medical Center and Health Research Association, 1996 - present.

Mentor to USC Baccalaureate/MD students, 1998 – present

Institutional Review Board Research Review Subcommittee member, University of Southern California Health Sciences Campus, LAC + USC Medical Center and Health Research Association, 1998 - present

Institutional Review Board Vice-Chair, University of Southern California Health Sciences Campus, LAC + USC Medical Center and Health Research Association, July, 1999 – present.

Institutional Review Board Policy Subcommittee member, University of Southern California Health Sciences Campus, LAC + USC Medical Center and Health Research Association, 1998 - present.

**Other Employment or Activities**

Canadian Association of Emergency Physicians Resident's Committee Representative for McGill University 1981- 1982.

Emergency Measures Committee Resident's Representative, Royal Victoria Hospital, Montreal, Canada. 1982 - 1983.

Emergency Medical Technician Examiner, Dawson College, Montreal, Canada. 1982

A T L S Instructor, 1982-86

A C L S Instructor, 1983 - present

Emergency Medicine Physician, White Memorial Medical Center, Los Angeles, California. 1988- 1989

American Medical Women's Association - USC Chapter Mentor Program, 1988 - present.

Co-Director of a symposium. "Understanding Gangs and Gang Violence for the Medical Professional", USC, 1991

Family Violence Prevention Fund's State Advisory Committee, 1994 - 1995.

Co-chairman of steering committee for Violence Intervention Project, LAC/USC Medical Center, 1994 - 1996.

Team Leader, LAC/USC Emergency Department Domestic Violence Pilot-test Program, selected by the Family Violence Prevention Fund as one of six hospitals in California for participation in this program October 1994 - March 1995

Interagency Council on Child Abuse and Neglect, Domestic violence subcommittee, 1994 - present.

Domestic Violence Council, County of Los Angeles: Health Issues Committee, 1995 - present

Expert Medical Consultant, Medical Board of California, 1995 - present

Founder and Chair, SAEM Domestic Violence Research Interest Group, 1996 – 1999.

Los Angeles Sheriff's Department "Suicide by Cop" Committee, to advise the Sheriff's Department on the "Suicide by Cop" phenomenon and its management by deputies; 1996.

Society for Academic Emergency Medicine, Program Committee, 1998 – present.

Course Director, 2nd Annual SAEM Western Regional Research Forum, Redondo Beach, CA; March 1999

Reviewer for the *Journal of the American Medical Association*.

Consultant/Reviewer for *Annals of Emergency Medicine*, 1994 - present.

Reviewer for the *Journal of Trauma*, 1997 - present

Reviewer for *Obstetrics and Gynecology*, 1999 – present

Scientific Peer Reviewer, Agency for Healthcare Research and Quality. Rockville, Maryland; August 2000

Advanced Training in Domestic Violence for Healthcare Providers, Course Director; California Medical Training Center. (Funded by Office of Criminal Justice Planning) 2001 – present.

Domestic Violence Consultant, California Medical Training Center. (Funded by Office of Criminal Justice Planning) 2000 – present

## D. SOCIETY MEMBERSHIPS:

Society for Academic Emergency Medicine
Fellow of the Royal College of Physicians and Surgeons of Canada (Emergency Medicine)
Homicide Research Working Group

## E. RESEARCH ACTIVITIES:

Areas of Research Interest

Injury Prevention:

Intentional Injury.
- Violence
- Street gang violence
- Domestic violence
- Firearm injury
- Hate crime violence
- Suicide by Cop

Educating Emergency Physicians in Injury Prevention
Trauma. Tangential gunshot wounds of the head

## F. GRANTS:

Red Blanket Society: Survey of Emergency Medicine Residents Perspectives on Injury Prevention. 1993 $750 Principal Investigator)

Red Blanket Society: Law Enforcement Dog Bite Injuries. 1993. $1500. (Principal Investigator)

Southern California Injury Prevention Center: Children and Adolescents Injured and Killed in Drive-by Shootings in Los Angeles. 1993 (Principal Investigator)

Office of the Juvenile Justice and Delinquency Prevention: Juvenile Violence in Los Angeles: Collecting Juvenile Violence Data for Juvenile Violence Reduction, July 1995. $500,000. (Co-investigator)

Emergency Medicine Foundation. Multi-Centered Emergency Department-Based Study of Risk Factors for Domestic Violence. July 1996. $25,000. (Co-investigator)

Southern California Injury Prevention Center: A Comparison of Pediatric Gang and Nongang Homicides in Los Angeles County. December 1996. $7,500. (Principal Investigator)

NIMH. Mental Health Consequences of Violent Victimization. (In association with the RAND Corporation) 1997. $890,000. (Co-investigator)

## G. AWARDS

Outstanding Elective/Selective Award, Emergency Medicine Elective, Faculty of Medicine, University of Southern California, 1996 - 1997.

The American Association of Women Emergency Physicians' 1998 Violence Prevention Award.

## H. MAJOR PRESENTATIONS:

**"Residents' Perspectives on Violence and Personal Safety in the Emergency Department"** - Society for Academic Emergency Medicine, Washington DC, May 1994.

**"Injury prevention: Are We Teaching Residents to Put it into Practice?"** - Society for Academic Emergency Medicine, Washington DC, May 1994

**Attorney General's Policy Council on Violence Prevention**, Los Angeles CA, August 1994: testimony on the Medical Perspectives on Domestic Violence and Early Intervention by Emergency Physicians

**Family Violence and the Courts: A California State Conference on a Coordinated Community Response**, Los Angeles CA, September 1994: Medical/Legal Issues Workshop

**"Children and Adolescents Injured and Killed in Gang Violence"** Pediatric Grand Rounds, UCLA Medical Center, Los Angeles CA, December 1994

**"Domestic Violence: Emergency Department Recognition and Management"**, Emergency Medicine Grand Rounds, Harbor UCLA Medical Center, Los Angeles CA, January 1995

**"Domestic Violence"**, Grand Rounds - Women's and Children's Pavilion, LAC/USC Medical Center, Los Angeles CA, January 1995

**"The Epidemic of Gang Related Homicides in the City of Los Angeles from 1979 - 1992"**, ACEP Research Forum, San Francisco CA, February 1995

**"Injury Prevention in Medical Student Education"**, Society for Academic Emergency Medicine, San Antonio Texas, May 1995

**"Domestic Violence"**, Trauma and Critical Care Conference, University of Southern California, Pasadena CA, May 1995

**"Domestic Violence"**, American Medical Student Association, University of Southern California, Los Angeles CA, 1993 and April 1995

**"The Epidemic of Gang-Related Homicides in Los Angeles County From 1979 Through 1994"**, The American Medical Association 14th Annual Science Reporters Conference, Miami Florida, October 1995

**Gang Violence Prevention**, presented to Senator Dianne Feinstein's State Director, Los Angeles CA, October 1995

**State of California Task Force to Review Juvenile Crime and the Juvenile Justice Response**, Workshop participant Riverside CA, November 1995

**"Health Care and the Battered Woman"**, Los Angeles County Domestic Violence Council 8th Annual Legislative Forum, Los Angeles CA, November 1995

**Prevention of Gang Violence**, Los Angeles County Judicial Procedures Commission of Los Angeles County Board of Supervisors, Los Angeles CA, December 1995.

**"Intracranial Hemorrhage Associated with Tangential Gunshot Wounds to the Head"**, ACEP Research Forum, Cincinnati Ohio, February 1996.

**"Violence Amongst Intimates in an Inner City Emergency Department Population"**, Society for Academic Emergency Medicine, Denver Colorado, May 1996

**"Domestic Violence"**, Trauma and Critical Care Conference, University of Southern California, Pasadena CA, May 1996

**"Gangs and Guns"**, National Youth Gang Symposium, Dallas Texas, June 1996.
**"Firearms: What Can Be Done"**, National Youth Gang Symposium, Dallas Texas, June 1996

**"Domestic Violence: Recognition and Management"**, Grand Rounds Burn Service, LAC/USC Medical Center, Los Angeles CA, August 1996.

**"Innovative Solutions to Gang Violence"**, CAL/ACEP Violence Prevention Policy Conference, Los Angeles CA, October 1996

**"Healthcare: New Physicians in a New Era"**, Seminar/Workshop on Emergency Medicine, American Medical Student Association, Los Angeles CA, October 1996.

**"Domestic Violence: Recognition, Intervention & Management"**, Women's Health Issues in Primary Care, UCSD, San Diego CA, November 1996.

**"Niches to the Top"**, Open Ceilings. The Sky's the Limit, American Association of Women Emergency Physicians. Washington D.C., April 1997.

**"Poverty and Health"**. UCLA Center for the Study of Urban Poverty, Los Angeles CA, April 1997.

**1997 Summit on Family Violence: Breaking the Cycle for Children Who Witness"**. International Association of Chiefs of Police, Alexandria Virginia, April 1997. (Invited Participant)

**"Restraint Devices: Child Car Seats, Seat Belts and Air Bags"**, Trauma and Critical Care Conference, University of Southern California, Pasadena CA, May 1997.

**"Firearms and Injury"**, **"Domestic Violence: Identification and Management"**, **"Understanding Gang and Gang Violence for the Health Care Professional"**, **"The Management of Victims of Hate Crimes"** USC Postgraduate Refresher Course, Hawaii, August 1997

**"Family Violence".** Neighborhood Academic Initiative's Family Development Institute, USC. Los Angeles CA, September 1997

**"Recognition and Management of Domestic Violence"**. Grand Rounds, Division of Child and Adolescent Psychiatry, LAC + USC Medical Center, Los Angeles CA, September 1997.

**"Suicide by Cop"**. International Association of Chiefs of Police Annual Convention, Orlando Florida, November 1997.

**"Domestic Violence"** A Forum on Violence Intervention and Prevention and the Violence and Trauma Epidemics, Los Angeles CA, May 1998.

**"Suicide by Cop"**. Los Angeles County Sheriff's Department, Los Angeles CA,1998.

**1998 Summit on "Hate Crime in America".** International Association of Chiefs of Police, Alexandria Virginia, June 1998 (Invited Participant)

**"Suicide by Cop"**. Los Angeles County Sheriff's Department Regional Community Policing Institute, Pismo Beach CA, June 1998.

**"Domestic Violence as a Public Health Issue"**. Testimony to the California Assembly Select Committee on Domestic Violence, Los Angeles, CA. March 2000.

**"Domestic Violence: Recognition and Management", "Elder Abuse: Recognition and Management", " Sexual Assault and "Date Rape Drugs", "Blast Injuries", "Accidental Hypothermia"**. USC Postgraduate Refresher Course, Hawaii, August 2000.

**"Screening for Domestic Violence in the Pediatric Setting"**. Symposium on Multiply Traumatized Children of Battered Women, US Department of Justice, Pasadena, California, December 2000.

**"Prevalence of Domestic Violence"**. Advanced Training for Domestic Violence for Healthcare Providers, California Medical Training Center. Palm Springs, California. February 2001.

**"Domestic Violence Training for Community Healthcare Providers"** California Medical Training Center. OBGYN Grand Rounds, Kaiser Baldwin Park, California. May 2001.

**"Injury and Violence on the Streets of LA"**. Dept. of Emergency Medicine, Dalhousie Medical School, Halifax, Nova Scotia, Canada. May 2001.

**"The Forensic Evaluation"** Advanced Training fin Domestic Violence for Healthcare Providers. Bakersfield, California. May 2001

**"Prevalence of Domestic Violence"**. Advanced Training for Domestic Violence for Healthcare Providers, California Medical Training Center. Orange County, California. June 2001.

**"Domestic Violence"**. California Medical Training Center Universal Care, Los Angeles, California. June 2001.

## I. BIBLIOGRAPHY

### JOURNAL ARTICLES:


1. Parfrey P, Ikeman R, **Anglin D**, Cole C. Severe Lithium Intoxication Treated by Diuresis. *CMAJ* 1983,129:979-80.

2. Hutson HR, **Anglin D**, Mallon W. Minimizing Gang Violence in the Emergency Department. *Annals of Emergency Medicine* 1992;21(10).1291-3

3. Hutson HR, **Anglin D**, Mallon W. Injuries and Deaths From Gang Violence: They are Preventable. *Annals of Emergency Medicine* 1992;21(10):1234-6

4. Hutson HR, **Anglin D**, Mallon W. Minimizing Gang Violence in the Emergency Department. *CAL/ACEP Lifeline* December 1992:4.

5. Hutson HR, **Anglin D**. The Societal Impact of Gang Violence. *California Physician* 1993;10(10):46-9.

6. Hutson HR, **Anglin D**, Pratts M. Adolescents and Children Injured or Killed in Drive-by Shootings in Los Angeles. *The New England Journal of Medicine* 1994,330(5):324-7.

7. Hutson HR, **Anglin D**, Middleton D. Letter to the Editor: Incidence of Gunshot Wounds at a County Hospital. *The Journal of Trauma* 1994;36(3):459-60.

8. **Anglin D**, Kyriacou DN, Hutson HR. Residents' Perspectives on Violence and Personal Safety in the Emergency Department. *Annals of Emergency Medicine* 1994;23:1082-4.

9. Hutson HR, **Anglin D**. Letter to the Editor. Drive-by Shootings in Los Angeles. *The New England Journal of Medicine* 1994,330(25).1833

10. Hutson HR, **Anglin D**, Mallon W, Pratts M. Caught in the Crossfire of Gang Violence. *The Journal of Emergency Medicine* 1994,12(3).385-8.

11. Moradzadeh DS, **Anglin D**, Hutson HR, Gasser S. An Unusual Cause of Hand Trauma in the Emergency Department. *Annals of Emergency Medicine* 1994,24(3).526-9

12 Eckstein M, Hutson HR, **Anglin D** Drive-By Shootings *Annals of Emergency Medicine* 1995;25(1).107-10.

13. **Anglin D**. Letter to the Editor: Civilian Gunshot Wounds-Outpatient Management. *The Journal of Trauma* 1995;38.464-65.

14. Englanoff G, **Anglin D**, Hutson HR. Lisfranc Fracture-Dislocation: A Frequently Missed Diagnosis in the Emergency Department *Annals of Emergency Medicine* 1995;26(2):229-33.

15 Hutson HR, **Anglin D**, Kyriacou DN, Hart J, Spears K. The Epidemic of Gang Related Homicides in Los Angeles County from 1979 - 1994. *Journal of the American Medical Association* 1995,274(13).1031-35.

16. Hutson HR, **Anglin D**, Eckstein M. Drive-by Shootings in the City of Los Angeles: A Five Year Review from 1989 - 1993. *Academic Emergency Medicine* 1996;3:300-303.

17. Pineda GV, Hutson HR, **Anglin D**, Flynn CJ, Russell MA. Managing Law Enforcement (K-9) Dog Bites in the Emergency Department *Academic Emergency Medicine* 1996;3.352-8.

18. **Anglin D**, Hutson HR, Kyriacou D. Emergency Medicine Residents' Perspectives on Injury Prevention. *Annals of Emergency Medicine* 1996;28:31-3.

19. Hutson HR, **Anglin D**, Pineda GV. Inmate Security (letter). *Annals of Emergency Medicine* 1996;28:247.

20 **Anglin D**, Spears KL, Hutson HR Flunitrazepam and Its Involvement in Date or Acquaintance Rape. *Academic Emergency Medicine* 1997,4:323-26.

21. Hutson HR, **Anglin D**, Pineda GV, Flynn CJ, Russell MA, McKeith J. Law Enforcement (K-9) Dog Bites: Injuries, Complications and Trends. *Annals of Emergency Medicine* 1997,29.637-42.

22. Hutson HR, **Anglin D**, Stratton G, Moore J Hate Crime Violence and its Emergency Department Management *Annals of Emergency Medicine* 1997;29:786-91.

23. Hutson HR, **Anglin D**, Spears K Understanding Street Gangs and Gang Violence for the Healthcare Professional. *Critical Decisions in Emergency Medicine* 1997, Vol II.9-15

24 Kyriacou DN, McCabe F, **Anglin D**, Lapesarde K, Winer MR Emergency Department-Based Study of Risk Factors for Domestic Violence Against Women *Annals of Emergency Medicine* 1998,31:502-6.

25. **Anglin D,** Hutson HR, Luftman J, Moradzadeh D, Qualls S Intracranial Hemorrhage Associated with Tangential Gunshot Wounds to the Head *Academic Emergency Medicine* 1998;5.672-78

26. De Brito D, Barton E, Spears KL, Cranmer HH, Karp SJ, **Anglin D**, Hutson HR. Acute Right Lower Quadrant Pain in a Leukemic Patient. *Annals of Emergency Medicine* 1998;32:98-101

27. Hutson HR, **Anglin D**, Strote J. Antipersonnel Land Mines. Why They Should be Banned. *Academic Emergency Medicine* 1998,5.205-8.

28. Hutson HR, **Anglin D**, Yarbrough J, et al. Suicide by Cop. *Annals of Emergency Medicine* 1998,32.665-69

29. Kyriacou DN, Hutson, HR, **Anglin D**, Kraus, J. Socioeconomic Risk Factors for Gang Related Homicides in the City of Los Angeles *Journal of Trauma* 1999;46:334-39.

30. Hutson HR, **Anglin D** Intervening in Alcohol-Related Automobile Crash Fatalities Among Ethnic Minorities – A Call to Action for Emergency Physicians. *Annals of Emergency Medicine* 1999;34.551-53

31. Kyriacou DN, **Anglin D**, Taliaferro E, et al A Multicenter Study of the Risk Factors for Injury from Domestic Violence Against Women. *New England Journal of Medicine* 1999;341.1892-98

32. Grossman S, Richards C, **Anglin D**, Hutson HR. Caring for the Patient with Mental Retardation in the Emergency Department. *Annals of Emergency Medicine* 2000;35:69-76.

33. Kyriacou DN, **Anglin D** Domestic Violence (Correspondence) *NEJM* 2000;342:1452-3.

34. Grossman SA, Hutson HR, **Anglin D**. Letter to the Editor: Enhancing the Emergency Department Outcomes of Patients with Mental Retardation: In Reply. *Annals of Emergency Medicine* 2000.36.400

ABSTRACTS.

1. Pratts MJ, Hutson HR, **Anglin D**, Peters R. Preventing Injuries and Deaths from Drive-by Shootings *Clinical Research* 1994,42(1).80A

2. **Anglin D**, Kyriacou D, Hutson HR. Residents' Perspectives on Violence and Personal Safety in the Emergency Department *Academic Emergency Medicine* 1994;1(2):A6

3 Hutson HR, **Anglin D**, Kyriacou D, Eckstein M. The Increasing Role of Firearms in Gang Related Homicides in the City of Los Angeles *Academic Emergency Medicine* 1994;1(2).A12

4 **Anglin D**, Hutson HR, Kyriacou D. Injury Prevention: Are We Teaching Residents to Put it into Practice? *Academic Emergency Medicine* 1994;1(2):A61.

5 Hutson HR, **Anglin D**, Kyriacou DN. The Epidemic of Gang Related Homicides in the City of Los Angeles from 1979 - 1992 *Annals of Emergency Medicine* 1995;2(1):148.

6 **Anglin D**, Hutson HR. Injury Prevention in Medical Student Education. *Academic Emergency Medicine* 1995;2.413

7 Heron SL, Baines PA, Loya D, Hutson HR, **Anglin D** Domestic Violence Among Inner-City Women Presenting to the Emergency Department. *Academic Emergency Medicine* 1995;2.450

8 **Anglin D**, Hutson HR, Luftman J, Moradzadeh D, Eckstein M. Intracranial Hemorrhage Associated with Tangential Gunshot Wounds to the Head. *Annals of Emergency Medicine* 1996;27.123.

9 Hutson HR, **Anglin D**, Flynn C, Pineda G, Russell M Injuries and Complications from Law Enforcement Dog Bites. *Annals of Emergency Medicine* 1996,27:158.

10 Kyriacou DN, Hutson HR, **Anglin D**, Kraus J. Socioeconomic Risk Factors for Gang Related Homicides in the City of Los Angeles. *Annals of Emergency Medicine* 1996;27.143

11 **Anglin D**, Heger A, Hutson HR, Chan L. Violence Amongst Intimates in an Inner City Emergency Department Population *Academic Emergency Medicine* 1996,3:444.

12 Kyriacou DN, McCabe F, **Anglin D**, Lapesarde K, Wines MR. Emergency Department-Based Study of Risk Factors for Domestic Violence Against Women *Academic Emergency Medicine* 1997,4:349

13 Hutson HR, **Anglin D**, Glatter R A Comparison of the Characteristics of Gang-Related Homicide Victims Aged ≥45 Years and Those Aged ≤44 Years. *Academic Emergency Medicine* 1998;5:526.

14 Hutson HR, **Anglin D**, Sanders O A Comparison of Child and Adolescent Gang and Nongang Homicides *Annals of Emergency Medicine* 1998,32(S).S32-S33

15 Hutson HR, Richards C, **Anglin D** Weapons Used in Gang-related Homicides From 1979 to 1995 *Annals of Emergency Medicine* 1998,32S.S33.

16 Kyriacou DN, **Anglin D**, Taliferro E, et al. Multicenter Emergency Department-Based Study of Risk Factors for Acute Injury from Domestic Violence Against Women. *Annals of Emergency Medicine* 1998,32.S9

17 Jaycox L, Marshall G, Perry S, **Anglin D**, Belzberg H. Mental Health Consequences of Community Violence. In: Goebel-Fabbri A (Chair), The Impact of Community Violence: Perspectives from Childhood to Adulthood. 14th Annual Meeting of The International Society for Traumatic Stress Studies, 1998.

## BOOK CHAPTERS.

1. Hutson HR, **Anglin D**. The Perspectives of Gang Related Injuries. *Neurosurgery Clinics of North America 1995*;6.621-8

2. Hutson HR, **Anglin D**. Youth and Gang Violence. In. Rosen P, Barkin RM (eds). *Emergency Medicine: Concepts and Clinical Practice 4th ed*. St. Louis, MO: Mosby, 1997.407-416.

3. Goldberg R, **Anglin D**. Health Promotion and Disease Prevention in the Emergency Department. In: Bernstein E, Bernstein J (eds). *Case Studies in Emergency Medicine and the Health of the Public*. Sudbury, MA. Jones and Bartlett Publishers,1996:316-328.

4. Kendall J, **Anglin D**, Demetriades D. Penetrating Neck Trauma. *Emergency Medicine Clinics of North America* 1998;16.85-105

5. **Anglin D**, Hutson HR. Family Violence: Child Abuse, Domestic Violence and Elder Abuse. In. Naude GP, Bongard FS, Demetriades D (eds). *Trauma Secrets*, Philadelphia, PA: Hanley & Belfus, 1999:231-237.

6. Hutson HR, **Anglin D**. Youth and Gang Violence. In: Rosen P, Barkin RM (eds). *Emergency Medicine: Concepts and Clinical Practice 5th ed*. St. Louis, MO. Mosby, (In press).

7. **Anglin D**, Hutson HR. Elder Abuse. In. Rosen P, Barkin RM (eds). *Emergency Medicine: Concepts and Clinical Practice 5th ed*. St. Louis, MO: Mosby; (In press)

## OTHER CITATIONS.

1. Hutson HR, **Anglin D**, Pratts M. Adolescents and Children Injured or Killed in Drive-by Shootings in Los Angeles. In. Stockman JA (ed), *The Yearbook of Pediatrics*. St. Louis, MO. Mosby,1995

2. Englanoff G, **Anglin D**, Hutson HR. Lisfranc Fracture-Dislocation: A Frequently Missed Diagnosis in the Emergency Department. In. The Yearbook of Emergency Medicine. St. Louis, MO. Mosby, 1996.

Revised July 2001