# CURRICULUM VITAE

Sandra K. Hanson, M.D.

Park Nicollet Clinic, HealthSystem Minnesota
Department of Neurosciences
Meadowbrook Building, Suite 500E
6490 Excelsior Boulevard
St. Louis Park, Minnesota 55426

**DATE OF BIRTH:** April 13, 1956

**PLACE OF BIRTH:** Minneapolis, Minnesota

**MARITAL STATUS:** Married

**UNDERGRADUATE EDUCATION:**

Graduated cum laude from the University of Minnesota, Duluth - 1982
- Bachelor of Science degree in biology, chemistry minor
- Bachelor of Arts degree in music

**MEDICAL EDUCATION AND TRAINING:**

Doctor of Medicine at the University of Minnesota, Minneapolis - 1987

Internal Medicine Internship at the University of Texas at Houston - 1988

Neurology Residency at the University of Texas at Houston - 1988 to 1991
Chief Resident - 1990 to 1991

Cerebrovascular Fellowship at the University of Texas at Houston - 1991 to 1992

**APPOINTMENTS:** Assistant Professor, Staff Physician
Department of Neurology
VA Medical Center and University of Minnesota Medical School - 1992 to 1993

Neurology Consultant
Park Nicollet Medical Center
1993 to the present

Member, Board of Directors
Member, Stroke Subcommittee
American Heart Association
Minnesota Affiliate - 1994 to the present

**EXAMINATIONS:**

Diplomate of the National Board of
Medical Examiners - July 1988

SPEX examination for medical licensure in
Texas - September 1991

American Board of Psychiatry and Neurology
January 1993

**SOCIETY MEMBERSHIPS:**

American Academy of Neurology
1989 to the present

American Medical Association
1984 to 1995

Texas Medical Association
1987 to 1992

American Heart Association
1992 to the present

**LICENSE:** Minnesota Board of Medical Practice #34393

# PUBLICATIONS

## JOURNAL ARTICLES:

Sickler GK, Hanson SK, Hsu SM, Papasozomenos SC. Primary intracerebral Hodgkin's disease, a case report. Clinical Neuropathology 1990;9:143-147.

Triggs WJ, Roe CR, Rhead WJ, Hanson SK, Lin SN, Willmore LJ: Neuropsychiatric manifestations of defect in mitochondrial beta oxidation responce to riboflavin. J Neurol Neurosurg Psych 1992;55:209-211.

Hanson, SK. Ischaemic cerebrovascular disease in young women. Vascular Medicine Review 1993;4:85-93.

Hanson SK, Grotta JC, Rhoades H, Tran HD, Lamki LM, Barron BJ, Taylor WJ. Value of single photon emission computed tomography in acute stroke therapeutic trials. Stroke 1993;24:1322-1329.

Hanson SK, Grotta JC, Waxham MN, Aronowski J, Ostrow P. Ca2+/Calmodulin-Dependent Protein Kinase II Activity in Focal Ischemia With Reperfusion in Rats. Stroke 1994;25:466-473.

Johnston KC, Li JY, Lyden PD, Hanson SK, Feasby TE, Adams RJ, Faught RE, Haley EC. Medical and neurological complications of ischemic stroke: experience from the RANTTAS trial. Stroke 1998;29:447-453.

## ABSTRACTS:

Hanson S, Grotta JC. Serial TCD and SPECT in hyperacute ischemic stroke. Abstracts of the 6th International Symposium on Cerebral Hemodynamics, Phoenix, Arizona, Abstract #39, January 26-29, 1992.

DeGraba TJ, Hanson S, Ostrow P, Grotta JC. Calcium influx, histologic damage, and motor performance in rats treated with NBQX after focal ischemia. Neurology 1992;42(Suppl 3):361.

Mackay B, Beatty J, Hanson S, Grotta J. Transcranial Doppler within three hours of stroke correlation with clinical course. Neurology 1992;42(Suppl 3):453.

Hanson S, Grotta J, Rhoades H, Tran H, Lamki L, Barron B, Taylor W. SPECT: Is it useful for selecting patients for reperfusion therapy after hyperacute stroke? Can J Neurol Sci 1993; (Suppl 4):S84.

Lamki L, Hanson S, Tran H, Barron B, Grotta J. Potential value of serial brain SPECT and transcranial Doppler in the first 24 hours following acute ischemic stroke therapy. J Nucl Med 1992;33:968.

Hanson SK, Grotta JC, Waxham MN, Earls R, Strong R, Dafny N. Regional depression in calcium/calmodulin dependent protein kinase II (CaM-KII) in focal ischemia. Abstracts of the Annual Meeting of the Society for Neuroscience, Anaheim, California, Abstract #4221, October 25-30, 1992.

Fife CE, Hanson S, Meyer JS, Maklad N. Transcranial Doppler evaluation of cerebral vessels during hyperbaric oxygenation. Journal of the Undersea and Hyperbaric Medical Society 1993.

Hanson S, Adlis S, Weaver A, Porth K, Koller R. Accuracy of Prehospital Stroke Diagnosis: Treatment Implications. Stroke 1995; 26:157.

Hanson SK, Brauer DJ, Anderson DC, Koller RL, Davenport J, Ramirez Lassepas M, Klassen AC, Altafullah IM, Brown RD. Stroke Treatment in the Community (STIC) - Intravenous rt-PA in Clinical Practice. Neurology; April,1998.

Tanne D, A large mulinational Investigation to Predict t-PA Related Symptomatic ICH in Patients With Acute Ischemic Stroke. Stroke; February, 1999.

Demchuk AM, Tanne D, Kasner SE, Schultz L, Grond M, Hanson S, Hamilton S, Buchan AM, Wang DZ, Zweifler R, Levine SR and tPA in Acute Stroke Collaborators. A Multinational Multicenter Investigation to Identify Predictors of Good Outcome After Open Label t-PA Treatment in Acute Ischemic Stroke. Neurology; April, 1999.

Hanson SK, Brauer DJ, Brown RD, Jr, Anderson DC, Davenport JG, Altafullah IM. Should Use of tPA for Ischemic Stroke Be Restricted to Specialized Stroke Centers? Stroke 2000;31:313.

**BOOK CHAPTERS:**

DeGraba TJ, Grotta JC, Hanson SK, Yatsu FM. Stroke. In: Appel SH, ed. Current Neurology, Volume 10. Chicago: Year Book Medical Publishers, 1990:221-270.

Yatsu FM, Kasturi R, Alam R, Kraus J, Rogers S, DeGraba TJ, Hanson S. Molecular biology of atherothrombotic brain infarction and its role in vascular dementia. In: Hartmann A, Kuschinsky W, Hoyer S, eds. Cerebral Ischemia and Dementia. Berlin: Springer-Verlag, 1991:63-68.

Yatsu FM, DeGraba TJ, Hanson S. Therapy of secondary medical complications of strokes. In: Barnett HJM, Mohr JP, Stein BM, Yatsu FM, eds. Stroke: Pathophysiology, Diagnosis, and Management, 2nd ed. New York: Churchill Livingstone, 1992:995-1004.

Hanson SK, Grotta JC. Diagnosis and management of acute stroke in the emergency room and intensive care unit. In: Grotta JC, ed. Management of the Acutely Ill Neurological Patient, New York: Churchill Livingstone, 1993:17-37.

Hanson S, Yatsu FM, DeGraba TJ. Therapy of secondary medical complications of strokes. In: Barnett HJM, Mohr JP, Stein BM, Yatsu FM, eds. Stroke: Pathophysiology, Diagnosis, and Management, 3rd ed. New York: Churchill Livingstone, 1998.

## CLINICAL STUDY EXPERIENCE:

NINDS rt-PA Stroke Study
Coinvestigator - 1991-1992

North American Symptomatic Carotid Endarterectomy Trial (NASCET)
Coinvestigator - 1991-1993

Clopidogrel vs Aspirin in Patients at Risk of Ischemic Events (CAPRIE)
Coinvestigator - 1992-1993

Randomized Trial of Tirilazad Mesylate in Patients with Acute Stroke (RANTTAS)
Site Principle Investigator - 1993-1994

Acute Stroke Study Involving Selfotel Treatment (ASSIST)
Site Principle Investigator - 1994-1995

Warfarin Aspirin Recurrent Stroke Study (WARSS)
Coinvestigator - 1995 - present

PFO in Cryptogenic Stroke Study (PICSS)
Coinvestigator - 1995 - present

Functional MRI Study of Stroke
Coinvestigator - 1996 - present

Monitoring rt-PA Treatment for Stroke in Minnesota
Principle Investigator - 1996 - present

## GRANTS RECEIVED:

Paramedic Stroke Recognition Study
Park Nicollet Medical Foundation - 1993

Monitoring rt-PA Treatment for Stroke in Minnesota
Institute for Research and Education, HealthSystem Minnesota - 1996
American Heart Association Grant-in Aid - 1997 –1999
American Heart Association Grant-in-Aid – 1999-2000