# CURRICULUM VITAE

## STEPHEN MICHAEL MARCHUK

### PERSONAL INFORMATION:

HOME ADDRESS: R. R. #1
Stratford, Ontario
Canada
N5A 6S2
Phone: 519-625-8470

OFFICE ADDRESS: 589 West Gore
Stratford, Ontario
Canada
N5A 1L4
Phone: 519-273-4100
Fax: 519-273-3208

DATE OF BIRTH: July 6, 1954

CITIZENSHIP: Canadian

FAMILY STATUS: Married - Wife - Sylvie
Children - Kyle - born March 10, 1986
Jascha - born March 8, 1989

### EDUCATION:

1973 - 1975 - Undergraduate - University of Western Ontario
London, Ontario

1975 - 1979 - Medical School - University of Western Ontario
London, Ontario

1979 - 1980 - Rotating Internship - Victoria Hospital
London, Ontario

1980 - 1984 - Resident - General Surgery - University of Western Ontario
London, Ontario

1984 - 1985 - Fellow - Peripheral Vascular Surgery - University of Western Ontario
London, Ontario

### DEGREES:

June 8, 1979 - M.D.
December 7, 1984 - F.R.C.S.C. - General Surgery
October 19, 1989 - F.A.C.S. - Surgery

**LICENSURE:** 1980 - Ontario
DEC 1993 - FLEX passed.

**CURRENT PRACTICE:**

1985 - Present - Stratford, Ontario

Hospital Appointments: Stratford General Hospital
St. Marys Memorial Hospital

Solo Practice: General Surgery Including Laparoscopic
Peripheral Vascular Surgery
Endoscopy including ERCP

**SOCIETIES:**

Canadian Association of General Surgeons

Canadian Medical Association

Ontario Medical Association - Perth County Medical Society
Vice President - 1991 - 1993
President - 1993 - Present

Stratford General Hospital Medical Staff Executive
Secretary-Treasurer - 1987 - 1989
Vice President - 1989 - 1991
President - 1991 - 1993

Stratford General Hospital - Board of Directors - 1989 - 1993

Stratford General Hospital Foundation - Board of Directors - 1989 - 1993

Southwestern Ontario Surgical Association

Other: Instructor - ATLS - 1988 - Present

**HOBBIES**

Golf, Fishing, Hunting, Skiing, Hockey
Private Pilot - September, 1993