

Park Nicollet
Park Nicollet Clinic





## M. Mark Melin, MD

## Specialty
Vascular Surgery

## Clinic Locations
**Park Nicollet Clinic - St. Louis Park**
3800 Park Nicollet Blvd
St. Louis Park, MN 55416

**Appointments**

## Education and Certification

- Undergraduate School: St. Olaf College - BA 1987
- Medical School: University of Minnesota School of Medicine - Medical Degree 1991
- Mayo Clinic - General Surgery 1991-96
- Mayo Clinic - Vascular Surgery 1996-97
- American Board of General Surgery, 1996
- Vascular Surgery Board Certified, 1999

## Professional Associations

- Fellow, American College of Surgeons
- Priestly Society, Mayo Clinic Surgical Alumni
- Director, Park Nicollet Wound Center
- Society for Clinical Vascular Surgery

## Special Interests

- vascular and general surgery

## Biographical Sketch

I joined the Department of Surgery at the Park Nicollet Clinic in July 1997 as a vascular and general surgeon. I completed my undergraduat education at St. Olaf College. attended the University of Minnesota for my medical degree and completed my surgery training and vascular fellowship at the Mayo Clinic i Rochester, MN. As a member of the Department of Surgery, we look forward to providing you with the highest quality of health care and service.