# RESUME

Donald Slavik
8480 Cooper Way E.
Inver Grove Heights, Mn. 55076
651.450.4739
Email address-Ihaveretired@aol.coom

## Professional Education

Manager's Leadership Training Course---St. Paul Police Department—1996
Associate of Arts in Law Enforcement--Inver Hills Community College—1976

## Police Work History

**July, 1999 retired from St. Paul Police Department**
June, 1997 assigned Head Trainers Duties, which include writing lesson plans for basic and in service training, writing and maintaining manuals on Basic 14 week patrol dog courses, narcotics and explosive detection courses. Keeping training records, selection of canines for training and retraining for officers in the five state area
Assigned to trainers duties for nine years
April, 1977 to present, assigned to Canine Unit, Patrol Division
January, 1971 appointed to St. Paul Police Department, Patrol Division

## Continuing Canine Education

October 2000---U.S.P.C.A. National Seminar, Punta Gorda, Fl.
April 1999---U.S.P.C.A. National Seminar, Mansfield, Ohio
March 1998—U.S.P.C.A. National Seminar, Evansville, In.
September 1996---U.S.P.C.A. National Seminar, Washington, D.C.
May 1996—U.S.P.C.A. National Seminar, Canton, Oh.
November 1995---U.S.P.C.A. National Seminar, Memphis, Tn.
September 1995—U.S.P.C.A. National Seminar, Oklahoma City, Ok.
May 1995-—U.S.P.C.A. National Seminar, Cook County, IL.
September 1994---U.S.P.C.A. National Seminar, Broward County, Fl.
June 1994-—U.S.P.C.A. National Seminar, Biloxi, Ms.
September 1993-—U.S.P.C.A. National Seminar, St. Louis, Mo.
May 1991—U.S.P.C.A. National Seminar, Baton Rouge, La.
October 1990---U.S.P.C.A. National Seminar, Dunedin, Fl.
May 1990—U.S.P.C.A. National Seminar, Johnson City, Tn.
September 1990-—U.S.P.C.A. National Seminar, Denver, Co.
May 1989-—U.S.P.C.A. National Seminar, Mansfield, Oh.
October 1988—U.S.P.C.A. National Seminar, St. Cloud, Mn.
May 1988—U.S.P.C.A. National Seminar, Thornton, Co.
October 1987—U.S.P.C.A. National Seminar, Lakeland, Fl.
May 1987-—U.S.P.C.A. National Seminar, Mansfield, Oh.
October 1986—U.S.P.C.A. National Seminar, Baton Rouge, La.
May 1986—U.S.P.C.A. National Seminar, Saratoga, NY.
October 1985—U.S.P.C.A. National Seminar, Detroit, Mi.
May 1985—U.S.P.C.A. National Seminar, Newark, Oh.
October 1982---U.S.P.C.A. National Seminar, Newark, Oh.
August 1982—U.S.P.C.A. National Seminar, Anoka, Mn.
August 1980—U.S.P.C.A. National Seminar, Newport, Ky.
August 1979—U.S.P.C.A. National Seminar, St. Paul, Mn.
August 1978—U.S.P.C.A. National Seminar, St. Paul, Mn.

## United States Police Canine Association Certificates

March 1998---National Certified Level III Trainer
May 1997---National Certified Level II Trainer
May 1997—National Certified Detector Trainer
May 1993---Regional Certified Tracking Judge
May 1993---Regional Certified Detector Judge
May 1988---National Certified Judge
May 1986---Regional Certified Judge
May 1986---National Certified Level I Trainer
* I have attained all levels of certification offered by the United States Police Canine Association

## Teaching Experience

April 1998—Instructed at Region 12/18 Training Seminar---Austin, Mn. Canine Behaviors, Drives and Apprehension Techniques.
June 1998---Instructed at U.S.P.C.A. National Training Seminar, Oklahoma City, OK.---Managing a Canine Unit and Tracking.
May 1997---Instructed at St. Paul Police Dept.—Canine Managers Course.
April 1996---Instructed at Region 12/18 Training Seminar---Brooklyn Park, Mn.—Canine Case Law Update.
April 1995---Instructed at Region 12/18 Training Seminar—Brooklyn Park, Mn.—Canine Case Law Update.
April 1994—Instructed at Region 12/18 Training Seminar---Brooklyn Park, Mn.---Canine Case Law Update.
April 1993---Instructed at Region 12/18 Training Seminar—Brooklyn Park, Mn.---Canine Case Law Update.
May 1993---Instructed at U.S.P.C.A. National Training Seminar, Canton, Ohio---Managing a Canine Unit.
May 1992---Instructed At U.S.P.C.A. National Training Seminar, Delray Beach, Fl.---Case Law Updates.
April 1989---Instructed at Region 12/18 Training Seminar, St. Paul, Mn.—U.S.P.C.A. updates.
April 1988---Instructed at Region 12/18 Training Seminar, St. Paul, Mn.

## United States Police Canine Association Certifications

1997---Certified Narcotics Detection, St. Paul, Mn.
1994---Certified Narcotics Detection, St. Paul, Mn.
1994---Certified Police Dog I, Wilmar, Mn.
1993---Certified Police Dog I, Worthington, Mn.
1993---Certified Narcotics Detection, St. Paul, Mn.
1988---Certified Police Dog I, St. Paul, Mn.
1987—Certified Police Dog I, St. Paul, Mn.
1982---Certified Police Dog I National Field Certifications, Newark, Ohio
1982---Certified Police Dog I, Anoka, Mn.
1981---Certified Police Dog I, National Field Certifications, Anoka, Mn.
1981---Certified Narcotics Detection, Superior, WI.
1980---Certified Police Dog I, National Field Trails, Newport, Ky.
1980---Certified Police Dog I, Fairmont, Mn. #1 canine in Certification
1979---Certified Police Dog I, National Field Certifications, St. Paul, Mn.—#7 overall.
1979---Certified Police Dog I, Wilmar, Mn.
1978---Certified Police Dog I, Wilmar, Mn.

## Chief Judging Experience

May 2000—Patrol Dog Certification, Cherokee, N.C.
October 1999---Chief Judge National Patrol Dog Certifications., Atlantic City, NJ.
Sept. 1999---Patrol Dog Certification, St. Cloud, Mn.
August 1999—Patrol Dog Certification, Mille Lacs, Mn
June 1999---Narcotics Certification, Little Falls, Mn.
June 1999---Tracking Certification, St. Paul, Mn.
Feb. 1999—Narcotics Certification, St. Paul, Mn.

Feb. 1999---Narcotics Certification, Minneapolis, Mn.
January 1999---Narcotics Certification, St. Paul, Mn.
November 1998---Tracking Certification, St. Paul, Mn.
October 1998---Patrol Dog Certification, St. Cloud, Mn.
October 1998---Narcotic Certification, St. Cloud, Mn.
October 1998---Narcotic Certification, St. Paul, Mn.
October 1998---Narcotic Certification, Mt. Pleasant, Ia.
August 1998---Patrol Dog Certification, Brooklyn Park, Mn.
July 1998---Patrol Dog Certification, Mt. Pleasant, Ia.
May 1998---Tracking Certification, St. Paul, Mn.
April 1998---Narcotic & Explosive Certification, St. Paul, Mn.
March 1998---Narcotic Certification, St. Paul, Mn.
Feb. 1998---Narcotic Certification, St. Cloud, Mn.
Oct. 1997---Patrol Dog Certification, St. Cloud, Mn.
Oct. 1997---Narcotic Certification, Iowa
Oct. 1997---Narcotic Certification, St. Paul, Mn.
May 1997---Tracking Certification, St. Paul, Mn.
May 1997---Narcotic Certification, Sioux City, Ia.
August 1997---Patrol Dog Certification, Minneapolis, Mn.
Nov. 1996---Tracking Certification, Minnesota
Sept. 1996---Patrol Dog Certification, St. Cloud, Mn.
October 1994---Patrol Dog Certification, Raleigh, N.C.
April 1994---Patrol Dog Certification, Shelby, N.C.
July 1994---Patrol Dog Certification, Iowa
August 1993---Patrol Dog Certification, Charleston, S.C.
April 1993---Patrol Dog Certification, Charlotte, N.C.
April 1992--Patrol Dog Certification, Orleans, Mass.
May 1992---Patrol Dog Certification, Middletown, Oh.
May 1991---Patrol Dog Certification, Washington, D.C.
Sept. 1990---Tracking Certification, St. Paul, Mn.
July 1990---Patrol Dog Certification, Cherokee, Ia.
July 1990---Narcotic Certification, Cherokee, Ia. (1 of 2)
July 1990---Narcotic Certification, Cherokee, Ia. (2 of 2)
April 1990---Patrol Dog Certification, Coral Gables, Fl.
July 1989---Patrol Dog Certification, Cedar Falls, Ia.
July 1989---Narcotic Certification, Cedar Falls, Ia.

## National Judging Experience

October 2000---National Field Certifications, Punta Gorda, Fl.
April 1999---U.S.P.C.A. National Detector Certifications, Mansfield, Ohio
March 1998---National Detector Certifications, Evansville, In.
November 1995---National Detector Certifications, Memphis, Tn.
September 1995---National Field Certifications, Oklahoma City, Ok.
September 1994---National Field Certifications, Broward County, Fl.
September 1991---National Field Certifications, Mansfield, Oh.
September 1988---National Field Certifications, Waite Park, Mn.

## Regional Judging Experience

Available on request

## Training Experience

February 1977---Trained one canine in 14 week basic course.
November 1977---Trained one canine in 14 week basic course.
April 1979---Trained one narcotic detection canine.
March 1980---Trained one explosive detection canine.

February 1983---Trained one canine in 14 week basic course.
February 1984---Trained five narcotic detection canines.
February 1984---Trained five explosive detection canines.
March 1984---Trained five canine teams in 14 week basic course.
March 1985—Trained ten canine teams in 14 week basic course.
November 1988---Trained ten narcotic detection canines.
November 1989---Trained twelve narcotic detection canines.
March 1990—Trained ten canine teams in 14 week basic course.
November 1990---Trained ten narcotic detection canines.
March 1991---Trained eight canines in 14 week basic course.
August 1991—Assigned to Patrol Duties---Awaiting assignment back into canine class.
March 1992---Assigned to Canine.
March 1992—Trained one canine in 14 week basic course.
January 1996—Trained four narcotic detection canines.
January 1997---Trained two explosive detection canines.
January 1997—Trained six narcotic detection canines.
March 1997—Trained eleven canines in 14 week basic course.
September 1997---Trained four canines in 14 week basic course.
October 1997---Trained four narcotic detection canines.
March 1998---Trained twelve canines in 14 week basic course.
August 1998—Trained eight canines in 14 week basic course.
August 1998—Trained four narcotic detection canines.
March 1999---Trained fourteen canines in 14 week basic course

**Other Awards**

1999—U.S.P.C.A. Region 12 Citation for many years of Leadership and Distinguished Service.
1996---Completed U.S. Department of Justice Highway Interdiction Course, Bloomington, Mn.
1996---Outstanding Service Award from Region 18
1995---Certificate of Recognition from United Cerebral Palsy of Minnesota.
1993—Certificate of Participation from Brooklyn Park Safety Camp.
1990---U,S.P.C.A. Region 10 Outstanding Service Award
1989---U,S.P.C.A. Region 18 Citation for police canine work
1986---William Robinson Memorial Sportsmanship Award--Baton Rouge, La. National Field Trials Certification.
1980---Public Service Award from the White German Shepherd Club, International, Burnsville, Mn.
1980---Region 12 Award for police work.
1980—King Memorial Award for top case of the year.

**Court Room Testimony**

United States v. Raul Sanchez CR 97-4015-DEO---Testified as Expert Witness in narcotics trial.

**Organizations and Activities**

St. Paul Police Federation-Vice President
Minnesota Police and Peace Officers Association
United States Police Canine Association
U.S.P.C.A. Region 18 President 1986-1989
U.S.P.C.A. National Secretary 1989-1990
U.S.P.C.A. National President 1990-1996
International Association Chiefs of Police Model Canine Policy---1991
U.S.P.C.A. Board of Directors--Legal Defense Fund 1989-1996
U.S.P.C.A. National Commendation Review Board 1989-1996

4-01-01