**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**Civil Case No. 00-1683 JMR/FLN**

**CERTIFICATE OF SERVICE**

---

I hereby certify that on June 17, 2004, I electronically filed the foregoing with the clerk of court by using the ECF which will send a notice of electronic filing to the following: Paul Reuvers, Iverson Reuvers, LLC, 230 Townline Plaza, 8585 West 78th Street, Bloomington, MN 55438.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: June 17, 2004

BY___s/ Phillip A. Cole________________________

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064
phil@lommen.com

Doc. #: 228507