**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# TRIAL CALENDAR

-------------------------------------------------

**#1 Cv.#02-3683**

**John Decker**

**v.**

**Travis A. Chabot, et al.**

-------------------------------------------------

**COUNSEL FOR PLAINTIFF:**
James Balmer
218-723-1990

**COUNSEL FOR DEFENDANT:**
Paul Rajkowski
320-251-1055

Brian Gaviglio
651-281-1200

---

-------------------------------------------------

**#2 Cv.#00-1683**

**Jeffrey Kuha**

**v.**

**City of Minnetonka, et al.**

-------------------------------------------------

**COUNSEL FOR PLAINTIFF:**
Daniel Homolka
612-341-2433

Markus Yira
320-587-2720

**COUNSEL FOR DEFENDANT:**
Jason Kuboushek
John Iverson
Paul Reuvers
952-548-7205

Phillip Cole
612-339-8131

The above-caption case is set for a ***jury trial***, date certain, before the Chief Judge James M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Monday, July 26, 2004 @ 0900 a.m.**

Please submit any remaining pretrial materials to the Court by Monday, July 19, 2004.

Sincerely,

June 22, 2004

S/Larry Lewis
Larry Lewis
Calendar Clerk to Chief Judge
James M. Rosenbaum

---

# NOTICE

****All future correspondence including jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address:**

**rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF**