UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Case No. 00-1683 JMR/FLN

Jeffrey M. Kuha,

Plaintiff,

v.

EXHIBIT ONE

City of Minnetonka,

Defendant.

## STATEMENT OF AGREED FACTS

At about 5:30 a.m. on September 23, 1999, on Smetana Road in the City of Minnetonka, Minnetonka Police Officer William Roth pulled over Jeffrey Kuha for the traffic offense of failing to dim his headlights. After stopping his vehicle, Mr. Kuha fled from the scene and ran into an adjacent swampy area.

Officer Roth called for assistance and Minnetonka Police Officers Kevin Anderson and Dennis Warosh, among others, responded to the scene. After arriving, Officer Anderson and his police canine, German Shepherd Arco, began to search for Mr. Kuha. Officer Warosh provided backup to Officer Anderson during the search. Ultimately, Arco apprehended Mr. Kuha by finding and biting him.

Dated: June 17, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY ______________________________

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Dated: 6/28/04

IVERSON REUVERS, LLC

BY ______________________________

Jon K. Iverson, I.D. No. 146389
Paul D. Reuvers, I.D. No. 217700
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200