AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 00-1683 JMR/FLN

Jeffrey M. Kuha,

Plaintiff,

**JOINT EXHIBIT LIST**

City of Minnetonka,

Defendant.

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **James M. Rosenbaum** | **Phillip A. Cole** | **Jon Iverson/Paul D. Reuvers** |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| **July 26, 2004** | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Joint Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 2 | | | | | Plaintiff's Medical Records |
| 3 | | | | | Medical Bills and Expenses Summary |
| 4 | | | | | City of Minnetonka Policy and Procedure Manual |
| 5 | | | | | Certificates & Activity/Training Records for Anderson/Arco from 1995-1999 |
| 6 | | | | | Aerial Photograph of Incident |
| 7 | | | | | Aerial Photograph of Incident (marked at depositions) |
| 8 | | | | | Hennepin County Crime Lab Photographs |

| Joint Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 9 | | | | | September 1999 Photographs of Plaintiff's Injuries |
| 10 | | | | | October/November 1999 Photographs of Plaintiff's Injuries |
| 11 | | | | | April 2000 Photographs of Plaintiff's Injuries and Location of Incident |
| 12 | | | | | July 2001 Photographs of Plaintiff's Injuries |
| 13 | | | | | Petition to Enter Guilty Plea-Misdemeanor |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Joint Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Joint Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | | | | |

Dated: June 17, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY ________________________

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

-and-

Dated: 6/28/04

IVERSON REUVERS, LLC

BY ________________________

Jon K. Iverson, I.D. No. 146389
Paul D. Reuvers, I.D. No. 217700
Attorneys for Defendants
230 Townline Plaza
8585 W. 78th Street
Bloomington, MN 55438
(952) 548-7210

Doc. #: 103618