Donald E. Slavik
34605 454th Ave.
Ottertail, Mn. 56571
Home: 218.367.3515

**PROFESSIONAL RESUME**

## ACADEMIC EDUCATION

- Associate of Arts in Law Enforcement from Inver Hills Community College

## TECHNICAL EDUCATION – GENERAL

- Manager's Leadership Training Course – St. Paul Police Department
- Minnesota P.O.S.T. License (Retired)

## LAW ENFORCEMENT EXPERIENCE

- St. Paul Police Officer, January 1971 to July 1999

## LAW ENFORCEMENT CANINE EXPERIENCE

- St. Paul Police Canine Unit, April 1977 to July 1999
- St. Paul Police Canine Unit, Assigned to trainer duties for nine years
- St. Paul Police Canine Unit, Assigned to Head Trainer duties, April 1997

## UNITED STATES POLICE CANINE ASSOCIATION CERTIFICATES

- St. Paul Police Canine Unit, U.S.P.C.A. National Certified Level I Trainer, May 1986
- St. Paul Police Canine Unit, U.S.P.C.A. Regional Certified Judge, May 1986
- St. Paul Police Canine Unit, U.S.P.C.A. National Certified Judge, May 1988
- St. Paul Police Canine Unit, U.S.P.C.A. Regional Certified Detector Judge, May 1993
- St. Paul Police Canine Unit, U.S.P.C.A. Regional Certified Tracking Judge, May 1993
- St. Paul Police Canine Unit, U.S.P.C.A. National Certified Detector Dog Judge
- St. Paul Police Canine Unit, U.S.P.C.A. National Certified Detector Trainer, May 1997
- St. Paul Police Canine Unit, U.S.P.C.A. National Certified Level II Trainer, May 1997
- St. Paul Police Canine Unit, U.S.P.C.A. National Certified Level III Trainer, March 1998

**LAW ENFORCEMENT CANINE TEACHING EXPERIENCE**

- Instructed at Region 12/18 Training Seminar, St. Paul, Mn. April 1988
- Instructed at Region 12/18 Training Seminar, St. Paul, Mn. U.S.P.C.A. Updates, April 1989
- Instructed at U.S.P.C.A. National Training Seminar, Delray Beach, Case Law Updates, May 1992
- Instructed at U.S.P.C.A. National Training Seminar, Canton, Ohio, Managing a Canine Unit, May 1993
- Instructed at Region 12/18 Training Seminar, Brooklyn Park, Mn. Canine Case Law Update, April 1993
- Instructed at Region 12/18 Training Seminar, Brooklyn Park, Mn. Case Law Update, April, 1994
- Instructed at Region 12/18 Training Seminar, Brooklyn Park, Mn. Case Law Update, April 1995
- Instructed at Region 12/18 Training Seminar, Brooklyn Park, Mn. Case Law Update, April 1996
- Instructed at St. Paul Police Dept. Canine Managers Course, May 1997
- Instructed at U.S.P.C.A. National Training Seminar, Oklahoma City, Ok. Managing a Canine Unit and Tracking, June 1998
- Instructed at Region 12/18 Training Seminar, Austin, Mn. Canine Behaviors , Drives, and Apprehension Techniques, April 1998
- Instructed at Region 12/18 Training Seminar, St. Cloud, Mn. Canine Techniques for Certification, April, 2001
- Instructed at Region 26 Training Seminar, Collins, Ms. Decoy and Behavior Training, January 2004
- Instructed at Region 25 Training Seminar, Bowie, Tx. Narcotics Training, April 2004

**POLICE CANINE INSTRUCTOR EXPERIENCE**

- Trained five narcotic detection canines, February 1984
- Trained five explosive detection canines, February 1984
- Trained five patrol canines in 14 week basic course, March 1984
- Trained ten patrol canines in 14 week basic course, March 1985
- Trained ten narcotic detection canines, November 1988
- Trained twelve narcotic detection canines, November 1989
- Trained ten patrol canines teams in 14 week basic course, March 1990
- Trained ten narcotic detection canines, November 1990
- Trained eight patrol canines in 14 week basic course, March 1991

- Trained four narcotic detection canines, January 1996
- Trained two explosive detection canines, January 1997
- Trained six narcotic detection canines, January 1997
- Trained eleven patrol canines in 14 week basic course, March 1997
- Trained four narcotic detection canines, October 1997
- Trained twelve patrol canines in 14 week basic course, March 1998
- Trained eight patrol canines in 14 week basic course, August 1998
- Trained four narcotic detection canines, August 1998
- Trained fourteen patrol canines in 14 week basic course, March 1999

**EXPERT WITNESS EXPERIENCE**

- United States v. Raul Sanchez CR 97-4015-DEO – Narcotics testimony
- Jeffrey Rhoades v. City of Bloomington 02-4045 (ADM/AJV) U.S. District Court

**CANINE CONSULTING EXPERIENCE**

- Consulted with the Grand Forks Police Department on proper canine use
- Consulted in Kuha v. City of Minnetonka

**CHIEF JUDGING EXPERIENCE (United States Police Canine Association)**

- Chief Judge Patrol Dog Certifications, Ashland, Wi., June 2004
- Chief Judge Patrol Dog Certifications, Bowie, Tx., April 2004
- Chief Judge Patrol Dog Certifications, Bay St. Louis, Miss., March 2004
- Chief Judge National Detector Certifications, Bay St. Louis, Miss., March 2004
- Chief Judge Narcotics Certification, Eden Prairie, Mn. March 2004
- Chief Judge National Patrol Dog Certifications, Mille Lacs, Mn., October 2001
- Chief Judge Patrol Dog Certification, Texas City, TX., May 2001
- Chief Judge Narcotics Certification, Texas City, TX, May 2001
- Chief Judge Patrol Dog Certification, Wilson, N.C. May 2001
- Chief Judge Patrol Dog Certification, Cherokee, N.C. May 2000
- Chief Judge National Patrol Dog Certifications, Atlantic City, N.J. October 1999
- Chief Judge Patrol Dog Certification, St. Cloud, Mn. September 1999
- Chief Judge Patrol Dog Certification, Mille Lacs, Mn. August 1999
- Chief Judge Narcotics Certification, Little Falls, Mn. June 1999
- Chief Judge Tracking Certification, St. Paul, Mn. June 1999
- Chief Judge Narcotics Certification, Minneapolis, Mn. February 1999
- Chief Judge Narcotics Certification, St. Paul, Mn. January 1999
- Chief Judge Tracking Certification, St. Paul, Mn. October 1998
- Chief Judge Patrol Dog Certification, St. Cloud, Mn. October 1998
- Chief Judge Narcotics Certification, St. Cloud, Mn. October 1998
- Chief Judge Narcotics Certification, St. Paul, Mn. October 1998

- Chief Judge Narcotics Certification, Mt. Pleasant, Iowa July 1998
- Chief Judge Patrol Dog Certification, Brooklyn Park, Mn. August 1998
- Chief Judge Patrol Dog Certification, Mt. Pleasant, Iowa July 1998
- Chief Judge Tracking Certification, St. Paul, Mn. May 1998
- Chief Judge Narcotics and Explosive Certification, St. Paul, Mn. April 1998
- Chief Judge Narcotics Certification, St. Paul, Mn. March 1998
- Chief Judge Narcotics Certification, St. Cloud, Mn. February 1998
- Chief Judge Patrol Dog Certification, St. Cloud, Mn. February 1997
- Chief Judge Narcotics Certification, Iowa, October 1997
- Chief Judge Narcotics Certification, St. Paul, Mn. October 1997
- Chief Judge Tracking Certification, St. Paul, Mn. May 1997
- Chief Judge Narcotic Certification, Sioux City, Iowa May 1997
- Chief Judge Patrol Dog Certification, Minneapolis, Mn. August 1997
- Chief Judge Tracking Certification, Minnesota, November 1996
- Chief Judge Patrol Dog Certification, St. Cloud, Mn. September 1996
- Chief Judge Patrol Dog Certification, Raleigh, N.C. October 1994
- Chief Judge Patrol Dog Certification, Shelby, N.C. April 1994
- Chief Judge Patrol Dog Certification, Iowa, July 1994
- Chief Judge Patrol Dog Certification, Charleston, S.C. August 1993
- Chief Judge Patrol Dog Certification, Charlotte, N.C. April 1993
- Chief Judge Patrol Dog Certification, Orleans, Mass. April 1992
- Chief Judge Patrol Dog Certification, Middletown, Ohio May 1922
- Chief Judge Patrol Dog Certification, Washington, D.C. May 1991
- Chief Judge Tracking Certification, St. Paul, Mn. September 1990
- Chief Judge Patrol Dog Certification, Cherokee, Iowa July 1990
- Chief Judge Narcotic Certification Part 1 of 2, Cherokee, Iowa July 1990
- Chief Judge Narcotic Certification Part 2 of 2, Cherokee, Iowa July 1990
- Chief Judge Patrol Dog Certification, Coral Gables, Fl. April 1990
- Chief Judge Patrol Dog Certification, Cedar Falls, Iowa July 1989
- Chief Judge Narcotic Certification, Cedar Falls, Iowa July 1989

**NATIONAL JUDGING EXPERIENCE**

- National Field Certifications, Atlantic City, N.J. October 2003
- National Detector Certifications, Lakeville, Mn. April, 2003
- National Field Certifications, Punta Gorda, Fl. October 2000
- National Detector Certifications, Mansfield, Ohio April 1999
- National Detector Certifications, Evansville, In. March 1998
- National Detector Certifications, Memphis, TN. November 1995
- National Field Certifications, Oklahoma City, Ok. September 1995
- National Field Certifications, Broward County, Fl. September 1994
- National Field Certifications, Mansfield, Ohio September 1991
- National Field Certifications, Waite Park, Mn. September 1988

**AWARDS**

- U.S.P.C.A. Region 12 Citation for many years of Leadership and Distinguished Service 1999
- Completed U.S. Department of Justice Highway Interdiction Course, Bloomington, Mn. 1996
- Outstanding Service Award from U.S.P.C.A. Region 18, 1996
- Certificate of Recognition from United Cerebral Palsy of Minnesota, 1995
- Certificate of Participation from Brooklyn Park Safety Camp, 1993
- U.S.P.C.A. Region 10 Outstanding Service Award, 1990
- U.S.P.C.A. Region 18 Citation for police canine work, 1989
- William Robinson Memorial Sportsmanship Award, Baton Rouge, La. National Field Trials Certification, 1986
- Public Service Award from the White German Shepherd Club, International, Burnsville, Mn. 1980
- U.S.P.C.A. Region 12 Award for police canine work
- King Memorial Award for top case of the year, 1980

**MY POLICE SERVICE DOG CERTIFICATIONS**

- Certified Narcotics Detection, St. Paul, Mn 1997
- Certified Narcotics Detection, St. Paul, Mn 1994
- Certified Patrol Dog I, Willmar, Mn. 1994
- Certified Patrol Dog I, Worthington, Mn. 1993
- Certified Narcotics Detection, St. Paul, Mn. 1993
- Certified Patrol Dog I, St. Paul, Mn. 1988
- Certified Patrol Dog I, St. Paul, Mn. 1987
- Certified Patrol Dog I, National Field Trials, Newark, Ohio 1982
- Certified Patrol Dog I, Anoka, Mn. 1982
- Certified Patrol Dog I, National Field Trials, Anoka, Mn. 1981
- Certified Narcotics Detection, Superior, WI. 1981
- Certified Patrol Dog I, National Field Trials, Newport, Ky. 1980
- Certified Patrol Dog I, Fairmont, Mn. 1980, #1 canine in certification
- Certified Patrol Dog I, National Field Trials, St. Paul, Mn. 1979 #7 overall
- Certified Patrol Dog I, Willmar, Mn. 1979
- Certified Patrol Dog I, Willmar, Mn. 1978

**CONTINUING CANINE EDUCATION (Seminars and Events Attended)**

- Frederick, Maryland May 2004
- Bay St. Louis, Ms. March 2004
- Atlantic City, N.J. October 2003
- Lakeville, Mn. May 2003
- Mille Lacs, Mn., October 2001

- Punta Gorda, Fl., October 2000
- Mansfield, Ohio, April 1999
- Evansville, In., March 1998
- Washington, D.C., September 1996
- Canton, Ohio, May 1996
- Memphis, TN., November 1995
- Oklahoma City, Ok. September 1995
- Cook County, IL., May 1995
- Broward County, Fl., September 1994
- Biloxi, Ms., June 1994
- St. Louis, Mo., September 1993
- Baton Rouge, La., May 1991
- Dunedin, Fl. October 1990
- Johnson City, TN., May 1990
- Denver, Co., September 1990
- Mansfield, Ohio, May 1989
- St. Cloud, Mn., October 1988
- Thornton, Co., May 1988
- Lakeland, Fl., October 1987
- Mansfield, Ohio, May 1987
- Baton Rouge, La., October 1986
- Saratoga, N.Y., May 1986
- Detroit, Mi., October 1985
- Newark, Ohio, May 1985
- Newark, Ohio, October 1982
- Anoka, Mn. August 1982
- Newport, Ky., August 1980
- St. Paul, Mn., August 1979
- St. Paul, Mn., May 1978

**ORGANIZATIONS AND ACTIVITIES**

- St. Paul Police Federation-Vice President
- Minnesota Police and Peace Officers Association
- United States Police Canine Association
- U.S.P.C.A. Region 18 President 1986-1989
- U.S.P.C.A. National Secretary 1989-1990
- U.S.P.C.A. National President 1990-1996
- International Association of Chiefs of Police Model Canine Policy-1991
- U.S.P.C.A. Board of Directors-Legal Defense Fund, 1989-1996
- U.S.P.C.A. National Commendation Review Board, 1989-1996
- Lifetime member of U.S.P.C.A. Board