UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Civil File No. 00-1683 JMR/FLN

Jeffrey M. Kuha,

Plaintiff,

**PLAINTIFF'S CONCISE STATEMENT OF CASE IN CHIEF**

City of Minnetonka,

Defendant.

---

On September 23, 1999 in the City of Minnetonka on Smetana Road, Jeffery Kuha was stopped by Officer William Roth of the Minnetonka Police Department for failing to dim his headlights. Mr. Kuha fled from his car into a wooded area. A K-9 unit manned by Officer Kevin Anderson controlling his German Shepherd, Arco, was summoned to pursue Kuha.

Anderson in the company of Officer Dennis Warosh encountered Kuha in the adjacent area on his knees surrendering. The dog Arco attacked Kuha and bit him in the groin area. The dog was called off after about 15 seconds. The bite inflicted serious injuries on Mr. Kuha. He narrowly escaped death. He has been left with a permanent neurologic deficit in his left leg known as “drop foot” and considerable scarring on his thighs.

The dog Arco acted precisely as trained. Upon discovery of the suspect, he attacked, bit Kuha and held him pending further command. The City of Minnetonka by its policy endorses and sanctions the bite and hold use of attack police dogs and also sanctions by policy the use of police dogs to bite and hold without prior warning in a circumstance like Mr. Kuha's arrest.

Mr. Kuha contends the force used in his apprehension was unreasonable in that it was excessive under the circumstances and that the policies of the City in sanctioning attack dogs to

bite and hold a suspect sought on a minor charge without prior warning and an opportunity to surrender was unreasonable.

Mr. Kuha claims damages for his medical expenses in the amount of $86, 345.39 and damages for pain, suffering, disfigurement, lost earning capacity and disability in the amount of $650,000.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: July 2, 2004

BY___s/Phillip A. Cole___________________
Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 00-1683 JMR/FLN

Jeffrey M. Kuha,

Plaintiff,

**PLAINTIFF'S EXHIBIT LIST**

City of Minnetonka,

Defendant.

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **James M. Rosenbaum** | **Phillip A. Cole** | **Paul D. Reuvers** |
| Trial Date(s)<br>**July 26, 2004** | Court Reporter | Courtroom Deputy |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Plf No. | Def No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 21 | | | | | Medical Records Summary |
| 22 | | | | | City of Minnetonka Directive No. 13 |
| 23 | | | | | City of Minnetonka Directive No. 50 |
| 24 | | | | | Minnetonka Police Dept. Incident Report |
| 25 | | | | | Officer Roth Incident Report |
| 26 | | | | | Officer Anderson Incident Report |
| 27 | | | | | Officer Rain Incident Report |
| 28 | | | | | Officer Warosh Incident Report |
| 29 | | | | | 9-24-99 Impound Lot Continuation Report |
| 30 | | | | | Motor Vehicle Implied Consent Advisory |

AO 187A (Rev. 7/87) **EXHIBIT LIST - CONTINUATION**

**Jeffrey M. Kuha v. City of Minnetonka, et al - Civil File No. 00-1683 JMR/FLN**

| Plf No. | Def No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 31 | | | | | Minnetonka Police Dept. Property Inventory |
| 32 | | | | | Minnetonka Police Dept. Vehicle Report |
| 33 | | | | | Hennepin County Sheriff's Dept. Crime Lab Report |
| 34 | | | | | Plaintiff's License and Registration Information |
| 35 | | | | | Officer Anderson Handwritten Incident Report |
| 36 | | | | | Officer Roth Handwritten Incident Report |
| 37 | | | | | Minnetonka Police Dept. Patrol Dog Calls, Sept. 1999, Nov. 1998, Dec. 1998 |
| 38 | | | | | USPCA Policy Statement (Internet Homepage) |
| 39 | | | | | Hutson, HR, Anglin, D, Pineda, GV, et al, Law Enforcement K-9 Dog Bites: Injuries Complications and Trends, *Annals of Emergency Medicine,* 1997; 29: 637-642 |
| 40 | | | | | Leg Brace |

Dated: June 17, 2004 LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY__s/ Phillip A. Cole___________________

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Doc. #: 103618