UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

Court File: 00-1683 JMR/FLN

**DEFENDANT'S EXHIBIT LIST**

---

| Presiding Judge<br><br>**James M. Rosenbaum** | Plaintiff's Attorney<br><br>**Phillip A. Cole/Markus C. Yira** | Defendants' Attorney<br><br>**Jon K. Iverson/ Paul D. Reuvers** |
|---|---|---|
| Trial Date(s)<br><br>July 26, 2004 | Court Reporter | Courtroom Deputy |

| Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 41 | | | | | Hennepin County Crime Lab Photographs (any photographs omitted by Plaintiff) |
| 42 | | | | | All training/activity logs for Arco |
| | | | | | |
| | | | | | |
| | | | | | |

**Defendant reserves the right to introduce any exhibits listed on Plaintiff's Exhibit List. With respect to Plaintiff's Exhibit 8, Defendant only requests all of the crime lab photographs be included in this exhibit, including photographs of the injury, the vehicle and Plaintiff's clothing.**

**Defendant does not intend to offer the videotape referenced in Plaintiff's Motion in Limine.**

Respectfully submitted,

IVERSON REUVERS, LLC

Dated: July 6, 2004.

By: s/ Paul D. Reuvers__________
Jon K. Iverson, I.D. #146389
Paul D. Reuvers, I.D. #217700
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200