**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# ***TRIAL CALENDAR***

---

**#1 Cr.04-105**

**United States**

**vs**

**Reyes Manuel Ayon**

---

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Andrew Dunne | Virginia Villa |
| **612-664-5600** | **612-664-5858** |

---

**#2 Cv.00-1683**

**Jeffrey Kuha**

**v.**

**City of Minnetonka, et al.**

---

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Daniel Homolka | Jason Kuboushek |
| 612-341-2433 | John Iverson |
| | Paul Reuvers |
| Markus Yira | 952-548-7205 |
| 320-587-2720 | |
| | |
| Phillip Cole | |
| 612-339-8131 | |

The above-caption cases are set for a ***jury trial***, date certain, before the Chief Judge James M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Monday, August 9, 2004 @ 0900 a.m.**

Please submit any remaining pretrial materials to the Court by Monday, August 2, 2004.

July 8, 2004

Sincerely,

S/Larry Lewis
Larry Lewis
Calendar Clerk to Chief Judge
James M. Rosenbaum

# NOTICE

****All future correspondence including jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address:**

**rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF**