UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File: 00-1683 JMR/FLN

Plaintiff,

vs. **DEFENDANT'S WITNESS LIST**

City of Minnetonka,

Defendant.

---

| Presiding Judge<br><br>**James M. Rosenbaum** | Plaintiff's Attorney<br><br>**Phillip A. Cole/Markus C. Yira** | Defendants' Attorney<br><br>**Jon K. Iverson/ Paul D. Reuvers** |
|---|---|---|
| Trial Date(s)<br><br>August 9, 2004 | Court Reporter | Courtroom Deputy |

Defendant anticipates calling the following witnesses in its case-in-chief:

| Ex. No. | | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | | | | Officer William Roth<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN<br><br>Officer Roth will testify about Plaintiff Kuha's actions prior to signaling Plaintiff to stop his vehicle, Plaintiff's actions after fleeing the scene on foot, the terrain Plaintiff went through and injuries sustained by Plaintiff as a result of resisting arrest. He will testify about the suspicion raised by Plaintiff's actions and Plaintiff's vehicle as well as the statements made by Plaintiff once apprehended. |
| | | | | | Officer Kevin Anderson<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Officer Anderson will testify about Plaintiff fleeing the scene after a vehicle stop, Plaintiff's acts in fleeing and the apprehension of Plaintiff (with the assistance of canine Arco). He will testify of Plaintiff's resistance and fighting with Arco, before submitting to arrest. He also will testify about the training of Arco and the City's policies and procedures for the use of police canines. |
| | | | | | Officer Dennis Warosh<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN<br><br>Officer Warosh will testify about Plaintiff's actions in fleeing the police, the route Plaintiff took in fleeing the police, the location in which Plaintiff hid from police, Plaintiff's resisting of arrest, apprehension, failure to obey the Officers' commands and the handcuffing of Plaintiff. He will also testify about the injuries sustained by Plaintiff. |
| | | | | | Officer Darrin Rain<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN<br><br>Officer Rain will testify about Plaintiff's actions in fleeing the police, the search for Plaintiff, the terrain of the chase route, Plaintiff's resisting of arrest, the apprehension and handcuffing of Plaintiff. He will also testify about the injuries sustained by Plaintiff |
| | | | | | Lieutenant Terry Belfanz<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN<br><br>Lieutenant Belfanz will testify about Plaintiff's flight from officers and subsequent apprehension and arrest. He will also testify about the City of Minnetonka's policies, procedures, and training of officers and canines. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Sergeant Mark Raquet<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN<br><br>Sergeant Raquet will testify about the City of Minnetonka Canine Unit and its training practices. He will also testify about the City of Minnetonka's policies, procedures, and training of officers. |
| | | | | | Chief of Police Joy Rikala<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN<br><br>Chief Rikala will testify about the development and implementation of the City of Minnetonka Police Department's Policies and Procedures. |
| | | | | | Janet Ballard<br>Minnetonka Police Department<br>14600 Minnetonka Blvd.<br>Minnetonka, MN<br><br>Ms. Ballard will testify about the Minnetonka Canine Unit and her role as a consultant to the unit. |
| | | | | | Don Slavik<br>34605 454th Ave.<br>Ottertail, MN<br><br>Mr. Slavik will offer expert testimony concerning canine training techniques and the appropriateness of the search for Plaintiff and his apprehension. He will also testify about the appropriateness of the City of Minnetonka Police Department's training techniques and procedures. |

Defendant may call the following witnesses if the need arises:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Brian Perpich<br>Address unknown<br><br>Mr. Perpich will testify about being at the Scoreboard Bar with Plaintiff, the number of drinks Plaintiff had at the Scoreboard Bar, Plaintiff's actions during and after drinking at the Scoreboard Bar, the condition of Plaintiff's car and about helping Plaintiff change the tire on his car. |
| | | | | | Scott Perpich<br>5707 Highway 7, Apt. 226<br>St. Louis Park, MN<br><br>Mr. Perpich will testify about being at the Scoreboard Bar with Plaintiff, the number of drinks Plaintiff had at the Scoreboard Bar, Plaintiff's actions during and after drinking at the Scoreboard Bar, the condition of Plaintiff's car and about helping Plaintiff change the tire on his car. |
| | | | | | Deputy Steve Henning<br>Hennepin County Sheriff's Department<br><br>Deputy Henning will testify about performing an inventory check on Plaintiff Kuha's car and the condition of Plaintiff's car. |
| | | | | | Deputy Kip Carver<br>Hennepin County Sheriff's Department<br><br>Deputy Henning will testify about performing an inventory check on Plaintiff Kuha's car and the condition of Plaintiff's car. |
| | | | | | Jessa Lynn Walters<br>4525 Sedum Lane<br>Edina, MN<br><br>Ms. Walters was Plaintiff's girlfriend at the time and will testify concerning her conversations at the hospital and her knowledge of the events of the evening in question. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Jeffrey M. Kuha<br>1222 Timbershore Lane<br>Eagan, MN<br><br>Mr. Kuha will testify about his flight from a lawful traffic stop and his apprehension |

Respectfully submitted,

IVERSON REUVERS, LLC

Dated: July 12, 2004

By__Paul D. Reuvers_____
Jon K. Iverson, I.D. #146389
Paul D. Reuvers, I.D. #217700
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200