AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil File No. 00-1683 JMR/FLN

Jeffrey M. Kuha,

Plaintiff,

**PLAINTIFF'S AMENDED EXHIBIT LIST**

City of Minnetonka,

Defendant.

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| **James M. Rosenbaum** | **Phillip A. Cole** | **Paul D. Reuvers** |
| Trial Date(s)<br>**August 9, 2004** | Court Reporter | Courtroom Deputy |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Plf No. | Def No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 21 | | | | | Medical Records Summary |
| 22 | | | | | City of Minnetonka Directive No. 13 |
| 23 | | | | | City of Minnetonka Directive No. 50 |
| 24 | | | | | Minnetonka Police Dept. Incident Report |
| 25 | | | | | Officer Roth Incident Report |
| 26 | | | | | Officer Anderson Incident Report |
| 27 | | | | | Officer Rain Incident Report |
| 28 | | | | | Officer Warosh Incident Report |
| 29 | | | | | 9-24-99 Impound Lot Continuation Report |
| 30 | | | | | Motor Vehicle Implied Consent Advisory |

AO 187A (Rev. 7/87) **EXHIBIT LIST - CONTINUATION**

**Jeffrey M. Kuha v. City of Minnetonka, et al - Civil File No. 00-1683 JMR/FLN**

| Plf No. | Def No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 31 | | | | | Minnetonka Police Dept. Property Inventory |
| 32 | | | | | Minnetonka Police Dept. Vehicle Report |
| 33 | | | | | Hennepin County Sheriff's Dept. Crime Lab Report |
| 34 | | | | | Plaintiff's License and Registration Information |
| 35 | | | | | Officer Anderson Handwritten Incident Report |
| 36 | | | | | Officer Roth Handwritten Incident Report |
| 37 | | | | | Minnetonka Police Dept. Patrol Dog Calls, Sept. 1999, Nov. 1998, Dec. 1998 |
| 38 | | | | | USPCA Policy Statement (Internet Homepage) |
| 39 | | | | | Hutson, HR, Anglin, D, Pineda, GV, et al, Law Enforcement K-9 Dog Bites: Injuries Complications and Trends, *Annals of Emergency Medicine,* 1997; 29: 637-642 |
| 40 | | | | | Leg Brace |
| 41 | | | | | Curriculum Vitae of James J. Fyfe |

Dated: July 14, 2004

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY________s/Phillip A. Cole_________

Phillip A. Cole, I.D. No. 17802
Attorneys for Plaintiff
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

Doc. #: 103618