UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**DEFENDANT'S MOTION IN LIMINE**

---

Defendant moves the Court for an Order prohibiting Dr. Deidre Anglin from testifying at trial as a *rebuttal* witness.

Respectfully submitted,

IVERSON REUVERS, LLC

Dated: July 19, 2004.

By: s/ Paul D. Reuvers
Jon K. Iverson, I.D. #146389
Paul D. Reuvers, I.D. #217700
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200