UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY FOR TRIAL**

---

Defendant City of Minnetonka submits the following objections to Plaintiff's Designation of Deposition Testimony for Trial.

**Dr. Deidre Anglin:** Defendant objects to the deposition of Dr. Anglin for the reasons set for the reasons set forth in Defendant's Motion in Limine. To the extent the Court allows Dr. Anglin to testify, Defendant objects to the deposition testimony of Dr. Deidre Anglin being used during Plaintiff's case-in-chief. On March 26, 2001, Plaintiff disclosed Dr. Deidre Anglin as a *rebuttal* witness pursuant to Civil Procedure Rule 26(a)(2)(B). Therefore, Defendant request Dr. Anglin's testimony be limited to rebuttal, if at all.

**Chief Joy Rikala:** Plaintiff has indicated he intends to call Chief Rikala for cross-examination and seeks to submit excerpts from her deposition. Defendant objects to Plaintiff's request to submit excerpts of Chief Rikala's deposition testimony into evidence because it would violate Civil Procedure Rule 32(a)(3). Furthermore, the Eighth Circuit has stressed the preference for oral testimony at trial, noting that testimony by deposition or affidavit should be used only as a substitute when the witness is not available to testify in person. This is not the

case here. Both parties have designated Chief Rikala as a witness. Plaintiff may certainly use Chief Rikala's deposition for cross-examination purposes, but Plaintiff should be precluded from submitting deposition testimony as evidence at trial.

Respectfully submitted,

IVERSON REUVERS, LLC

Dated: July 19, 2004.

By: s/ Paul D. Reuvers_________
Jon K. Iverson, I.D. #146389
Paul D. Reuvers, I.D. #217700
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200