**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2004, I caused the following documents:

Defendant's Motion in Limine
Defendant's Memorandum of Law in Support of Motion in Limine
Defendant's Memorandum of Law for Jury View
Defendant's Objections to Plaintiff's Designation of Deposition Testimony

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Phillip A. Cole
Paul D. Reuvers

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

n/a

Dated: July 19, 2004

IVERSON REUVERS, LLC

By s/Paul D. Reuvers
Paul D. Reuvers, #217700
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: 952 548-7200