**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2004, I electronically filed the foregoing with the Clerk of the Court by using the ECF which will send a notice of electronic filing to the following:

Paul D. Reuvers, attorney for Defendant City of Minnetonka

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants: ________N/A________.

s/ Christopher R. Grote
#267995
Attorney for Plaintiff Jeffrey M. Kuha
Lommen, Nelson, Cole & Stageberg, P.A.
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-8131
(612) 339-8064
chrisg@lommen.com