UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

**AFFIDAVIT OF JOY RIKALA**

vs.

City of Minnetonka,

Defendant.

---

STATE OF MINNESOTA)
:ss
COUNTY OF HENNEPIN)

Joy Rikala, after being duly sworn upon an oath, does hereby depose and state that:

1. I am Chief of Police for the City of Minnetonka. I am familiar with my department's records retention policy, including the retention of radio dispatch communications. This affidavit is submitted in accordance with Magistrate Judge Franklin L. Noel's Order of August 2, 2001.

2. In 1999, the City of Minnetonka Police Department maintained audiotapes of radio dispatch communications for a period of 30 days, at which time the audiotape was reused.

3. The radio dispatch communication tape for September 23, 1999, the date in which the plaintiff was apprehended by Arco, was reused pursuant to the procedures of the Minnetonka Police Department. No request was made to preserve the tape prior to its reuse and, as a result, it is no longer available. It was reused on or about October 23, 1999.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ Joy Rikala____________
Joy Rikala

SUBSRCIBED AND SWORN TO before
me this 12th day of July, 2004

s/ Dyanne M. Bauer________________
Notary Public