UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File: 00-1683 JMR/FLN

Plaintiff,

**AFFIDAVIT OF KEVIN ANDERSON**

vs.

City of Minnetonka,

Defendant.

---

STATE OF MINNESOTA)
:ss
COUNTY OF HENNEPIN)

Kevin Anderson, after being duly sworn upon an oath, does hereby depose and state that:

1. I am a police officer for the City of Minnetonka. This affidavit is submitted in accordance with Magistrate Judge Franklin L. Noel's Order of August 2, 2001.

2. I have received training with my police dog, Arco. During the training sessions, I would at times make personal videotapes of the training sessions.

3. Although I do not know the precise date, any personal training videotapes that I had of Arco were destroyed prior to the initiation of this lawsuit. The tapes were reused in my home to record other things.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ Kevin Anderson________
Kevin Anderson

SUBSRCIBED AND SWORN TO before
me this 12th day of July, 2004

s/ Paul D. Reuvers_______________
Notary Public