UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

Court File: 00-1683 JMR/FLN

**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM**

---

Defendant submits the attached proposed special verdict form.

IVERSON REUVERS, LLC

Date: July 26, 2004

By:s/ Paul D. Reuvers
Jon K. Iverson, #146389
Paul D. Reuvers, #217700
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

Court File: 00-1683 JMR/FLN

**SPECIAL VERDICT FORM**

---

We, the jury impaneled in this matter, hereby answer the Special Verdict questions put to us as follows:

1. Did the arresting officers use excessive force upon Plaintiff Jeffrey Kuha on September 23, 1999?

   Yes __________ No __________

2. Does the City of Minnetonka have an unconstitutional policy and practice concerning its use of police canines?

   Yes __________ No __________

3. If your answer to both questions 1 and 2 was "yes," then answer this question: Was this unconstitutional policy and practice the direct cause of the use of excessive force on Plaintiff Jeffrey Kuha?

   Yes __________ No __________

4. What sum of money will fairly and adequately compensate Plaintiff Jeffrey Kuha for his damages to the date of trial?

   $ ______________

5. What sum of money will fairly and adequately compensate Plaintiff Jeffrey Kuha for such future damages as are reasonably certain to occur?

   $ ______________

Dated:________________ ____________________________

Foreperson