UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant's.

Court File: 00-1683 JMR/FLN

**DEFENDANTS PROPOSED VOIR DIRE**

---

Defendants submit the attached proposed voir dire.

IVERSON REUVERS, LLC

Date: July 26, 2004

By:s/ Paul D. Reuvers___
Jon K. Iverson, #146389
Paul D. Reuvers, #217700
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200

# VOIR DIRE

## INTRODUCTION

1. Are you familiar with either counsel or their firms?

## HAVE YOU, YOUR FRIENDS OR RELATIVES EVER BEEN ARRESTED BY A PEACE OFFICER?

If juror:

1. Do you feel critical about the way you were treated by the police officer?
2. Regardless how the incident turned out, do you feel that justice was served?
3. Do you harbor any grudges against the police officers for your arrest?
4. Did your case go to trial?
5. What was the result?
6. When you see a police officer now, what is your reaction to that officer?

Friend:

1. Did you talk to your friend about his/her experience with the police?
2. Did they criticize the police?
3. Did you think the criticism was true? Meritorious?
4. Would you agree that your friend's experience has nothing to do with this case?
5. Do you agree that there are good police, bad police and a lot of police in the middle?

**HAS ANYONE ON THIS JURY PANEL EVER RECEIVED A TRAFFIC TICKET THEY THOUGHT THEY DID NOT DESERVE?**

1. Do you think you got the ticket because there was a difference of opinion between you and the officer or that the officer was trying to make his, or her quota or that the officer was outright lying?

2. Do you think all police officers are pretty much the same as the one that gave you the ticket you thought you did not deserve?

3. Would you agree that your experience with the officer outside this courtroom has nothing to do with this trial or the police officers would testify in this case?

**AS A MEMBER OF THIS COMMUNITY, HAVE YOU EVER HAD THE NEED TO CALL UPON THE POLICE FOR ANY KIND OF ASSISTANCE, FOR EXAMPLE, A NEIGHBOR'S STEREO WAS TOO LOUD, SOMEONE WAS PROWLING IN YOUR YARD OR SOMEONE BROKE INTO YOUR CAR?**

1. Would you say that in general, you were satisfied or dissatisfied with the way the police handled your request for assistance?

2. Are you critical about what they did or did not do?

**HAVE YOU EVER HAD WHAT YOU CONSIDER TO BE A BAD EXPERIENCE WITH A POLICE OFFICER? HAVE YOU, OR ANY OF YOUR FRIENDS, OR RELATIVES EVER HAD A BAD EXPERIENCE WITH A POLICE OFFICER?**

1. Do you think that all police officers are pretty much like the one you had the bad experience with?

2. Would you agree that your experience with that officer has nothing to do with this case?

3. Would you promise that you would not use your bad experience to judge the issues in this case?

4. Have you, your friends or relatives ever been a victim of a crime?

5. Did you report the crime? Why not?

6. Were you at all critical of what the police did or did not do?

7. Were the police professional in the way they handled the situation?

8. Do you hold any grudges against the police because they did not catch the bad guy?

**HAVE YOU EVER SAT ON A JURY BEFORE?**

1. Criminal? Civil?

2. What were the charges, if a criminal trial?

3. What type of case, if civil?

4. Was a verdict reached?

5. Did police officers testify?

**IF JUROR HAS BEEN INVOLVED IN CASES WHERE POLICE OFFICERS HAVE TESTIFIED: ASK THE FOLLOWING:**

You have now had the experience of hearing police officers cross-examined. You have heard attorneys argue their credibility. You have heard fellow jurors discuss police officers and their testimony.

1. Have you formed any opinion about police officers and their testimony based upon this experience?

2. Would you agree that all police officers are different?

3. Would you agree that you cannot judge the credibility of the police officer until you hear him/her testify?

4. Do you promise that you will judge that officer solely upon the evidence received in this case?

**WOULD YOU NOT BELIEVE A POLICE OFFICER JUST BECAUSE HE OR SHE WAS A POLICE OFFICER?**

1. Although you would not believe a witness just because of his occupation, would you nevertheless be willing to consider that person's training and experience, if relevant to evaluating his testimony?

**IS THERE ANYONE ON THIS PANEL WHO HAS EVER WITNESSED A POLICE OFFICER ARREST SOMEONE?**

1. Did the person resist?

2. Did you observe the police use any force against that person?

3. Did you form any opinions of whether or not the police used more force than was necessary?

**IF YOU WERE STOPPED OR ARRESTED BY THE POLICE, WOULD YOU EXPECT THE POLICE TO MISTREAT YOU IN SOME WAY? DO YOU BELIEVE THERE IS MISUNDERSTANDING AND PREJUDICE AGAINST POLICE OFFICERS?**

1. Like what?

2. Any idea why?

3. Do you think as a juror it is very important to be sensitive to any feelings you might have that would prevent you from being fair and objective?

**DO YOU BELIEVE THAT POLICE OFFICERS ARE OFTEN VICTIMS THEMSELVES OF FALSE RUMORS AND STORIES?**

1. Do you feel that officers have a bad reputation nowadays?

2. Do you believe all officers deserve a bad reputation?

**IS THERE ANYONE ON THIS PANEL WHO KNOWS ANYONE WHO HAS EVER CLAIMED HE OR SHE WAS MISTREATED BY THE POLICE?**

1. Have you ever considered that the person may have been exaggerating a bit to try to make himself, or herself look good?

2. Will you follow the rule that it would be improper for you as a juror to use anything outside this courtroom to judge the issues in this particular trial?

**HAVE YOU EVER BEEN A PARTY TO A LAWSUIT?**

1. Please describe the case and the result.

2. Were you satisfied with the result?

**IF A LOUD PARTY WAS KEEPING YOU AWAKE AT 1:30 IN THE MORNING, ARE YOU THE KIND OF PERSON THAT WOULD CALL THE POLICE TO DEAL WITH THE SITUATION?**

1. Why?

**ARE YOU THE KIND OF PERSON THAT WOULD GO DEAL WITH THE NOISE SITUATION YOURSELF?**

1. Why?

**ARE YOU THE TYPE OF PERSON THAT WOULD PUT A PILLOW OVER YOUR HEAD AND TRY TO FALL BACK ASLEEP?**

1. Why?

**HAS ANYONE ON THE PANEL BEEN ARRESTED FOR A DWI?**

1. Do you believe your arrest was proper?
2. How did the officer treat you?

**HAS ANYONE ON THE PANEL EVER BEEN BITTEN BY A DOG?**

1. When did this occur?
2. What were the circumstances of the situation?
3. Were you injured?
4. What type injury did you suffer?

**HAS ANYONE ON THE PANEL HAD A LEG INJURY?**

1. How did you get the injury?
2. Did you have surgery?
3. Any ongoing problems?

**DOES ANYONE ON THE PANEL OWN A DOG?**

1. What kind?
2. Ever own a dog that bit someone?
    a. Describe the circumstances

3. Does anyone know someone who has been bitten by a dog?

   a. What kind of injury was sustained?

**HAS ANYONE ON THE PANEL THEMSELVES RUN FROM THE POLICE AFTER A LAWFUL STOP, EITHER ON FOOT OR IN A VEHICLE?**

1. Does anyone know someone who has fled?

2. Would you expect to be pursued?