UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka,

Defendant.

Court File: 00-1683 JMR/FLN

**DEFENDANT'S MOTION FOR A JURY VIEWING OF THE SCENE**

---

Defendant moves this Court to allow the jury to view of the path taken by Plaintiff when he was fleeing Minnetonka Police Officers. In support of this motion, the City previously filed a Memorandum of Law In Support of Defendant's Motion for a Jury Viewing of the Scene.

Respectfully submitted,

IVERSON REUVERS, LLC

Dated: July 26, 2004.

By: s/ Paul D. Reuvers

Jon K. Iverson, I.D. #146389
Paul D. Reuvers, I.D. #217700
Attorneys for Defendant
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200