**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

****AMENDED****

# ***TRIAL CALENDAR***

---------------------------------------------------

**#1) Cv.#02-1691**

**James Williams**

**v.**

**John Potter**

---------------------------------------------------

**COUNSEL FOR PLAINTIFF:**
Stephen Fiebiger
952-746-5171

**COUNSEL FOR DEFENDANT**
Mary Jo Madigan
612-664-5600

---------------------------------------------------

**#2 Cv.00-1683**

**Jeffrey Kuha**

**v.**

**City of Minnetonka, et al.**

---------------------------------------------------

**COUNSEL FOR PLAINTIFF:**
Daniel Homolka
612-341-2433

Markus Yira
320-587-2720

Phillip Cole
612-339-8131

**COUNSEL FOR DEFENDANT:**
Jason Kuboushek
John Iverson
Paul Reuvers
952-548-7205

The above-caption cases are set for a ***jury trial***, date certain, before the Chief Judge James M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Monday, August 23, 2004 @ 0900 a.m.**

Please submit any remaining pretrial materials to the Court by Monday, August 16, 2004.

July 28, 2004

Sincerely,

S/Larry Lewis
Larry Lewis
Calendar Clerk to Chief Judge
James M. Rosenbaum

# NOTICE

****All future correspondence including jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address:**

**rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF**