# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MINNESOTA

# TRIAL CALENDAR

---

**#1 Cr. #04-367**

**United States of America**

**v.**

**Keith Allen Sjolie(1)**
**Gregory Scott Sjolie(2)**

---

**COUNSEL FOR PLAINTIFF:**
Andrew Winter
612-664-5600

**COUNSEL FOR DEFENDANTS:**
Charles Ramsay
651-604-0000
Steve Bergeson
952-746-2350

The above-captioned case is set for ***jury trial***, on a date certain, before Chief Judge James M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Monday, March 7, 2005 @ 9:00 a.m.**

Please submit all pretrial materials to the Court by Monday, February 28, 2005.

Please be advised that new courtroom technology has been installed in our courtroom as of June 2001. If you need assistance with respect to the technology available in Judge Rosenbaum's Courtroom or the operation of the various equipment, please call.

Judge Rosenbaum tries cases quickly. **Counsel are directed to have sufficient witnesses on hand to assure a full day of trial each day. Failure to do so may result in sanctions.**

***Speedy Trial expires in this case on April 23, 2005. If a continuance is needed the Court will require a motion to continue in the interest of justice pursuant to 3161 (h)(8)(1) and a speedy trial waiver.***

---

**#2 Cv. #02-1379**

**Travelers Express Company, Inc.**

**v.**

**Park East Communcations Services, et al**

---

**COUNSEL FOR PLAINTIFF:**
Del Blocher
651-275-1620
Mark Kovalchuk
612-373-9818

**COUNSEL FOR DEFENDANTS:**
Regina Felton
718-622-1100
Nancy Wiltgen
612-335-1500

---

**#3 Cv. #00-1683**

**Jeffrey M. Kuha**

**v.**

**City of Minnetonka, et al**

---

**COUNSEL FOR PLAINTIFF:**
Christopher Grote
Phillip A Cole
612-339-8131
Markus Yira
320-587-2720

**COUNSEL FOR DEFENDANTS:**
Paul Reuvers
Jon Iverson
Jason Kuboushek
952-548-7200

---

**#4 Cv. #03-6114 (BENCH TRIAL)**

**R.L. Imports, Inc.**

**v.**

**Subaru of America, Inc./Mid-America Regions**

---

**COUNSEL FOR PLAINTIFF:**
Gregory Merz
Dean Eyler
612-632-3000

**COUNSEL FOR DEFENDANT:**
John Rock
Steven Wells
612-340-2600

**#5 Cv. #03-6212**

**Arthur Hoekstra**

**v.**

**Soo Line Railroad Company**

**-----------------------------------------------------**

**COUNSEL FOR PLAINTIFF:**
Kathryn Kohn
John Boylan
612-340-8290

**COUNSEL FOR DEFENDANT:**
Patrick Sweeney
Diane Gerth
651-223-8000

The above-captioned cases are set for ***jury trial***, on a date certain, before Chief Judge James M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Monday, March 7, 2005 @ 9:00 a.m.**

Please submit all pretrial materials to the Court by Monday, February 28, 2005.

Please be advised that new courtroom technology has been installed in our courtroom as of June 2001. If you need assistance with respect to the technology available in Judge Rosenbaum's Courtroom or the operation of the various equipment, please call.

Judge Rosenbaum tries cases quickly. **Counsel are directed to have sufficient witnesses on hand to assure a full day of trial each day. Failure to do so may result in sanctions.**

Sincerely,

January 26, 2005

s/Heather Labat
Heather Labat Calendar Clerk
to Chief Judge James M. Rosenbaum

# NOTICE

****All future correspondence including jury instructions/verdict form/voir dire/witness&exhibit lists etc. should be routed thru the following e-mail address:**

**rosenbaum_chambers@mnd.uscourts.gov.**

**This is not the same as filing on CM/ECF**

**DO NOT SEND HARD COPIES TO CHAMBERS.****