# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jeffrey Kuha,

Plaintiff,

v.

City of Minnetonka,

Defendant.

**COURT MINUTES**
Case Number: 00-1683 JMR/FLN

| | |
|---|---|
| Date: | March 8, 2005 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 9:15 a.m. |
| Time Concluded: | 4:45 p.m. |
| Time in Court: | 5 Hours & 30 Minutes |

Trial before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Phillip Cole and Diane Odeen
For Defendant: Jon Iverson and Paul Reuvers

## PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled.
9 Opening statements.
: **JURY Trial Held.**
: Trial continued to 3/9/05 .
: Witnesses: Jeffrey Kuha, Kevin Anderson, Janet Ballard, Dennis Warosh, Joy Bikala and video deposition of James Fyfe.
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
 9 Plaintiff
 9 Defendant

9 Court's Ruling:
 9 Judgment in favor of Plaintiff.
 9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Heather Labat
Signature of Calendar Clerk