# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jeffrey Kuha,
Plaintiff,
v.
City of Minnetonka,
Defendant.

## COURT MINUTES
Case Number: 00-1683 JMR/FLN

Date: March 9, 2005
Court Reporter: Dawn Hansen
Time Commenced: 9:30 a.m.
Time Concluded: 3:45 p.m.
Time in Court: 3 Hours & 45 Minutes

Trial before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Phillip Cole and Diane Odeen
For Defendant: Jon Iverson and Paul Reuvers

## PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
9 **JURY Trial - Ended**
9 Jury impaneled.
9 Opening statements.
: **JURY Trial Held.**
: Trial continued to 3/10/05 .
: Witnesses: Video deposition of James Fyfe, Susan Kuha, Darrin Rain, and Don Slavik
: Plaintiff rests. : Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
    9 Plaintiff
    9 Defendant

9 Court's Ruling:
    9 Judgment in favor of Plaintiff.
    9 Judgment in favor of Defendant.

## IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.

9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Heather Labat
Signature of Calendar Clerk