UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1683(JMR)

| | | |
|---|---|---|
| Jeffrey M. Kuha | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | SPECIAL |
| City of Minnetonka | ) | VERDICT |

1. We the jury find that the Minnetonka police

SHOULD NOT have given a warning concerning Arco in
should/should not

this case.

If you answered Question 1 "should not," please sign and date this verdict. If you answered Question 1 "should," please answer question 2.

2. What sum of money will fairly and adequately compensate plaintiff for his injuries, damage or harm?

For injuries sustained
from September 23, 1999
to the date of this verdict: $________________

For any injury from the date
of this verdict into the future: $________________

Dated: 3-11-05 Foreperson: Alan J. Marshik

SCANNED
MAR 11 2005
U.S. DISTRICT COURT MPLS