# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jeffrey Kuha,
Plaintiff,

v.

City of Minnetonka,
Defendant.

**COURT MINUTES**
Case Number: 00-1683 JMR/FLN

| | |
|---|---|
| Date: | March 10, 2005 |
| Court Reporter: | Colleen Sichko, Shaddix |
| Time Commenced: | 9:50 a.m. |
| Time Concluded: | 2:05 p.m. |
| Time in Court: | 1 Hours & 40 Minutes |

Trial before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Phillip Cole and Diane Odeen
For Defendant: Jon Iverson and Paul Reuvers

## PROCEEDINGS:

9 **Jury Selection.**
9 **JURY Trial - Began**.
: **JURY Trial - Ended**
9 Jury impaneled.
9 Opening statements.
: **JURY Trial Held.**
9 Trial continued to .
9 Witnesses:
9 Plaintiff rests. 9 Defendant rests.
: Closing arguments.
: Jury received case at 2:05 p.m.
: Jury resumed deliberations on 3/11/05.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
 9 Plaintiff
 9 Defendant

9 Court's Ruling:
 9 Judgment in favor of Plaintiff.
 9 Judgment in favor of Defendant.

## IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.

9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Heather Labat
Signature of Calendar Clerk