# UNITED STATES DISTRICT COURT

District of Minnesota

Jeffrey M. Kuha

V.

City of Minnetonka et al.

**BILL OF COSTS**

Case Number: 00-1683 JMR/FLN

Judgment having been entered in the above entitled action on 03/11/05 (Date) against Jeffrey M. Kuha,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $5,923.47 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) (See Attached Affidavit) | $1,898.68 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $555.52 |
| Docket fees under 28 U.S.C. 1923 | $62.50 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize): Expert Witness Fees for Don Slavik (see attached affidavit) | 7,610.00 |
| **TOTAL** | $ **$16,050.17** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid Phillip A. Cole.

Signature of Attorney: s/Jon. K. Iverson

Name of Jon K. Iverson

For: City of Minnetonka et. al. (Name of Claiming Party) Date: April 12, 2005

Costs are taxed in the amount of ____________ and included in the judgment.

Clerk of Court By: Deputy Clerk Date