UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs. **AFFIDAVIT OF JON K. IVERSON**

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN)

Jon K. Iverson, being duly sworn upon oath, does hereby depose and state that:

1. I am one of the attorneys for defendants in the captioned matter.

2. That the business and occupation of judgment debtor Jeffrey M. Kuha is as follows:

   Flight Instructor
   Crystal Aviation
   Crystal, Minnesota

3. That the place of residence of said judgment debtor is as follows:

   Jeffrey M. Kuha
   1222 Timbershore Lane
   Eagan, MN 55123

4. That attached as Exhibit A is a copy of the Judgment dated March 11, 2005.

5. That the following costs were incurred by defendants in defending this action:

**I. FEES OF THE COURT REPORTER & DEPOSITIONS -- 28 U.S.C. § 1920(2)**

| | | |
|---|---|---|
| A. | Deposition transcript fee for Dr. Stephen Marchuk (Exhibit B) | $48.00 |
| B. | Deposition transcript fee for Dr. Hansen | $68.40 |
| C. | Deposition transcript fee for Professor James Fyfe (Exhibit C) | $102.50 |

D. Deposition transcript fee for David Mayo (Exhibit D) $35.00

E. Deposition transcript fee for James Fyfe (Exhibit E) $440.00

F. Video Deposition of James Fyfe (Exhibit F) $75.00

G. Travel to New York to Attend the Deposition of Plaintiff's Expert James Fyfe

| | | |
|---|---|---|
| Airfare to New York from Minnesota | $1,234.70 | |
| Hotel in New York | $275.83 | |
| Meals in New York | $55.00 | |
| Taxi fare to and from airports | $147.00 | |
| | | $1,712.53 |

H. Deposition transcript fee for Dr. Mark Melin (Exhibit G) $95.80

I. Deposition transcript fee for Dr. Deirdre Anglin (Exhibit H) $205.50

J. Travel to Los Angeles to Attend the Deposition of Plaintiff's Rebuttal Expert Dr. Anglin

| | | |
|---|---|---|
| Airfare to Los Angels from Minnesota | $441.00 | |
| Hotel in Los Angeles | $125.93 | |
| Meals in Los Angeles | $55.00 | |
| Car Rental in Los Angeles | $44.97 | |
| | | $666.90 |

K. Deposition transcript fees for Darrin Rain, Janet Ballard, and Joy Rikala (Exhibit I) $571.65

L. Travel Expenses for Janet Ballard's Deposition

| | | |
|---|---|---|
| Airfare from Arizona to Minnesota (Exhibit J) | $289.50 | |
| Hotel in Minnesota (Exhibit K) | $429.99 | |
| | | $719.49 |

M. Deposition transcript fees for Terry Belfanz, Officer Roth, Mark Raquet, Officer Kevin Anderson and Dennis Warosh (Exhibit L) $650.85

N. Deposition of Jeffery Kuha (Exhibit M) $450.85

O. Hearing transcript of Motion before Judge Rosenbaum (Exhibit N) $81.00

## II. FEES FOR WITNESSES -- 28 U.S.C. § 1920(3)

A. Witness Joy Rikala (5 days of trial * $40.00) $200.00

B. Witness Joy Rikala Travel Expenses (Minnetonka to Minneapolis - 16 Miles * $.405 * 5 days) $32.40

C. Witness Kevin Anderson (5 days of trial * $40.00) $200.00

| | | | |
|---|---|---|---|
| D. | Witness Kevin Anderson Travel Expenses<br>(Minnetonka to Minneapolis - 16 Miles * $.405 * 5 days) | | $32.40 |
| E. | Witness Janet Ballard (2 days of trial * $40.00) | | $80.00 |
| F. | Witness Janet Ballard Travel Expenses for trial | | |
| | Flight from Arizona to Minnesota (Exhibit O) | $528.41 | |
| | Parking (Exhibit P) | $17.00 | |
| | Food (Exhibit Q) | $90.21 | |
| | Rental Car (Exhibit R) | $126.87 | |
| | Fuel (Exhibit S) | $19.29 | |
| | | | $781.78 |
| G. | Witness William Roth (1 day of trial * $40.00) | | $40.00 |
| H. | Witness William Roth Travel Expenses<br>(Minnetonka to Minneapolis - 16 Miles * $.405) | | $6.48 |
| I. | Witness Terry Belfanz (1 day of trial * $40.00) | | $40.00 |
| J | Witness Terry Belfanz Travel Expenses<br>(Minnetonka to Minneapolis - 16 Miles * $.405) | | $6.48 |
| K. | Witness Dennis Warosh (2 days of trial * $40.00) | | $80.00 |
| L. | Witness Dennis Warosh Expenses<br>(Minnetonka to Minneapolis - 16 Miles * $.405 * 2 days) | | $12.96 |
| M. | Witness Darrin Rain (1 day of trial * $40.00) | | $40.00 |
| N. | Witness Darrin Rain Travel Expenses<br>(Minnetonka to Minneapolis - 16 Miles * $.405) | | $6.48 |
| O. | Expert Witness Don Slavik (1 day of trial * $40.00) | | $40.00 |
| P. | Witness Don Slavik Travel Expenses<br>(Ottertail to Minneapolis - 370 Miles * $.405 * 2 days) | | $299.70 |

**III. FEES FOR COPIES (28 U.S.C. § 1920(4))**

| | | |
|---|---|---|
| A. | Copies of medical records from Hennepin County Medical Center | $25.98 |
| B. | Copies of medical records from Healthline Medical Supply | $44.00 |
| C. | Copies of medical records from Chisholm Dental Service | $45.00 |
| D. | Copies of medical records from Methodist Hospital | $32.25 |

| | | |
|---|---|---|
| E. | Copies of medical records from Duluth Clinic | $95.56 |
| F. | XACT Duplication Services | $103.21 |
| G. | XACT Duplication Services (Exhibit T) | $70.89 |
| H. | IRS Tax Records (Exhibit U) | $46.00 |
| I. | Kinko's copy cost for summary judgment motion exhibits | $72.63 |
| J. | Copy of Personnel File from St. David's Child Development & Family Services (Exhibit V) | $20.00 |

**IV. DOCKET FEES -- 28 U.S.C. 1920(5) & 28 U.S.C. 1923**

| | | |
|---|---|---|
| A. | Docket Fees | $20.00 |
| B. | Depositions (17 Depositions * $2.50) | $42.50 |

**V. EXPERT WITNESS FEES NECESSARILY INCURRED FOR TRIAL**

| | | |
|---|---|---|
| A. | Research, case review, office visits, and gathering data from Spring of 2002 (Exhibit W) | $1,000.00 |
| B. | Research, case review, office visits, review opposing opinions and gather data from May 11, 2004 - August 9, 2004 (Exhibit X) | $3,800.00 |
| C. | Court preparation, case review, review opposing opinion of Plaintiff's expert James Fyfe from November 20, 2004 to March 9, 2005 (2,850.00 - $40.00 witness fee) (Exhibit Y) | $2,810.00 |

**TOTAL: $16,050.17**

FURTHER THIS AFFIANT SAYETH NOT

_s/Jon K. Iverson______________
Jon K. Iverson

Subscribed and sworn to before me
this 12 day of April, 2005.

_s/Adam N. Olsen______________
Notary Public
(STAMP AND/OR SEAL)