UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

Court File No: 00-1683 JMR/FLN

---

**Exhibit B – true and correct copy of the invoice for the deposition transcript of Dr. Stephen Marchuk**

NCRA MEMBER
Guardians of the Record

# NORTHLAND REPORTING AGENCY

P.O. BOX 89
GRAND RAPIDS, MN 55744-0089
(218) 328-5047 or 1-800-334-3858
FAX: (218) 328-6380
RONALD L. RASMUSSEN
LAURIE WEBSTER
DARLA DELICH

RPR Registered Professional Reporters

Date: September 13, 2001

TO: Iverson Reuvers, LLC
Attorneys at Law
230 Towline Plaza
8585 West 78th Street
Bloomington MN 55438

By: Paul Reuvers, Esq.

RE: Jeffrey M. Kuha,
-vs-
City of Minnetonka, et al.

10066.0222

File No. LW21-118(b)

| | | | |
|---|---|---|---|
| 9/11 | One copy of the videotape deposition of Dr. Stephen Marchuk, taken this date at Duluth Clinic-Hibbing, 730 East 34th Street, Hibbing, MN; plus postage. | | |
| | TOTAL: | | $ 48.00 |
| | -Thank You- | | |
| | *Please make check payable to: Laurie Webster (FEI No. 65-0547647) | | |