UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit C – true and correct copy of the check used to pay for deposition testimony of James Fyfe**

IVERSON REUVERS, LC
ATTORNEYS AT LAW
230 TOWNLINE PLAZA
8585 WEST 78TH STREET
BLOOMINGTON, MINNESOTA 55438
PH. 952-548-7200

SIGNAL BANK
EAGAN, MN
75-1679/960

3192

9/11/2001

PAY TO THE ORDER OF Deborah Sanderson $ **102.50

One Hundred Two and 50/100****************************************************************************************** DOLLARS

Deborah Sanderson

MEMO: Transcript fee

⑈003192⑈ ⑆096016794⑆ 1000022220⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438

3192

Deborah Sanderson 9/11/2001

Transcript fee for James Fyfe testimony 102.50

Checking-Signal Bank Transcript fee 102.50

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438

3192

Deborah Sanderson 9/11/2001

Transcript fee for James Fyfe testimony 102.50

Checking-Signal Bank Transcript fee 102.50