UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit D – true and correct copy of the check used to pay for the deposition transcript of David Mayo**

**IVERSON REUVERS LLC**
ATTORNEYS AT LAW
230 TOWNLINE PLAZA
8585 WEST 78TH STREET
BLOOMINGTON, MINNESOTA 55438
PH. 952-548-7200

SIGNAL BANK,
EAGAN, MN
75-1679/960

3191

9/11/2001

PAY TO THE ORDER OF David Mayo $ **35.00

Thirty-Five and 00/100************************************************************************************************** DOLLARS

David Mayo

MEMO: Transcript of testimony

⑈003191⑈ ⑆096016794⑆ 100002220⑈

SECURITY FEATURES: MICRO PRINT TOP & BOTTOM BORDERS - COLORED PATTERN - ARTIFICIAL WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438 3191

David Mayo 9/11/2001

Transcript fee 35.00

Checking-Signal Bank Transcript of testimony 35.00

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438 3191

David Mayo 9/11/2001

Transcript fee 35.00

Checking-Signal Bank Transcript of testimony 35.00