UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit E – true and correct copy of the invoice for the deposition transcript of James Fyfe**

David Feldman Worldwide Court Reporting
805 Third Avenue
8th Floor
New York, NY 10022
(212) 705-8550 Fax (212) 705-8552

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 55492 | 07/29/2004 | 01-3480 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/14/2004 | BYRNWI | |
| **CASE CAPTION** | | |
| Jeffrey Kuha vs. City of Minnetonka | | |
| **TERMS** | | |
| Due upon receipt | | |

Jon K. Iverson
Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

| | | |
|---|---|---|
| COPY OF TRANSCRIPT OF: James Fyfe | 114 Pages | 399.00 |
| DHL | | 41.50 |
| | **TOTAL DUE >>>>** | **440.50** |

THANK YOU FOR YOUR BUSINESS

**TAX ID NO.:** 13-4091601 (952) 548-7200 Fax (952) 946-1501

*Please detach bottom portion and return with payment.*

Jon K. Iverson
Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

Job No. : 01-3480
Case No. :
Jeffrey Kuha vs. City of Minnetonka

Invoice No.: 55492
Date : 07/29/2004
**TOTAL DUE : 440.50**

PAYMENT WITH CREDIT CARD

Card Holder's Name: Jon K. Iverson
VISA/MC/AmExp #: 
Amount to Charge: 440.50
Exp. Date: 03/07 Phone #: 952 548-7200
Cardholder's Signature: [signature]

Remit To: **David Feldman Worldwide Court Reporting**
**805 Third Avenue**
**8th Floor**
**New York, NY 10022**