UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit F – true and correct copy of the invoice for the video deposition of James Fyfe**

David Feldman Worldwide Court Reporting
805 Third Avenue
8th Floor
New York, NY 10022
(212) 705-8550 Fax (212) 705-8552

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 55510 | 07/29/2004 | 01-3615 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/14/2004 | PLATCO | |
| **CASE CAPTION** | | |
| Jeffrey Kuha vs. City of Minnetonka | | |
| **TERMS** | | |
| Due upon receipt | | |

Jon K. Iverson
Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

VIDEO DEPOSITION OF:
James Fyfe
VIDEOTAPE COPIES 75.00
~~VHS TRANSFERRED TO DVD~~ ~~75.00~~

TOTAL DUE >>>> ~~150.00~~ 75

THANK YOU FOR YOUR BUSINESS

Just videtape to us.

**TAX ID NO.:** 13-4091601 (952) 548-7200 Fax (952) 946-1501

*Please detach bottom portion and return with payment.*

Jon K. Iverson
Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

Job No. : 01-3615
Case No. :
Jeffrey Kuha vs. City of Minnetonka

Invoice No.: 55510
Date : 07/29/2004
**TOTAL DUE :** ~~150.00~~ 75.00

Remit To: **David Feldman Worldwide Court Reporting**
**805 Third Avenue**
**8th Floor**
**New York, NY 10022**

PAYMENT WITH CREDIT CARD

Card Holder's Name: Jon K. Iverson
VISA/MC/AmExp #:
Amount to Charge: 75.00
Exp. Date: 3/07 Phone #:
Cardholder's Signature: