UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit G – true and correct copy of the invoice for the deposition transcript of Dr. Mark Melin**

RJL

# RAY J. LERSCHEN & ASSOCIATES, L.L.P.

Court Reporters & Captioners

September 12, 2001 Inv. No. 9-7-MA

TO: Iverson Reuvers, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438

ATTN: Mr. Paul D. Reuvers

RE: Kuha vs. City of Minnetonka, et al.

AMOUNT: $ 95.80

DEPOSITION OF: M. MARK MELIN, M.D.

DATE TAKEN: September 7, 2001

TRANSCRIPT: One copy and condensed.
(ASCII Disk at no charge.)

PLEASE MAKE CHECK PAYABLE TO: MARY J. ALDORFER
Tax I.D. No. 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

**PLEASE REMIT THIS COPY WITH YOUR PAYMENT**

620 Plymouth Building • 12 South 6th Street • Minneapolis, MN 55402
612-341-2122 • 800-225-0753 • Fax 337-5435 • www.lerschen.com • email lerschen@visi.com

to Shawn 9/13