UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit H – true and correct copy of the invoice for the deposition transcript of Dr. Deirdre Anglin**

MILLER & COMPANY REPORTERS
3000 Ocean Park Boulevard
Suite 1020
Santa Monica, CA 90405
(310) 450-7795 Fax (310) 450-0320

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68680 *** | 10/18/2001 | 01-16760 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/10/2001 | KELILE | 001683JMRFLN |
| **CASE CAPTION** | | |
| Jeffrey M. Kuha v. City of Minnetonka | | |
| **TERMS** | | |
| Due upon receipt | | |

Paul Reuvers, Esq.
IVERSON REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55348

1 CERTIFIED COPY OF TRANSCRIPT OF:
Deirdre Anglin, M.D. 205.50

TOTAL DUE >>>> 205.50

THIS TRANSCRIPT IS BEING SENT OUT C.O.D.
THANK YOU!

**TAX ID NO.:** 95-4344365 (952) 548-7200

*Please detach and return this portion with your payment*

Paul Reuvers, Esq.
IVERSON REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55348

Invoice No.: 68680 ***
Date : 10/18/2001
**TOTAL DUE : 205.50**

Job No. : 01-16760
Case No. : 001683JMRFLN
Jeffrey M. Kuha v. City of Minnetonk

Remit To: **MILLER & COMPANY REPORTERS**
**3000 Ocean Park Boulevard**
**Suite 1020**
**Santa Monica, CA 90405**