UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit I – true and correct copy of the invoice for the deposition transcripts of Darrin Rain, Janet Ballad, and Joy Rikala**

DPR doby professional reporting inc.

# Invoice

11475 Welters Way
Eden Prairie, MN 55347

| Date | Invoice # |
| --- | --- |
| 1/31/2001 | 2521 |

| Bill To |
| --- |
| Erstad & Riemer, P.A.<br>James R. Andreen<br>1000 Northland Plaza<br>3800 West 80th Street<br>Minneapolis, MN 55431 |

| Due Date |
| --- |
| 1/31/2001 |

| Description | Amount |
| --- | --- |
| Re: Jeffrey M. Kuha vs. City of Minnetonka, et al. | |
| Depositions of Darrin Rain, Janet Ballard and Joy Rikala, 1/15/01 | |
| One copy (Rain) | 115.50 |
| One copy (Ballard) | 194.70 |
| One copy (Rikala) | 173.25 |
| Extra copy requested of each | 45.00 |
| Electronic copy/diskette (one of each) | 18.75 |
| Read and sign administration fee | 17.50 |
| Postage/delivery | 6.95 |
| Reporter: Sherlyn M. Anderson, Registered Professional Reporter | 0.00 |

Please make check payable to Doby Professional Reporting, Inc.
Fed. ID: 41-1807344

| | |
| --- | --- |
| **Total** | $571.65 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $571.65 |

dobyreporting@compuserve.com
phone: 612/943-1587 fax: 612/829-7129