UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit J – true and correct copy of the invoice for the airfare from Phoenix, AZ to Minneapolis, MN for Janet Ballard's deposition testimony**

Please use your browser's print function to ***print E-Ticket Receipt 1 of 1.***

NORTHWEST AIRLINES

# *E-TICKET* PASSENGER RECEIPT

**BALLARD/JANET.C.MS**
**WorldPerks:**

**Total Fare This Ticket: USD 289.50**
**Mileage Used:**

| | | | |
|---|---|---|---|
| **FARE** | 258.60 | **Form of payment:** | Mastercard |
| **US TAX** | 19.40 | **Card Number:** | XXXXXXXXXXXX6823 |
| **DOM SEGMENT FEE** | 5.50 | **E-Ticket Nbr:** | 0122160951167 |
| **FACILITY CHGS** | 6.00 | **Approval:** | |
| **TOTAL USD** | 289.50 | | |
| **Issued Date:** | 30DEC00 | **Name/Place of Issue:** | NW TICKETS-BY-MAIL DETROIT MI |
| | | **Endorsements/Restrictions:** | *NW ONLY/NON-REFUNDABLE/PNLTY FOR CHGS* |

## ITINERARY

**Orig Travel Dates: 13JAN01 - 16JAN01**

| **Depart** | **Arrive** | **Fare Code** |
|---|---|---|
| Phoenix | Mpls/St. Paul | HE14LNR |

*Transportation subject to terms of carriage printed inside travel documents folder.*

Continue