UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit K – true and correct copy of the invoice for the hotel room in Minneapolis, MN for Janet Ballard's deposition testimony**

EMBASSY SUITES HOTEL

BLOOMINGTON
2800 W. 80th Street
Bloomington, MN 55431
Phone: 952-884-4811
Fax: 952-884-8137

Name & Address

BALLARD, JANET
3300 HOPKIN CROSSROAD

MINNETONKA, MN 55305
US

| | |
|---|---|
| Suite | 413/KNGN |
| Arrival Date | 01/13/01 7:03PM |
| Dept. Date | 01/16/01 |
| Adult/Child | 2/0 |
| Room Rate | ** $119.00 |

HH#
AL:
BONUS AL: CAR:

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges. I have requested weekday delivery of U.S.A. Today. If refused, a credit of .50 cents will be applied to my account.

CONFIRMATION NUMBER : 86615833

X
SIGNATURE

| DATE 01/16/01 | REFERENCE PAGE 1 | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/13/01 | 570295 | GUEST ROOM MULTI | 119.00 |
| 01/13/01 | 570295 | STATE TAX | 7.74 |
| 01/13/01 | 570295 | CITY TAX | 7.14 |
| 01/13/01 | 570295 | LOCAL ACCESS SURCHARGE | 1.95 |
| 01/14/01 | 570795 | GUEST ROOM MULTI | 129.00 |
| 01/14/01 | 570795 | STATE TAX | 8.39 |
| 01/14/01 | 570795 | CITY TAX | 7.74 |
| 01/14/01 | 570795 | LOCAL ACCESS SURCHARGE | 1.95 |
| 01/15/01 | 571273 | GUEST ROOM MULTI | 129.00 |
| 01/15/01 | 571273 | STATE TAX | 8.39 |
| 01/15/01 | 571273 | CITY TAX | 7.74 |
| 01/15/01 | 571273 | LOCAL ACCESS SURCHARGE | 1.95 |
| | | WILL BE SETTLED TO MC ************6823 | 429.99 |

EXPENSE REPORT SUMMARY

| | 01/13/01 | 1/14/01 | 1/15/01 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | 135.83 | 147.08 | 147.08 | 429.99 |
| DAILY TOTAL | 135.83 | 147.08 | 147.08 | 429.99 |

ACCT. NO.

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION

CARD MEMBER'S SIGNATURE
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |