UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit L – true and correct copy of the invoice for the deposition transcripts of Terry Belfanz, William Roth, Mark Raquet, Kevin Anderson, and Dennis Warosh**

# Invoice

doby professional reporting inc.
11475 Welters Way
Eden Prairie, MN 55347

| Date | Invoice # |
|---|---|
| 11/17/2000 | 2407 |

| Bill To |
|---|
| Erstad & Riemer, P.A.<br>James R. Andreen<br>1000 Northland Plaza<br>3800 West 80th Street<br>Minneapolis, MN 55431 |

| Due Date |
|---|
| 11/17/2000 |

| Description | Amount |
|---|---|
| Re: Jeffrey M. Kuha vs. City of Minnetonka, et al. | |
| Depositions of Lt. Terry Belfanz, Officer Wm. Roth, Sgt. Mark Raquet, Officer Kevin Anderson, and Officer Dennis Warosh, 11/2 and 11/3/00 | |
| One copy, Belfanz | 141.90 |
| One copy, Roth | 82.50 |
| One copy, Raquet | 57.75 |
| One copy, Anderson | 183.15 |
| One copy, Warosh | 87.45 |
| Extra copy requested of each | 50.00 |
| Electronic copy/diskettes | 15.00 |
| Exhibits photocopied, tabbed | 15.60 |
| Read and sign administration fee | 17.50 |
| Reporter: Sherlyn M. Anderson, Registered Professional Reporter | |

Please make check payable to Doby Professional Reporting, Inc.
Fed. ID: 41-1807344

| | |
|---|---|
| **Total** | $650.85 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $650.85 |

dobyreporting@compuserve.com
phone: 612/943-1587 fax: 612/829-7129

Vendor 06047