UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit M – true and correct copy of the invoice for the deposition transcript of Jeffrey Kuha**

KINSELLA HARTIGAN & K ZER, INC.
632 WELLS FARGO MIDLAND BUILDING
401 SECOND AVENUE SOUTH
MINNEAPOLIS MN 55401

ERSTAD & REIMER PA
3800 W 80TH STREET
Suite 1000
MINNEAPOLIS, MN 55431-4441

JAMES ANDREEN, ESQUIRE

**INVOICE NO. :** **19882**
**INVOICE DATE:** **3/08/2001**
**REPORTER:**
PEGGY STEWART 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

**ID#:** *(612) 339-6132*

*KUHA vs CITY OF MINNETONKA, ET AL*

*DEPOSITION OF JEFFREY KUHA*

| Date | Description | Amount |
|---|---|---|
| 2/21/2001 | Original & one transcript copy | |
| | Appearance | |
| | Exhibit Copies | |
| | ASCII Disk | |
| | Condensed Transcript | |
| | Read & Sign | |
| | Delivery | |
| | | 450.85 |
| | **Total Amount Due** | 450.85 |

**CHECK PAYABLE TO THE REPORTER - INDICATE INVOICE NUMBER**