UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit N – true and correct copy of the invoice for the hearing transcript of Motion before Judge Rosenbaum**

AO44
(Rev. 12/89)

# JNITED STATES DISTRICT COUI
FOR THE

INVOICE NO: 20020013

MAKE CHECKS PAYABLE TO:

Jason J. Kuboushek
Iverson Reuvers
230 Townline Office Plaza
8585 78th St. West
Bloomington, MN 55438

Phone: (952) 548-7210
FAX:

Dawn M.H. Hansen
Official Court Reporter
1005 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Phone: (612) 664-5107
FAX: (612) 664-5054
Tax ID: 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
*Dawn_MH_Hansen@mnd.uscourts.gov*

PAID

☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 01-20-2002 | DATE DELIVERED: 02-20-2002

**Case Style:** 00-CV-1683, Jeffrey Kuha v City of Minnetonka, et al
Motion hearing before Chief Judge James M. Rosenbaum, September 19, 2001.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 27 | 3.00 | 81.00 | | | | | | | 81.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 81.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $81.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States

SIGNATURE Dawn M.H. Hansen | DATE 02-20-2002

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR