UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit O – true and correct copy of the invoice for the airfare from Phoenix, AZ to Minneapolis, MN for Janet Ballard's trial testimony**

nwa NORTHWEST AIRLINES

# Flight Purchase Confirmation

**Minneapolis/St. Paul 3/5/05**
**nwa.com Reservations Confirmation #: OM6DYJ**

| | | |
|---|---|---|
| **Total Trip Cost:** | **$428.41** + $100.00 change fee = $528.41 | |
| **Traveler(s):** | **Frequent Flyer Details:** | |
| Janet C Ballard | Northwest WorldPerks | 544157552 |

## Departing Flight(s)

| | | | |
|---|---|---|---|
| **Saturday, March 5, 2005**<br>Northwest Airlines Flight #102 | **depart** | **1:00pm**<br>afternoon | **Phoenix Sky Harbor Intl (PHX)**<br>Phoenix |
| | **arrive** | **5:11pm**<br>*evening* | **Minneapolis/St. Paul International Airport (MSP)**<br>Minneapolis/St. Paul<br><br>Seat(s): 47A<br>Meal: Food for purchase<br>On Time: 70%<br>*Cabin:* Economy<br>Equipment: Boeing 757-300 Passenger (753)<br>Duration: 3hr 11min<br>Approximate Distance: 1275 miles<br><br>Total Duration: 3hr 11min<br>Total Distance: 1275 miles |

## Returning Flight(s)

| | | | |
|---|---|---|---|
| **Friday, March 11, 2005**<br>Northwest Airlines Flight #115 | **depart** | **6:39pm**<br>evening | **Minneapolis/St. Paul International Airport (MSP)**<br>Minneapolis/St. Paul |
| 103<br>11:45<br>206 | **arrive** | **9:07pm**<br>evening | **Phoenix Sky Harbor Intl (PHX)**<br>Phoenix<br><br>Seat(s): Not Assigned<br>Meal: Food for purchase<br>On Time: N/A<br>Cabin: Economy<br>Equipment: Boeing 757 Passenger (755)<br>Duration: 3hr 28min<br>Approximate Distance: 1275 miles<br><br>Total Duration: 3hr 28min<br>Total Distance: 1275 miles |

## Ticket Information

There was an additional $100.00 change fee on this flight that they did not give a receipt for. It will appear on my next Visa if you need to see it.