UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit P – true and correct copy of the receipts for parking fees in Minneapolis, MN for Janet Ballard's trial testimony**

THANK YOU
JERRY HAAF
RAMP

PAID
4#
02-8568 No.
03-07-05
17:45 EX
03-07-05
12:55 EN
A····8.50$
····8.50$

THANK YOU
JERRY HAAF
RAMP

PAID
4#
02-8763 No.
03-08-05
16:10 EX
03-08-05
09:10 EN
A····8.50$
····8.50$