UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit Q – true and correct copy of the receipts for meals in Minneapolis, MN for Janet Ballard's trial testimony**

************************************
CHECK # 8874 DATE 03/05/05
TABLE # 34 TIME 19:38

-- 2 DINNER D/R : DMITRY U. --

| ITEMS ORDERED | AMOUNT |
|---|---|
| 1 GRILL CHIX ONE fresh veg | 9.99 |
| 1 STIR CHK | 11.99 |
| 2 SODA | 2.00 3.98 |
| 1 MAI.AI | 5.25 |

************************************

| | |
|---|---|
| FOOD | 25.96 |
| LIQUOR | 5.25 |
| TAX | 2.16 |
| TOTAL DUE | 33.37 |

# OF GUESTS 2

AS OF JANUARY 1, 2005
WE WILL NO LONGER
ACCEPT CHECKS.
WE APOLOGIZE
FOR ANY INCONVENIENCE.

$15.00

DETELLOS PIZZA
6207 DELL RD
EDEN PRAIRIE, MN 55341

TIME 6:35 PM DATE 03/08/05
TERM# 00000V8H MER# 000454501255995
TRAN TYPE SALE
#xxxxxxxxxxxx2766
CARD TYPE VISA
SEQ # 004
TICKET # 0000000690 SERVER ID 9
AUTH CODE 818043

| | |
|---|---|
| BASE | $7.93 |
| TIP | |
| TOTAL | 7.93 |

CUSTOMER COPY

OUTSIDE IN CAFE
YOUR RECEIPT
HAVE A NICE DAY!
33 VERNITTA

CHK 1784 MAR07'05 11:56AM GST 0

| | |
|---|---|
| 1 SODA - 22Z | 1.29 |
| 1 CHEESEBURGER | 2.99 |
| CASH | 10.00 |
| SUBTOTAL | 4.28 |
| SALES TAX | 0.30 |
| AMOUNT PAID | 4.58 |
| CHANGE DUE | 5.42 |

PERKINS RESTAURANT & BAKERY
Store # 1186
951 West 78th Street
Chanhassen, MN 55317
(952) 474-9460

Date: Mar06'05 11:50AM
Card Type: MC/VISA
Acct #: XXXXXXXXXXXX2766
Exp Date: 12/06
Auth Code: 116075
Check: 7962
Table: 21/1
Server: 96 KATHERIN
JANET C BALLARD

Subtotal: 9.02
Tip 1.50
Total 10.52
I agree to pay the above total according to my card issuer agreement.

GUEST COPY

DETELLOS PIZZA
6207 DELL RD
EDEN PRAIRIE, MN 55341

TIME 6:51 PM DATE 03/06/05
TERM# 00000V8H MER# 000454501255995
TRAN TYPE SALE
#xxxxxxxxxxxx2766
CARD TYPE VISA
SEQ # 010
TICKET # 0000000708 SERVER ID 9
AUTH CODE 816015

| | |
|---|---|
| BASE | $7.94 |
| TIP | 1.60 |
| TOTAL | 9.54 |

CUSTOMER COPY

# GUEST CHECK

| SERVER | TABLE | GUESTS | CHECK NUMBER |
|---|---|---|---|
| | | | 57762 |

3-8-05

Cafe 301

8.55

TOTAL

SA108A

Lunds Restaurant
11400 Highway 7
Minnetonka MN 55343
952-935-1353

Server: Abby DOB: 03/07/2005
08:42 PM 03/07/2005
Table 42/1 1/10068

VISA 3145794
Card #XXXXXXXXXXXX2766 Exp:1206
Magnetic card present: BALLARD JANET C
Approval: 027004

Amount: 9.88

+ Tip: 2.00

= Total: 11.88

X Janet C Ballard

Approval: 027004

Customer Copy

PERKINS RESTAURANT & BAKERY
Store # 1006
11300 Highway 7
Minnetonka, MN 55343
(952) 933-5220

Date: Feb12'05 03:39PM
Card Type: MC/VISA
Acct #: XXXXXXXXXXXX2766
Exp Date: 12/06
Auth Code: 512174
Check: 8209
Table: 51/3
Server: 81 JESSICA
JANET C BALLARD

Subtotal: 5.84

Tip ________________

Total ________________

I agree to pay the above total according to my card issuer agreement.

GUEST COPY