UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit R – true and correct copy of the invoice from Payless Americar for the rental car in Minneapolis, MN for Janet Ballard's trial testimony**

PAYLESS/AMERICAR
FED. ID. 41-1634476, 1400 EAST 78TH ST.
MINNEAPOLIS, MN 55423
Tel No: (612)866-4918

# Contract #210934

JANET BALLARD
9232 E. OLIVE LA. S.
SUN LAKES, AR 85248

## Rental Summary

| | | | Date | Time | Odom | Gas | Loc. |
|---|---|---|---|---|---|---|---|
| 1. Rented Class: FD | Lic: NML677 | Out: | 03/05/05 | 17.50 | 12617 | 8 | 001 |
| 2005 TOYOTA HIGHLANDER | VIN: JTEEP21A550076269 | In: | 03/09/05 | 6.57 | 12790 | 8 | 001 |

→ free upgrade, they ran out of cars!

## Charge Summary

| Description | | Rate | Charge | Free Mls |
|---|---|---|---|---|
| Regular: Extra Day | 4 @ | 24.74 | 98.96 | 39,996 |
| Net T&M Charges | | | 98.96 | |
| Tax: SAL | | 6.500% | 6.43 | |
| Tax: MNR | | 3.000% | 2.97 | |
| Tax: A/P | | 9.500% | 9.40 | |
| Tax: REN | | 6.200% | 6.14 | |
| Tax: FEE | | 3.000% | 2.97 | |
| Total Charges | | | 126.87 | |
| Payment VISA | XXXXXXXXXXXX2766 | | 126.87 | |
| Total Payments | | | 126.87 | |
| Balance Due | | | 0.00 | |