UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit S – true and correct copy of the receipt for fuel in Minneapolis, MN for Janet Ballard's trial testimony**

GAS PLUS 14
7747 12th Ave So
Richfield, MN

****CHARGE****

Store ID#:
402866041-5
VISA 12/06

INVOICE#: 4257
DATE 03/09/05 07:57
AUTH#: 609035
PUMP #1
UNLD 9.699G
SELF-SERVE
PRICE/GAL: $ 1.989

FUEL TOTAL $ 19.29
THANK YOU PLEASE

COME AGAIN
*******************