UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit T – true and correct copy of the invoice from XACT duplication**

COPY

**XACT Duplicating Services**

Xact Duplicating Services - MNMN
Phone: 612-305-1330
400 Second Ave S.
Suite 1000
Minneapolis, MN 55401

# INVOICE

Invoice Number: 04-54603

Invoice Date: 05/10/04

Customer ID: 04IVERSON

Page: 1

To Acctg
5/12/04

Bill To: Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

Ship To: Iverson Reuvers, LLC
9321 Ensign Avenue South
Bloomington, MN 55438

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | Delivered by Xact |
| Ship Date | 05/10/04 |
| Due Date | 05/25/04 |
| Terms | Net 15 Days |

| | |
|---|---|
| Contact | Becky |
| P.O. Number | 04-27407 |
| P.O. Date | 05/10/04 |
| Case Number | SEE BELOW |
| SalesPerson | Erich Graumann |

| Item/Description | | Unit | Quantity | Total Price |
|---|---|---|---|---|
| COPY5000 | Copy Litigation | Each Item | 416 | 66.56 |
| | **Case: Kuha vs. City of Minnetonka ** | | | |

Fed. Tax ID #: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 66.56 | 0.00 | Subtotal: | 66.56 |
| | | Invoice Discount: | 0.00 |
| | | Sales Tax: | 4.33 |
| | | Total: | 70.89 |

Your signature below is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 15 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By:______________________________ Date:____________