UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit U – true and correct copy of the invoice and refund from the Internal Revenue Service for Jeffrey Kuha's tax records**

CHECK 40670

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 1122 Internal Revenue Service | | | | |
| 02/22/01 | Tax records | 10066.0222 | 92.00 | | 92.00 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ |
|---|---|---|
| 02/22/01 | 40670 | Gross: 92.00 Ded: 0.00 Net: 92.00 |

40670

**ERSTAD & RIEMER, P.A.**
1000 NORTHLAND PLAZA
3800 W. 80TH STREET
MINNEAPOLIS, MN 55431

FIRSTAR BANK, N.A.
75-1522-910

| DATE | CHECK | AMOUNT |
|---|---|---|
| 02/22/01 | 40670 | *****$92.00 |

PAY *** NINETY-TWO & 00/100 DOLLARS

TO THE ORDER OF: Internal Revenue Service

VOID AFTER 180 DAYS

MP

Security features included. Details on back.

⑈040670⑈ ⑆091015224⑆ 008033659⑈

RSTAD & RIEMER, P.A.
Ven

40670

**CHECK REQUEST**

PAYABLE TO: Internal Revenue Service

Taxed by Vendor: ? YES or NO

TOTAL PAYMENT REQUESTED: $ 92.00

Desc. of Pymt: for tax forms copies of Plaintiff Including medical facility when necessary

File No: 10066.0222

Date: 2/21/00 Req By: Maggie Auth: ______ Over $200

Trust Regular Acctg: ______

| D | unt | Disc | Net Amt |
|---|---|---|---|
| 02/ | .00 | | 92.00 |

Net Amt
92.00

ORIGINAL charge

United States Treasury 15-51/000 K 170,227,345

Check No.

05 07 01 02 KANSAS CITY, MO 3091 03837962

20090900 M1 IRS KCSC 01093120PC 474867360

Pay to the order of

ERSTAD & RIEMER P.A.
1000 NORTHLAND PLAZA 3800 WEST 80TH
MINNEAPOLIS MN 55431

$*****46*00

VOID AFTER ONE YEAR

PHOTOCOPY REFUND RE 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
F 4506 REF NMF KCSC

⑈30910⑈ ⑆000000518⑆ 03837962⑈ 010501

This money gets refunded to the Client which has been transferred to Iverson & Reuvers

LMCIT

10066.0222

City of Mtka vs.

Jeffrey Kuha