UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit V – true and correct copy of the invoice from the St. David's Child Development & Family Services for a copy of Jeffrey Kuha's personnel records**

**St. David's**
**Child Development**
**& Family Services**

3395 Plymouth Road
Minnetonka, MN 55305
(952) 939-0396 Voice/TTY
(952) 939-9266 Fax
www.stdavids.net

**Board of Directors**

*President*
Kristin Stanley

Frank Bennett
Virginia Broberg
Jerry Caruso
Sue Donkersgoed
Martha Farrell Erickson, Ph.D.
Robin Hartwell
Ann Houser
Kelly Lemieux, M.D.
Vivian Jenkins Nelsen
Brock Nelson
Charles Oberg, M.D.
Tom Oliverius
John Overton, M.D.
Gordon Ritz, Jr.
Senator Martha Robertson
Mary Schwebach

May 25, 2001

PLEASE PAY

Mark Matuga
Erstad & Riemer, P.A.
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431

Re: Request for a copy of Jeffrey Kuha's personnel file

Dear Mark:

Enclosed please find a copy of Jeffrey Kuha's file. The charge for the copy of the personnel file is $20.00. Please make check payable to St. David's Child Development & Family Services upon receipt. If you have any questions, please contact me at 952-548-8611.

Sincerely,

Ekpe Akpan

IVERSON REUVERS, LLC • BLOOMINGTON, MN 55438

3067

St. David's Child Development & Famuy Se 6/6/2001

20.00

Checking-Signal Bank Jeffrey Kuha' personnel file 20.00

0073