UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit W – true and correct copy of the invoice from defense expert Don Slavik for Spring 2002**

Paul Reuvers
230 Townline Plaza
8585 West 78th Street
Bloomington, Minnesota 55438

Re: Jeffrey Kuha v. City of Minnetonka

Dear Mr. Reuvers:

I am enclosing a statement for hours of work completed. This billing period includes research, case review, reviewing opposing opinions, and compilation of data. The time is billed at $100.00 per hour and was in the spring of 2002. The total number of hours is ten for a total of 1000.00.

If you have any questions please contact me. My social security number is

Sincerely,

Don Slavik

Don Slavik
218.367.3515-home phone
651.308.8542-cell phone
atlast@eot.com