UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey M. Kuha,

Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

**Exhibit X – true and correct copy of the invoice from defense expert Don Slavik from May 11, 2004 to August 9, 2004**

Paul Reuvers
9321 Ensign Ave. So.
Bloomington, Minnesota 55438

Re: Jeffrey Kuha v. City of Minnetonka

Dear Mr. Reuvers:

I am enclosing a statement for hours of work completed. This billing period includes research, case review, office visits, reviewing opposing opinions, and compilation of data. The time is billed at $100.00 per hour from May 11 – Aug. 9th, 2004. The total number of hours is thirty-eight for a total of $3800.00. An itemized list is enclosed.

If you have any questions please contact me. My social security number is

Sincerely,

Don Slavik
218.367.3515-home phone
651.308.8542-cell phone
atlast@eot.com