UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha, Court File No: 00-1683 JMR/FLN

Plaintiff,

vs.

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

**Exhibit Y – true and correct copy of the invoice from defense expert Don Slavik from November 20, 2004 to March 9, 2005**

Paul Reuvers
230 Townline Plaza
8585 West 78th Street
Bloomington, Minnesota 55438

Re: Jeffrey Kuha v. City of Minnetonka

Dear Mr. Reuvers:

I am enclosing a statement for hours of work completed. This billing period includes court preparation, case review, reviewing opposing opinions, and meetings. The time is billed at $100.00 per hour and is from November 20, 2004 – March 9th, 2005. The total number of hours is 28.5 for a total of $2850.00.

November 20—2.5 hours in preparation for November 24th meeting with attorney
November 21—2.5 hours in preparation for November 24th meeting with attorney, meeting canceled.
March 1—5.5 hours preparation for March 2 meeting with attorney
March 2—4 hours meeting with attorney
March 5—2 hours court preparation
March 6—2.5 hours court preparation
March 7—4.5 hours preparation for March 8 meeting with attorney
March 8—2 hours meeting with attorney
March 8—3 hours Court

If you have any questions please contact me. My social security number is ___________

Sincerely,

Don Slavik
218.367.3515-home phone
651.308.8542-cell phone
atlast@eot.com