UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**
Court File No: 00-1683 JMR/FLN

City of Minnetonka, William Roth,
Kevin Anderson and Dennis Warosh,

Defendants.

---

I hereby certify that on April 12, 2005, I caused the following documents:

Defendants City of Minnetonka, William Roth, Kevin Anderson, and Dennis Warosh's Bill of Costs and Affidavit of Taxable Costs and Identification

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Phillip A. Cole

IVERSON REUVERS, LLC

Dated: April 12, 2005

By s/Jon K. Iverson
Jon K. Iverson, #146389
Paul D. Reuvers, #217700
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200