**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey M. Kuha,

**Civil Case No. 00-1683 (JMR/FLN)**

Plaintiff,

vs.

**AFFIDAVIT OF DIANE M. ODEEN**

City of Minnetonka,

Defendants.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Diane M. Odeen, being first duly sworn upon oath, states and alleges as follows:

1. I am an attorney with the Lommen Nelson Law Firm representing the Plaintiff in this matter and make this Affidavit in support of our Objection to Defendant's Taxation of Costs and Disbursements.

2. Attached hereto as Exhibit 1 is a true and correct copy of relevant pages from the deposition of Janet Ballard taken on January 15, 2001.

FURTHER YOUR AFFIANT SAITH NOT.

__s/Diane M. Odeen________________
Diane M. Odeen

Subscribed and sworn to before me
this 22nd day of April, 2005

s/Beth Ann Chapman______
Notary Public