UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

- - - - - - - - - - - - - - - - - - - - - -

Jeffrey M. Kuha,

Plaintiff,

vs. Civil Case No. 00-1683 JMR/FLN

City of Minnetonka, William Roth, Kevin Anderson, and Dennis Warosh,

Defendants.

- - - - - - - - - - - - - - - - - - - - - -

DEPOSITION TRANSCRIPT OF

JANET BALLARD

Taken January 15, 2001

at

1800 IDS Center

80 South Eighth Street

Minneapolis, Minnesota

Reported by: Sherlyn M. Anderson

Registered Professional Reporter

DOBY PROFESSIONAL REPORTING, INC.
(952) 943-1587

P R O C E E D I N G S

Whereupon, the deposition of JANET BALLARD was commenced at 10:50 a.m. as follows:

(Witness sworn.)

JANET BALLARD,

after having been first duly sworn, deposes and says under oath as follows:

***

EXAMINATION

BY MR. COLE:

Q. Would you state your full name for the record, Ms. Ballard?

A. Janet C. Ballard.

Q. And what is your address, please?

A. It's 3300 Hopkins, H-o-p-k-i-n-s, Crossroad, Minnetonka, Minnesota 55305.

Q. Is that a residence?

A. Yes.

Q. Are you employed full-time?

A. No.

Q. I understand that your profession or craft, whatever it may be, is in dog training; is that correct?

A. Yes.