UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jeffrey M. Kuha,

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**
Court File No: 00-1683 JMR/FLN

City of Minnetonka,

Defendant.

---

I hereby certify that on April 26, 2005, I caused the following documents:

Defendant City of Minnetonka Response to Plaintiff's Objection to Taxation of Costs and Disbursements

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Phillip A. Cole
Diane Odeen

IVERSON REUVERS

Dated: April 26, 2005

By /s Paul D. Reuvers
Jon K. Iverson, #146389
Paul D. Reuvers, #217700
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200