**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jeffrey M. Kuha,

Plaintiff, Civil No. 00-1683 (JMR/FLN)

v.

City of Minnetonka, et al.,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $5,923.47 | $3,103.35 |
| Fees for Witnesses | $1,898.68 | $1,294.44 |
| Fees for Exemplification and Copies | $555.52 | $555.52 |
| Docket Fees under 28 U.S.C. § 1923 | $62.50 | $62.50 |
| Other Costs (Expert Witness Fees) | $7,610.00 | $0 |
| TOTAL: | $16,050.17 | $5,015.81 |

Costs, therefore, are taxed in the sum of Five Thousand Fifteen and 81/100 Dollars ($5,015.81) in favor of Defendants City of Minnetonka, et al., and against Plaintiff Jeffrey M. Kuha, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 18, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk